# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 14. Motion for Extension of Time

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form14instructions.pdf](http://www.ca9.uscourts.gov/forms/form14instructions.pdf)

**9th Cir. Case Number(s)** | 25-1372

**Case Name** | Surgical Instrument Service Company v. Intuitive Surgical, Inc.

Requesting Party Name(s) | Surgical Instrument Service Company

I am:
- ○ The party requesting the extension.
- ◉ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:
- ☒ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☐ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you **must** describe the document*)

The requested new due date is: | Jul 23, 2025

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

Our firm was very recently retained to litigate this appeal. The case was litigated before a jury over the course of several weeks, and the record is voluminous and highly technical. We have undertaken to familiarize ourselves with the extensive record as quickly as practicable, but have had to devote time to preexisting commitments, including oral argument, in other cases. Intuitive Surgical does not oppose this request, and the extra time will facilitate our drafting a brief that succinctly distills the voluminous underlying record.

**Signature** | s/Eric F. Citron | **Date** | Jun 10, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* [forms@ca9.uscourts.gov](mailto:forms@ca9.uscourts.gov)

> ### Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my ⬚⬚⬚⬚ request.

*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: ⬚⬚⬚⬚.

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** ⬚⬚⬚⬚    **Date** ⬚⬚⬚⬚

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**     *2*     *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [ Opening ] brief.

    *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: [ Jun 23, 2025 ]

3. The brief's first due date was: [ May 22, 2025 ]

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

    Please see attached.

5. The position of the other party/parties regarding this request is:

    ☒ Unopposed.

    ☐ Opposed by *(name of party/parties opposing this motion):*

    ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

    If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** [ s/Eric F. Citron ]    **Date** [ Jun 10, 2025 ]

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 14**     3     *New 12/01/2018*

Why the Extension of Time to File the Opening Brief Is Necessary

1. Our firm was very recently retained to litigate this appeal on behalf of Surgical Instrument Services, Inc., and is working diligently, but needs more time to complete the opening brief.

2. This appeal arises after a trial that spanned fifteen court days, generating voluminous transcripts and numerous trial exhibits. Moreover, the underlying subject matter in this case—an antitrust action focusing on attachments to surgical robots—is highly technical, such that the extensive record is dense and complicated.

3. We have undertaken to familiarize ourselves with the extensive record as quickly as possible, but have had to devote time to preexisting commitments in other matters. This has included preparation for and participation in oral argument in *In re Opioid Litigation*, Index No. 400000/17 (N.Y. Supr. Ct., Suffolk Cnty.) on Friday, June 6, and drafting a complaint for filing in the Southern District of New York.

4. We will continue to work diligently to complete the opening brief. The requested extension will facilitate our preparation of an opening brief that distills the complex underlying facts and governing law in a succinct and straightforward manner that assists the Court in its resolution of this appeal.

5. We have consulted Defendant-Appellee Intuitive Surgical, Inc., about this extension request, and it has stated it does not oppose the request.