# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

_____

SURGICAL INSTRUMENT SERVICE CO., INC.,

    *Plaintiff-Appellant,*

v.

INTUITIVE SURGICAL, INC.,

    *Defendant-Appellee.*

_____

No. 25-1372

## UNOPPOSED MOTION OF THE FEDERAL TRADE COMMISSION FOR A 7-DAY EXTENSION OF TIME TO FILE A BRIEF AS AMICUS CURIAE

Pursuant to Federal Rules of Appellate Procedure 26(b) and 29(a)(6) and Ninth Circuit Rule 31-2.2(b), the Federal Trade Commission respectfully requests a 7-day extension of time within which to file a brief as amicus curiae, if such a filing is authorized by the Commission. The current deadline for a brief in support of Plaintiffs-Appellants or in support of neither party is July 30, 2025. The requested extension would move that deadline to August 6, 2025.

There is good cause and substantial need for the requested extension, as the FTC requires additional time to consider the questions of federal antitrust law presented in this case. The FTC, together with the Department of Justice, enforces the federal antitrust laws and has a strong interest in their correct application. Below, the district court granted judgment as a matter of law to Defendant-Appellee on Plaintiff-Appellant's claims under Sections 1 and 2 of the Sherman Act. The FTC has a particular interest in ensuring that courts correctly analyze Sherman Act claims and, accordingly, has filed briefs on the subject in the Supreme Court of the United States and the United States Courts of Appeals. The FTC requests additional time to determine if an amicus brief is warranted here. If so, the Commission will need to approve the filing by a majority vote. *See* 16 C.F.R. § 4.14(c). Additional time also is needed to coordinate with the Department of Justice.

Counsel for Defendant-Appellee and counsel for Plaintiff-Appellant do not oppose the requested extension. If the FTC decides not to participate as amicus curiae, the FTC will promptly inform this Court and the parties.

## CONCLUSION

For the foregoing reasons and for the reasons stated in the accompanying declaration, this Court should grant the FTC a 7-day extension of time, to and including August 6, 2025, in which to file a brief as amicus curiae, if the Commission authorizes such a filing.

Respectfully submitted,

July 22, 2025

*/s/ Mariel Goetz*
MARIEL GOETZ
   *Attorney*

FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, D.C. 20580
mgoetz@ftc.gov
202-326-2763

*Counsel for the Federal Trade Commission*

# DECLARATION IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE AMICUS BRIEF

I, Mariel Goetz, declare as follows:

1. The FTC requests an extension of time to file a brief as amicus curiae, if the Commission authorizes such a filing.

2. Plaintiff-Appellant's brief is currently due July 23, 2025.

3. An amicus brief in support of Plaintiff-Appellant or in support of neither party would be due seven days after Plaintiff-Appellant's brief. Fed. R. App. P. 29. If Plaintiff-Appellant files its brief on July 23, 2025, an amicus brief would be due by July 30, 2025.

4. The FTC requests a 7-day extension of time, to and including August 6, 2025.

5. An extension of time is necessary for the FTC to consider the questions of federal antitrust law presented in this case and to determine whether an amicus brief is warranted.

6. I have exercised diligence and will file the brief within the time requested, if the Commission authorizes such a filing.

7. No party separately represented objects to this request.

8. To my knowledge, the court reporter is not in default with

regard to any designated transcripts.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Mariel Goetz

Mariel Goetz
*Counsel for the Federal Trade Commission*

July 22, 2025

## CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 314 words, excluding the parts of a motion exempted by Fed. R. App. P. 32(f).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because the motion has been prepared in Microsoft Office Word using 14-point New Century Schoolbook font.

*/s/ Mariel Goetz*

Mariel Goetz
*Counsel for the Federal Trade Commission*

July 22, 2025