# No. 25-1372

## IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
*Plaintiff-Appellant*,

v.

INTUITIVE SURGICAL, INC.,
*Defendant-Appellee*.

United States District Court
for the Northern District of California
No. 21-cv-3496-AMO
Hon. Araceli Martinez-Olguín

## EXCERPTS OF RECORD – INDEX VOLUME

Richard T. McCaulley
MCCAULLEY LAW GROUP LLC
180 N. Wabash Avenue, Suite 601
Chicago, IL 60601
(312) 330-8105
richard@mcaulleylawgroup.com

Joshua V. Van Hoven
MCCAULLEY LAW GROUP LLC
3001 Bishop Dr., Suite 300
San Ramon, CA 94583
 (925) 302-5941
josh@mcaulleylawgroup.com

Eric F. Citron
Kathleen Foley
ZIMMER, CITRON & CLARKE LLP
1629 K St. NW, Suite 300
Washington, D.C. 20006
(202) 796-4540
ecitron@zimmercitronclarke.com

David J. Zimmer
Edwina Clarke
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Dr.
Cambridge, MA 02139
(617) 676-9421
dzimmer@zimmercitronclarke.com

*Counsel for Appellant Surgical Instrument Service Company, Inc.*

| Volume I of VI | | | |
|---|---|---|---|
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Judgment | 01/30/2025 | 462 | 1-ER-2 |
| Oral Rulings on Single-Brand Aftermarket Jury Instruction and Judgment as a Matter of Law | 01/29/2025 | 459 | 1-ER-4 |
| Order Granting Defendant's Motion for Judgment as a Matter of Law Pursuant to Rule 54(b) | 01/28/2025 | 445 | 1-ER-14 |
| Order Updating Jury Instructions | 01/27/2025 | 444 | 1-ER-16 |
| Tentative Jury Charge – Instruction on Single-Brand Aftermarkets | 01/25/2025 | 437 | 1-ER-17 |
| **Volume II of VI** | | | |
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Final Jury Charge (prior to re-insertion of instruction on single-brand aftermarkets) | 01/27/2025 | 442 | 2-ER-20 |
| Order Following Jury Charge Conference | 01/27/2025 | 440 | 2-ER-104 |
| Tentative Jury Charge | 01/25/2025 | 437 | 2-ER-106 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 - Volume 2 (January 7, 2025) | 01/29/2025 | 449 | 2-ER-192 |
| **Volume III of VI** | | | |
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 3 (January 8, 2025) | 01/29/2025 | 450 | 3-ER-311 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 4 (January 9, 2025) | 01/29/2025 | 451 | 3-ER-345 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 5 (January 10, 2025) | 01/29/2025 | 452 | 3-ER-363 |

| Document | Filed Date | Docket Number | Page Number |
|---|---|---|---|
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 6 (January 13, 2025) | 01/29/2025 | 453 | 3-ER-372 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 7 (January 14, 2025) | 01/29/2025 | 454 | 3-ER-449 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 8 (January 15, 2025) | 01/29/2025 | 455 | 3-ER-508 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 10 (January 21, 2025) | 01/29/2025 | 457 | 3-ER-520 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 11 (January 22, 2025) | 02/01/2025 | 463 | 3-ER-553 |
| **Volume IV of VI** | | | |
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 12 (January 23, 2025) | 02/01/2025 | 464 | 4-ER-603 |
| Excerpts of Transcript of Trial Beginning January 6, 2025 – Volume 13 (January 24, 2025) [Excerpt pp. 2192-94, 2291-93, 2371-77—relevant portions of Duque cross, Smith cross] 13 | 02/01/2025 | 465 | 4-ER-675 |
| Transcript of Trial Beginning January 6, 2025 – Volume 14 (January 27, 2025) | 01/29/2025 | 458 | 4-ER-688 |
| Transcript of Trial Beginning January 6, 2025 – Volume 15 (January 28, 2025) | 01/29/2025 | 459 | 4-ER-794 |

2

| Court Exhibit[1] 5 – Transcript of Deposition Testimony of Bob DeSantis Played During Trial | 02/07/2025 | 466-5 | 4-ER-852 |
|---|---|---|---|
| Court Exhibit 6 – Transcript of Deposition Testimony of Anthony McGrogan Played During Trial | 02/07/2025 | 466-6 | 4-ER-876 |
| Court Exhibit 8 – Transcript of Deposition Testimony of Nickola Goodson Played During Trial | 02/07/2025 | 466-8 | 4-ER-889 |
| Court Exhibit 11 – Transcript of Deposition Testimony of Daniel Jones Played During Trial | 02/07/2025 | 466-11 | 4-ER-897 |
| **Volume V of VI** | | | |
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Court Exhibit 13 – Transcript of Deposition Testimony of Ronald Bair Played During Trial | 02/07/2025 | 466-13 | 5-ER-902 |
| Court Exhibit 15 – Transcript of Deposition Testimony of Edward Harrich Played During Trial | 02/07/2025 | 466-15 | 5-ER-912 |
| Court Exhibit 20 – Transcript of Deposition Testimony of Chris Gibson Played During Trial | 02/07/2025 | 466-20 | 5-ER-935 |
| Amended Joint Proposed Final Pretrial Order As Modified | 12/27/2024 | 375 | 5-ER-951 |
| Parties' Joint Proposed Jury Instructions | 10/28/2024 | 266 | 5-ER-965 |
| Complaint | 05/10/2021 | 1 | 5-ER-1161 |
| **Volume VI of VI** | | | |
| **Document** | **Filed Date** | **Docket Number** | **Page Number** |
| Trial Exhibit 142 – Da Vinci Customer Refurbish Sheet | 02/07/2025 | 466-26 | 6-ER-1195 |

---

[1] "Court exhibits" are transcripts of deposition testimony played during trial but not transcribed by the court reporter.

3

| | | | |
|---|---|---|---|
| Trial Exhibit 147-R – 06/11/2019 Email from G. Posdal to K. Johnson re Rebotix Repair Information, with attachments | 02/07/2025 | 466-27 | 6-ER-1196 |
| Trial Exhibit 471 – 04/02/2019 Email from S. Sathyamurthy to A. Yiu re Thoughts on Intelligent Surgery Campaign | 02/07/2025 | 466-41 | 6-ER-1219 |
| Trial Exhibit 536-R – 03/22/2017 "Preparation for Industry Panel Discussion – 'Robotic Surgery: How Big of an Explosion is Coming?'" | 02/07/2025 | 466-51 | 6-ER-1221 |
| Trial Exhibit 560-R – 11/11/2019 Powerpoint - Unauthorized Remanufactured Instruments Overview | 02/07/2025 | 466-55 | 6-ER-1224 |
| Trial Exhibit 602-R – Draft of 10/29/1995 Intuitive Surgical DevicesTM Business Overview Memorandum | 02/07/2025 | 466-59 | 6-ER-1247 |
| Trial Exhibit 942-R – 11/26/2019 Letter from Intuitive Surgical to E. Pifer re Marin General Hospital third party "refurbished" EndoWrist instruments | 02/07/2025 | 466-80 | 6-ER-1269 |
| Trial Exhibit 943-R – 02/14/2020 Letter from Intuitive Surgical to J. Buehrle re Banner Health third party "refurbished" EndoWrist Instruments | 02/07/2025 | 466-81 | 6-ER-1272 |
| Trial Exhibit 1633.003-R – 02/10/2000 Sales and Service Agreement between Intuitive Surgical and Providence Health System-Oregon dba Providence St. Vincent Medical Center | 02/07/2025 | 466-109 | 6-ER-1275 |

4

| Trial Exhibit 1634.323 – 04/30/2020 Use, License and Service Agreement between Intuitive Surgical and Marin General Hospital | 02/07/2025 | 466-110 | 6-ER-1302 |
|---|---|---|---|
| Notice of Appeal | 02/27/2025 | 472 | 6-ER-1313 |
| Docket Report | | | 6-ER-1324 |

5