UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 30 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC., <br><br> Plaintiff-ctr-defendant - Appellant, <br><br> v. <br><br> INTUITIVE SURGICAL, INC., <br><br> Defendant-ctr-claimant - Appellee. | No. 25-1372 <br><br> D.C. No. 3:21-cv-03496-AMO <br> Northern District of California, San Francisco <br><br> ORDER |

The motion (Docket Entry No. 24) for an extension of time to file an amicus brief is granted. The Federal Trade Commission may file an amicus brief on or before August 6, 2025.

The answering brief is now due August 29, 2025. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT