# In the United States Court of Appeals for the Ninth Circuit

———————

No. 25-1372

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
PLAINTIFF-COUNTER-DEFENDANT-APPELLANT

*v.*

INTUITIVE SURGICAL, INC.,
DEFENDANT-COUNTER-PLAINTIFF-APPELLEE

———————

**UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

———————

Pursuant to Federal Rule of Appellate Procedure 26(b) and Ninth Circuit Rule 31-2.2(b), defendant-counter-plaintiff-appellee Intuitive Surgical, Inc., respectfully submits this motion seeking an extension of 30 days, to and including October 29, 2025, in which to file its brief. Counsel for appellee has notified plaintiff-counter-defendant-appellant Surgical Instrument Service, Inc. about this motion. Appellant indicates that it does not oppose the request.

1. On May 5, 2025, appellant obtained a streamlined request for a 30-day extension, until June 23, to file its opening brief in this appeal. C.A. Dkt. 12.

(1)

2. On June 10, appellant moved for an additional 30-day extension, until July 23, to file its opening brief. C.A. Dkt. 18. This Court granted the motion, C.A. Dkt. 23, and appellant filed its brief on that day, C.A. Dkt. 28.

3. On July 22, the Federal Trade Commission moved for a 7-day extension of time, until August 6, to file an amicus brief. C.A. Dkt. 24. This Court granted the motion and concurrently set the deadline for appellee to file its brief as August 29. C.A. Dkt. 36.

4. On July 31, 2025, appellee obtained a streamlined request for a 30-day extension to file its brief, making the current deadline September 29. C.A. Dkt. 42.

5. Reasonable justifications exist for appellee's request for an extension of time. Counsel for appellee has several other briefs due during the relevant time period, including:

- A petition for rehearing in *National Football League* v. *Gruden*, No. 85527 (Nev.), due on September 8;
- A reply brief in *Total Quality Logistics, LLC* v. *Cox*, No. 25-145 (U.S.), due on September 9;
- A reply brief in *SAP SE* v. *Teradata Corp.*, No. 24-1324 (U.S.), due on September 10;

2

- A brief in opposition in *Spectrum Retirement Communities, LLC* v. *Continental Casualty Company*, No. 2025SC433 (Colo.), due on September 11;

- A reply brief in *State of New York ex rel. Edelweiss Fund, LLC* v. *JPMorgan Chase*, Nos. 2025-02242 and 2025-03526 (N.Y. Sup. Ct. App. Div. 1), due on September 17;

- A petition for rehearing en banc in *Flores* v. *National Football League*, No. 23-1185 (2d Cir.), due on September 18;

- A petition for a writ of certiorari in *Audi AG* v. *L.W.* (U.S.) due on September 20;

- A reply brief in *Hohn* v. *United States*, No. 24-1084 (U.S.), due on September 24; and

- A petition for writ of certiorari in *Moses* v. *United States* (U.S.) due on October 1.

Accordingly, appellee requires an additional 30 days to prepare its brief.

6. Appellee has exercised diligence in this appeal and will file its brief within the time requested. This extension request is not made for the purpose of delay; the court reporter is not in default with regard to any designated transcripts; and no party will be prejudiced if the motion is granted.

3

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
KENNETH A. GALLO
PAUL D. BRACHMAN
JAMES DURLING
ANNA J. GOODMAN
JAKE L. KRAMER
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*

WILLIAM B. MICHAEL
JOSHUA HILL, JR.
CRYSTAL L. PARKER
DANIEL A. CRANE
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

SEPTEMBER 3, 2025

4

## CERTIFICATE OF COMPLIANCE
## WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(c)(1), and 32(a)(6), that the attached motion is proportionately spaced, has a typeface of 14 points or more, and contains 463 words.

S<small>EPTEMBER</small> 3, 2025                                        /s/ Kannon K. Shanmugam
                                                                                  K<small>ANNON</small> K. S<small>HANMUGAM</small>

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [answering] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: September 29, 2025

3. The brief's first due date was: August 29, 2025

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See accompanying motion

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Kannon K. Shanmugam   **Date** Sep 3, 2025
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                                3                              *New 12/01/2018*