No. 25-1372

# In the United States Court of Appeals for the Ninth Circuit

---

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
PLAINTIFF-COUNTER-DEFENDANT-APPELLANT

*v.*

INTUITIVE SURGICAL, INC.,
DEFENDANT-COUNTER-CLAIMAINT-APPELLEE

---

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (CIV. NO. 21-3496)
(THE HONORABLE ARACELI MARTINEZ-OLGUIN, J.)*

---

**SUPPLEMENTAL EXCERPTS OF RECORD
(INDEX VOLUME)**

---

WILLIAM B. MICHAEL
JOSHUA HILL, JR.
CRYSTAL L. PARKER
DANIEL A. CRANE
PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON LLP
　*1285 Avenue of the Americas
　New York, NY 10019*

KANNON K. SHANMUGAM
KENNETH A. GALLO
PAUL D. BRACHMAN
JAMES DURLING
ANNA G. GOODMAN
JAKE L. KRAMER
PAUL, WEISS, RIFKIND,
　WHARTON & GARRISON LLP
　*2001 K Street, N.W.
　Washington, DC 20006
　(202) 223-7300
　kshanmugam@paulweiss.com*

# TABLE OF CONTENTS

## VOLUME 1

Defendant's Motion for Reconsideration or, in the Alternative, for
　　Certification of an Interlocutory Appeal
　　Filed on January 24, 2025
　　Docket No. 432..................................................................................2

Declaration of Kenneth A. Gallo in Support of Defendant's Motion for
　　Reconsideration or, in the Alternative, for Certification of an
　　Interlocutory Appeal
　　Filed on January 24, 2025
　　Docket No. 432-1 ............................................................................35

Exhibit 2 to Declaration of Kenneth A. Gallo, Letter from Intuitive to
　　Rebotix dated April 16, 2019
　　Filed on January 24, 2025
　　Docket No. 432-3 ............................................................................58

Exhibit 18 to Declaration of Kenneth A. Gallo, 510(k) Summary –
　　Intuitive Surgical, Inc.
　　Filed on January 24, 2025
　　Docket No. 432-19 ..........................................................................65

Exhibit 20 to Declaration of Kenneth A. Gallo, Email and Letter from
　　FDA to Intuitive dated February 25, 2022
　　Filed on January 24, 2025
　　Docket No. 432-21 ..........................................................................71

Exhibit 26 to Declaration of Kenneth A. Gallo, Email and Letter from
　　FDA to Rebotix dated June 23, 2015
　　Filed on January 24, 2025
　　Docket No. 432-27 ..........................................................................77

Exhibit 31 to Declaration of Kenneth A. Gallo, Excerpts of November
　　1, 2022 Deposition of Greg Posdal
　　Filed on January 24, 2025
　　Docket No. 432-32 ........................................................................107

Exhibit 37 to Declaration of Kenneth A. Gallo, Email, dated October 1, 2022, from Alliance Healthcare Partners to Restore and Letter, dated September 30, 2022, from FDA to Iconocare Health  
Filed on January 24, 2025  
Docket No. 432-38 ..................................................................................112

Exhibit 38 to Declaration of Kenneth A. Gallo, Intuitive Statement to Customers Regarding Use Limits and Remanufactured Instruments  
Filed on January 24, 2025  
Docket No. 432-39 ..................................................................................117

Exhibit 39 to Declaration of Kenneth A. Gallo, Excerpts of May 24, 2021 Deposition of Edward W. Harrich  
Filed on January 24, 2025  
Docket No. 432-40 ..................................................................................124

Defendant's Notice of Motion and Motion for Judgment as a Matter of Law  
Filed on January 21, 2025  
Docket No. 426 .......................................................................................130

Defendant's Notice of Motion and Motion *in Limine* No. 4 to Preclude Plaintiff From Offering Evidence or Argument Concerning Post-November 2022 Events  
Filed on January 8, 2025  
Docket No. 406........................................................................................144

Plaintiff SIS's Opposition to Intuitive's Motion *in Limine* No. 4  
Filed on January 7, 2025  
Docket No. 406........................................................................................154

Plaintiff SIS's Motion *in Limine* No. 5  
Filed on January 7, 2025  
Docket No. 403........................................................................................162

Defendant Intuitive Surgical Inc.'s Opposition to Plaintiff Surgical
　　Instrument Service, Inc.'s Motion *in Limine* No. 5
　　Filed on January 7, 2025
　　Docket No. 403 ................................................................................. 173

Plaintiff SIS's Motion *in Limine* No. 1
　　Filed on January 7, 2025
　　Docket No. 401 ................................................................................. 184

Defendant Intuitive Surgical Inc.'s Opposition to Plaintiff Surgical
　　Instrument Service, Inc.'s Motion *in Limine* No. 1
　　Filed on January 7, 2025
　　Docket No. 401 ................................................................................. 196

## VOLUME 2

Order Following Conference
　　Filed on December 17, 2024
　　Docket No. 345 ................................................................................. 208

Order re Motions *in Limine*
　　Filed on December 11, 2024
　　Docket No. 330 ................................................................................. 210

Defendant's Memorandum of Law in Support of Disputed Jury
　　Instructions
　　Filed on October 28, 2024
　　Docket No. 275 ................................................................................. 219

Plaintiff SIS's Memorandum of Law on SIS's Disputed Jury
　　Instructions
　　Filed on October 28, 2024
　　Docket No. 274 ................................................................................. 255

Order re: Cross Motions For Summary Judgment
　　Filed on March 31, 2024
　　Docket No. 204 ................................................................................. 347

Defendant Intuitive Surgical, Inc.'s Answer, Affirmative Defense and Counterclaims  
   Filed on December 14, 2021  
   Docket No. 75..................................................................................................366

Order Granting in Part and Denying in Part Motion to Dismiss  
   Filed on November 23, 2021  
   Docket No. 70..................................................................................................433

## VOLUME 3

Trial Exhibit 136-R, Email chain ending in email from K. Johnson to T. Brooks et al. re UMC Tucson, with attachments  
   Admitted on January 8, 2025 ..............................................................................447

Trial Exhibit 464, Intuitive Presentation, "Business Alignment Meeting Driving Value with Da Vinci Surgery"  
   Admitted on January 14, 2025 ............................................................................472

Trial Exhibit 616-R, Third Party Compatibility List, IS2000, IS3000 1009792-01-B  
   Admitted on January 22, 2025 ............................................................................547

Trial Exhibit 1314, Phoenixville Hospital ROI for 2019 daVinci  
   Admitted on January 22, 2025 ............................................................................557

Trial Exhibit 1323, Email from B. Runman to E. Lubbers et al. re Allina Q1 BAM slides, with attachment  
   Admitted on January 22, 2025 ............................................................................593

Trial Exhibit 1325, Email chain ending with email from B. Runman to J. Lowe et al. re Essentia Brainerd - QTI, with attachments  
   Admitted on January 22, 2025 ............................................................................652

# VOLUME 4

Trial Exhibit 1389, Email from S. Brogna to D. Rosa et al. re Emailing - 4M Roadmap Background Material - 04-07-18 (003).pdf, with attachment
   Admitted on January 22, 2025 ............................................................693

Trial Exhibit 1441-R, Letter from Intuitive to D. Mixner re Tampering with and Reprogramming da Vinci Surgical System Instruments
   Admitted on January 7, 2025 ..............................................................746

Trial Exhibit 1547, Email from S. Knight to T. Ketter et al. re SIS TMC proposal, with attachments
   Admitted on January 8, 2025 ..............................................................752

Trial Exhibit 1548, Email chain ending with email from D. Perez to K. Johnson re Keith J SIS
   Admitted on January 8, 2025 ..............................................................792

Trial Exhibit 1566-R, Email from M. Klenke to K. Posdal et al. re SIS/Yankee Contract and Pricing, with attachments
   Admitted on January 8, 2025 ..............................................................795

Trial Exhibit 1585-R, Intuitive Surgical Form S-1, Excerpted
   Admitted on January 22, 2025 ............................................................828

Trial Exhibit 1612-R, Mississippi Board of Trustees of State Institutions of Higher Learning Board Book, Excerpted
   Admitted on January 24, 2025 ............................................................836

Trial Exhibit 1632.001-R, Intuitive Surgical Form 10-K - FY 2000
   Admitted on January 24, 2025 ............................................................843

Trial Exhibit 1632.022-R, Intuitive Surgical Form 10-K - FY 2021, Excerpted
   Admitted on January 22, 2025 ............................................................891

Trial Exhibit 1635.002-R, Letter from Hogan Lovells, on behalf of
   Intuitive, to Rebotix-Panama
   Admitted on January 23, 2025 ..........................................................919

Trial Exhibit 1635.003-R, Letter from Hogan Lovells, on behalf of
   Intuitive, to Rebotix-Panama
   Admitted on January 23, 2025 ..........................................................929

Court Exhibit 21, Transcript of Designated Testimony from the
   November 8, 2022 Deposition of Paul Plomin
   Used on January 27, 2025
   Docket No. 466-21 ..........................................................................938

DDX-1.3, Defendant's Opening Demonstrative Slides, Excerpted
   Used on January 7, 2025...................................................................945

Transcript of Testimony from the November 1, 2022 Deposition of
   Greg Posdal
   Used on January 8, 2025...................................................................946

## VOLUME 5

Excerpts of Transcript of Trial: Day 2 (January 7, 2025)
   Docket No. 449................................................................................952

Excerpts of Transcript of Trial: Day 3 (January 8, 2025)
   Docket No. 450................................................................................957

Excerpts of Transcript of Trial: Day 4 (January 9, 2025)
   Docket No. 451...............................................................................1045

Excerpts of Transcript of Trial: Day 5 (January 10, 2025)
   Docket No. 452...............................................................................1051

Excerpts of Transcript of Trial: Day 6 (January 13, 2025)
   Docket No. 453...............................................................................1064

Excerpts of Transcript of Trial: Day 7 (January 14, 2025)
　　Docket No. 454 ................................................................................ 1070

Excerpts of Transcript of Trial: Day 8 (January 15, 2025)
　　Docket No. 455 ................................................................................ 1088

Excerpts of Transcript of Trial: Day 11 (January 22, 2025)
　　Docket No. 463 ................................................................................ 1092

Excerpts of Transcript of Trial: Day 12 (January 23, 2025)
　　Docket No. 464 ................................................................................ 1167

Excerpts of Transcript of Trial: Day 13 (January 24, 2025)
　　Docket No. 465 ................................................................................ 1190