No. 25-1372

# In the United States Court of Appeals for the Ninth Circuit

———————————

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
PLAINTIFF-COUNTER-DEFENDANT-APPELLANT

*v.*

INTUITIVE SURGICAL, INC.,
DEFENDANT-COUNTER-CLAIMAINT-APPELLEE

———————————

*ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA (CIV. NO. 21-3496)
(THE HONORABLE ARACELI MARTINEZ-OLGUIN, J.)*

———————————

**SUPPLEMENTAL EXCERPTS OF RECORD
VOLUME 3 OF 5**

———————————

WILLIAM B. MICHAEL
JOSHUA HILL, JR.
CRYSTAL L. PARKER
DANIEL A. CRANE
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *1285 Avenue of the Americas*
  *New York, NY 10019*

KANNON K. SHANMUGAM
KENNETH A. GALLO
PAUL D. BRACHMAN
JAMES DURLING
ANNA G. GOODMAN
JAKE L. KRAMER
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
  *2001 K Street, N.W.*
  *Washington, DC 20006*
  *(202) 223-7300*
  *kshanmugam@paulweiss.com*

Message

| | |
|---|---|
| **From:** | Keith Johnson [krjohnson@sis-usa.com] |
| **Sent:** | 9/25/2019 7:47:21 PM |
| **To:** | Brooks, Timothy P. [Timothy.Brooks@bannerhealth.com]; Kirwan, Perry [Perry.Kirwan@bannerhealth.com] |
| **Subject:** | Re: UMC Tucson |
| **Attachments:** | da Vinci EndoWrist Repair_2019 copy.pdf; da Vinci EndoWrist Process_2019.pdf; SIS Summary of Quality Regulatory.pdf; EndoWrist FAQs.pdf |

HI Tim,  I have attached the documents we have put together to support this program.

Please let me know if this helps,  if we need to create any new documents, let's do it.  I will need to have our corporate compliance and legal sign off on it prior to publication.

Excited to work on this project with you.

Keith

**Keith Johnson** | EVP, Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
**www.sis-usa.com**

---

**From:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 4:20 PM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>; Keith Johnson <krjohnson@sis-usa.com>
**Subject:** RE: UMC Tucson

Anything you have that I can build a process to a competency to will help.

Tim Brooks, BS, CSPM,
Director – Banner Health Systems CSPD Program
Office - 520-694-6106
Cell – 520-400-6790
Banner | University Medicine
SPD exists to make a difference in people's lives through excellent service to our patient care providers!!!
Be Bold – Be Kind – Be Awesome

---

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 4:12 PM
**To:** Keith Johnson <krjohnson@sis-usa.com>; Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** RE: UMC Tucson

Keith – if you have some process docs that we worked on as well – please send those to Tim as well

---

**From:** Keith Johnson <krjohnson@sis-usa.com>
**Sent:** Wednesday, September 25, 2019 3:35 PM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>; Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** [EXTERNAL] Re: UMC Tucson

Hi Tim,  great to connect again.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 136-R**

Case No. _3:21-cv-03496-AMO_
Date Entered_____
By_____
Deputy Clerk

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095115

**3-SER-447**

I have attached the document in word format.

Please take a look and let me know your thoughts and recommended changes.

Looking forward to speaking with you soon.

Keith

**Keith Johnson** | EVP, Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
**www.sis-usa.com**

---

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 10:42 AM
**To:** Keith Johnson <krjohnson@sis-usa.com>; Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** FW: UMC Tucson

Morning Keith

I think you two have met before so pass on the introductory formalities

We're looking to gear up for Si program at BUMCT/S.    I shared with Tim the documentation that I've been working on with you regarding process/procedure as well as supplementing your FAQs on the program as a whole.   Can you reach out directly to Tim and share the docs that you have thus far?   Tim has agreed to review, edit and also make additional comments if warranted to these documents.   I believe this input will prove to be key to the success at Banner however I also believe it will have utility outside of the Banner system as you look to further market this program nationwide.

Tim and I also discussed putting a competency program together for this which I think is a great idea since it's been recommended in other areas that we do the same for central sterile processing.   This would just fall in line with those other recommendations.

I believe that we are very close to actual kick-off which is awesome.   I'm looking forward to realizing the gains that we believe that this program is going to provide to both of us.

Thanks much!

Perry

---

**From:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 10:35 AM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** RE: UMC Tucson

Sounds good, look forward to speaking to him

---

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 10:18 AM

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095116

**To:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** RE: UMC Tucson

Yes – we have been working on documentation for this.  That said, I think a review and any suggested edits from your perspective would be awesome.  As you alluded to – we want this to be super crisp and eliminate any variables that we can from the process.

I think you're' suggestion of competency requirement is also a good one.  Just strengthens the precision of what we're doing.

Ok for me to have Keith Johnson reach out to you directly and he can share where we are so far with our documentation.   He will be very receptive to edits and even additional information requirements.   This is just as much of a learning experience for them as it is us (on process that is – not the actual service).

Thanks Tim for the valuable input

Perry

**From:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 10:13 AM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** RE: UMC Tucson

Perfect, sounds doable!
We should put this into a competency format that we can get education signoff from staff in both SPD and PeriOp.  I am sure IP would like to see that.

Did SIS provide anything that we could formalize into a one or two page competency?  I can create the competency, just need their requirements.

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 10:01 AM
**To:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** RE: UMC Tucson

Not exactly.   Once we get down to one (1) use on the instrument and that's key - because we need that last count to pull off all the identifying information that's associated with the arm -, we pull the arm out of service and send it to SIS.   SIS will use that last count to read the information off and then they will load a full complement of use back on the counter associated with that instrument.

The process would be something like this.   As arms come down to central processing, we would use the SIS provided reader to read the arm.   If it has two more uses on it – we would process as normal and put it back into circulation.   If it has one use on it – we would clean it and then put it into a receptacle (we already have these) for collection.   SIS will collect the instruments in the bins and then reload the counters.   If an arm say is rated for 10 uses – we would get 10 new uses once it returns from SIS.   If the arm has 15 – then it would come back with 15.   It is actually important that we don't receive an instrument back with less or more than the intended design ████████████████████████████████
████████████████████████████████████████████████████████

Also important is that is we receive an instrument from the OR with zero uses left – it's important to collect those as well.   We simply use them for parts and we get repair credit from SIS.   So, we never want to toss any of them away as they are no value to use in landfill.

Does that make sense?

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          SIS095117

**From:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 9:36 AM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** RE: UMC Tucson

Hi Perry
So the arm would have to be reset after every use?
If so we will have to discuss who is doing this. My preference would be in SPD.
Nick is on vacation this week returning Tuesday next. I spoke to him before going on PTO, he seemed to believe that it would not be a problem.
Tim

**From:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Sent:** Wednesday, September 25, 2019 9:09 AM
**To:** Brooks, Timothy P. <Timothy.Brooks@bannerhealth.com>
**Subject:** FW: UMC Tucson

Morning Tim

We have ordered a device from SIS that will allow us to get a 'count' on the Si Robotic arms without having to connect it to the full robot – should make workflow in central processing (or elsewhere) a little easier in terms of tracking the counters.

I'm wondering if we are at a point where we're ready to conduct our pilot at BUMCT/S.

Let me know your thoughts

Thx
Perry

**From:** Keith Johnson <krjohnson@sis-usa.com>
**Sent:** Wednesday, September 25, 2019 6:34 AM
**To:** Kirwan, Perry <Perry.Kirwan@bannerhealth.com>
**Subject:** [EXTERNAL] UMC Tucson

Are we good to schedule the install and training on the counter for next Tuesday?

**Keith Johnson | Executive Vice President**
Sales and Clinical Programs
**Surgical Instrument Service Co., Inc.**
Corp: 800.747.8044 | Cell: 623.687.5056
www.sis-usa.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          SIS095118



# Surgical Instrument Service Co., Inc.

# da Vinci® EndoWrist® Repair FAQs

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095119



## What does your service provide?

SIS's service is a complete repair of the da Vinci® EndoWrist® instruments. The instruments are sold with a use counter which limits the life of the instrument. Upon reaching a zero count the instruments are "expired" and rendered useless.

This service includes resetting the use counter via a replacement chip as well as a complete evaluation and repair of the distal/tool end of the instrument. The replacement chips, as well as the service process, were designed and developed under a formal quality system ensuring the serviced instruments meet the quality and functional requirements of a new device. Formal, independent testing and validation on the replacement chips were conducted to ensure the intended use and performance are equivalent to that of the new OEM device.

## What do we need to know to collect instruments for service?

Upon receiving an instrument for the initial repair, the instrument must have at least one use left on the counter. If the original instrument reaches zero (0) it cannot be serviced. In order for the reset to be performed, the data must be retained on the initial repair. However, once the reset has been performed once, the instrument can be used up to expiration (zero) and still retain its original data and the ability to be reset.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## What instrument models are supported?

**Compatible EndoWrist® Instruments**
420001 Potts Scissors
420003 Small Clip Applier
420006 Large Needle Driver
420007 Round Tip Scissors
420033 Black Diamond Micro Forceps
420036 DeBakey Forceps
420048 Tip Forceps
420049 Cadiere Forceps
420093 ProGrasp Forceps
420110 PreCise Bipolar Forceps
420121 Fine Tissue Forceps
420157 Snap-fit™ Scalpel Instrument
420171 Micro Bipolar Forceps
420172 Maryland Bipolar Forceps
420178 Curved Scissors
420179 Hot Shears (Monopolar Curved Scissors)
420181 Resano Forceps
420183 Permanent Cautery Hook
420184 Permanent Cautery Spatula
420189 Double Fenestrated Grasper
420190 Cobra Grasper
420192 Valve Hook
420194 Mega Needle Driver (Tapered)
420203 Pericardial Dissector
420204 Atrial Retractor
420205 Fenestrated Bipolar Forceps
420207 Tenaculum Forceps
420215 Cardiac Probe Grasper
420227 PK® Dissecting Forceps
420230 Large Clip Applier
420246 Atrial Retractor Short Right
420249 Dual Blade Retractor
420278 Graptor (Grasping Retractor)
420296 Large SutureCut™ Needle Driver
420309 Mega™ SutureCut™ Needle Driver
420318 Small Graptor (Grasping Retractor)
420327 Medium-Large Clip Applier
420344 Curved Bipolar Dissector

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095121

3-SER-453

*Can you describe your service process?*



**EndoWrists® Service Process Flowchart**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095122

## Additional information:

- EndoWrist® functionality and safety are not affected by the repair
  - o Extensive analysis and formal testing were performed to ensure the proper function and performance
  - o Repaired instruments have been subjected to, and passed, all appropriate ISO 10993 biocompatibility tests (by a certified independent test laboratory)
  - o Electrical and electrosurgical safety have been carefully considered per the expectations in the safety standards, and special fixtures are used during service to retest the instrument to a production equivalent qualification

- Service components are built to medical device quality standards, including:
  - o ISO 9001: Quality Systems Model for QA in Design/Development, Production, Installation, and Servicing
  - o ISO 9002: Quality Systems Model for QA in Production and Installation
  - o ISO 9003: Quality Systems Model for QA in Final Inspection and test
  - o ISO 9001: Quality Management Systems

- The service process is performed under a formal quality control system certified per ISO 9001, with all assembly operations and testing performed per formal procedures

- SIS provides continuing technical support to assure the final quality of the serviced instruments, and will monitor and respond to any reported field issues using a formal surveillance system

- Validated fixtures and tools can be provided to repeat safety testing in the hospital, if desired

CONFIDENTIAL - ATTORNEYS' EYES ONLY



da Vinci® EndoWrist® Repairs

**Stop throwing away money on your da Vinci® EndoWrist® devices!**

SIS can now service your da Vinci® devices including repair and use counter reset.

Important facts:

- The da Vinci® EndoWrist® is a "multi-use" medical device. Multi-use devices, such as endoscopic instruments, have always been eligible for repair.

- The repair of da Vinci® EndoWrist® does not alter the intended use, method of use, functionality or performance of the device in any way.

- The da Vinci® Robot interacts with the repaired EndoWrist® identically and the robot <u>cannot</u> be affected by the repaired device in any way.

- The robot communicates with the EndoWrist® prior to surgery <u>only</u>. Prior to surgery, the robot confirms the serial number, model number and remaining uses. The repaired device will function identically to the new OEM EndoWrist®.

- A repaired EndoWrist® is not an alternative or replacement device. It is an original da Vinci® manufactured device that has been repaired to original specifications.

**It's time to challenge the status quo**

SIS da Vinci® EndoWrist® repair services will boost your bottom line and help provide the prompt and tailored responses your OR demands.

Call your local SIS representative or our Corporate Office at 800.747.8044.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095124

**3-SER-456**



## da Vinci® EndoWrist® Repair Process

When sending in your DaVinci EndoWrist® devices to SIS for repair, it is important to follow all the instructions below.

**All devices must go through the decontamination process before they are collected for service by SIS.** The devices do not need to be sterile.

### Initial Service on an EndoWrist® (Si & S) Device

- The EndoWrist® must be sent in with one click remaining. This is only required for the initial service of the EndoWrist®. Once the device has been serviced by SIS, the counter can be run to zero.
- If an EndoWrist® is being sent for its initial service with SIS, place a red sticker on the body of the device.
- Place EndoWrist® into the SIS collection container
- Devices will be collected by your local SIS representative and shipped to the SIS National Service Center.
- Devices will be tested, refurbished to OEM performance specifications, and reset for 10 additional uses. During the refurbishment process, a code will be etched on the device.
- Once repaired, the device will be returned to your facility by your local SIS representative.

### Ongoing Service of EndoWrist® (Si & S) Devices (applies only to devices that have been previously serviced by SIS)

- Device to be collected with zero clicks remaining (device is "expired")
- Place EndoWrist® into the SIS collection container
- Devices will be collected by your local SIS representative and shipped to the SIS National Service Center.
- Devices will be tested, refurbished to OEM performance specifications, and reset for 10 additional uses.
- Once repaired, the device will be returned to your facility by your local SIS representative.

### EndoWrist® (Xi, Si & S) Device Collection for Parts and Testing

- All Xi devices
- Si and S devices that have zero clicks or have expired and not been serviced prior by SIS (not etched)
- Place devices in the SIS collection container
- Devices will be collected by your local SIS representative and shipped to the SIS National Service Center.

151 N Brandon Drive · Glendale Heights, IL 60139 · 800.747.8044 · www.sis-usa.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095125

**3-SER-457**



# Surgical Instrument Service Co., Inc.

# Summary of Quality and Reliability Measures

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095126

# BACKGROUND

SIS da Vinci® repair is a specialized process for the EndoDevice® instruments of the da Vinci® surgical robot to extend their safe and effective life beyond the uses recommended by the original equipment manufacturer. SIS services the devices by installing a resettable use counter while maintaining the ability of the da Vinci™ Surgical Robot to access all data in the OEM memory and to count uses as usual.

These devices are not single use devices. The materials in the instruments are durable and commonly used in other reusable medical devices. Testing of the instruments after many additional usage cycles indicated no trend of material deterioration beyond normal tool wear.

The intended use, method of use, functionality, or performance of the instrument are not changed by this service. The original data required by the machine to communicate with the instrument is not altered in any way. The machine will still recognize the model number, serial number, and instrument being used. Additionally, the data read from the instrument is clearly displayed and verified by the user and robot prior to surgery. Data is not read during surgery.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    SIS095127

# QUALITY SYSTEM INFORMATION



# SERVICE PROCESS DEVELOPMENT

The da Vinci® S/Si instruments are sold with an arbitrary use counter, which limits usage to a certain number of procedures. Upon reaching zero, the instruments are considered "expired" and must be discarded. Our service provides the ability to extend the useful life of the instrument. The service process involves a complete evaluation, repair, and test of the instrument.

The SIS EndoWrist® service was designed for the da Vinci® S/Si Device Instruments, the OEM chip, and robot interface to perform in the same manner as the OEM original. This service does not affect the instruments form, fit or function.

The applicable products are outlined on the following pages (this list may be updated as new products are approved for repair):

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| REF | USES | DESCRIPTION |
| --- | --- | --- |
| 420001 | 10 | Potts Scissors |
| 420003 | 100 | Small Clip Applier |
| 420006 | 10 | Large Needle Driver |
| 420007 | 10 | Round Tip Scissors |
| 420033 | 15 | Black Diamond Micro Forceps |
| 420036 | 10 | DeBakey Forceps |
| 420048 | 10 | Long Tip Forceps |
| 420049 | 10 | Cadiere Forceps |
| 420093 | 10 | ProGrasp Forceps |
| 420110 | 10 | PreCise Bipolar Forceps |
| 420121 | 15 | Fine Tissue Forceps |
| 420157 | 30 | Snap-fit™ Scalpel Instrument |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095129

3-SER-461

| 420171 | 10 | Micro Bipolar Forceps |
| 420172 | 10 | Maryland Bipolar Forceps |
| 420178 | 10 | Curved Scissors |
| 420179 | 10 | Hot Shears (Monopolar Curved Scissors ) |
| 420181 | 10 | Resano Forceps |
| 420183 | 10 | Permanent Cautery Hook |
| 420184 | 10 | Permanent Cautery Spatula |
| 420189 | 10 | Double Fenestrated Grasper |
| 420190 | 10 | Cobra Grasper |
| 420192 | 15 | Valve Hook |
| 420194 | 10 | Mega Needle Driver (Tapered) |
| 420203 | 10 | Pericardial Dissector |
| 420204 | 10 | Atrial Retractor |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095130

3-SER-462

| 420205 | 10 | Fenestrated Bipolar Forceps |
| 420207 | 10 | Tenaculum Forceps |
| 420215 | 10 | Cardiac Probe Grasper |
| 420227 | 10 | PK® Dissecting Forceps |
| 420230 | 100 | Large Clip Applier |
| 420246 | 10 | Atrial Retractor Short Right |
| 420249 | 10 | Dual Blade Retractor |
| 420278 | 10 | Graptor (Grasping Retractor) |
| 420296 | 10 | Large SutureCut™ Needle Driver |
| 420309 | 10 | Mega™ SutureCut™ Needle Driver |
| 420318 | 10 | Small Graptor (Grasping Retractor) |
| 420327 | 100 | Medium-Large Clip Applier |
| 420344 | 10 | Curved Bipolar Dissector |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095131

3-SER-463

# Risk Management

Risk management activities per ISO 14971 standard were performed during the development, verification and validation of service processes. Post-production monitoring of the devices serviced by SIS will ensure this service remains free from safety concerns. The risk management process identifies, estimates, and evaluates the serviced product's safety risks, methods to control these risks, and to verify the effectiveness of these controls. A detailed FMEA (Failure Modes and Effects Analysis) was performed covering the service process.

# Development Process

Extensive validation and safety testing occurred during the development of the service process (see below). Both the development of the service process and the ongoing repair operations are performed under the appropriate certified quality systems. A complete technical file describing qualification activities and independent testing was created and informed the development of formal procedures to guide the service operations performed.

The following list of standards was considered and applied to the development process:

| Standard # | Year | Title |
|---|---|---|
| EN 980 | 2008 | Symbols for use in the labeling of medical devices |
| EN 1041 | 2008 | Information supplied by the manufacturer of medical devices |
| EN ISO 10993-1 | 2009 | Biological evaluation of medical devices – Part 1: Evaluation and testing within a risk management process |
| EN ISO 10993-4 | 2009 | Biological evaluation of medical devices – Part 4: Selection of tests for interactions with blood |
| EN ISO 10993-5 | 2009 | Biological evaluation of medical devices – Part 5: Tests for in vitro cytotoxicity |
| EN ISO 10993-10 | 2010 | Biological evaluation of medical devices – Part 10: Tests for Irritation and Skin Sensitization |
| EN ISO 10993-11 | 2009 | Biological evaluation of medical devices – Part 11: Tests for systemic toxicity |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| EN ISO 10993-12 | 2012 | Biological evaluation of medical devices – Part 12: Sample preparation and reference materials |
| EN ISO 13485 | 2012 & AC: 2012 | Medical devices – Quality management systems – Requirements for regulatory purposes |
| EN ISO 14971 | 2012 | Application of risk management to medical devices |
| EN ISO 14937 | 2009 | Sterilization of health care products – General requirements for characterization of a sterilizing agent and the development, validation and routine control of a sterilization process for medical devices |
| EN ISO 17664 | 2004 | Sterilization of medical devices – Information to be provided by the manufacturer for the processing of re-sterilizable medical devices |
| EN ISO 17665-1 | 2006 | Sterilization of health care products – Moist Heat – Part 1: Requirements for the development, validation and routine control of a sterilizer for medical devices (reference only) |
| EN ISO 17665-2 | 2009 | Sterilization of health care products – Moist Heat – Part 2: Guidance on the application of ISO 17665-1 (reference only) |
| EN 60601-1 | 2006 | Medical electrical equipment – Part 1: General requirements for basic safety and essential performance |
| EN 60601-1-2 | 2007 | Medical electrical equipment – Part 1-2: General requirements for basic safety and essential performance – Collateral standard: Electromagnetic compatibility – Requirements and tests |
| EN 60601-2-2 | 2009 | Medial electrical equipment – Part 2-2: Particular requirements for the basic safety and essential performance of high frequency surgical equipment and high frequency surgical accessories |
| EN 62304 | 2006 | Medical device software – Software life-cycle processes |
| EN 62366 | 2008 | Medical devices – Application of usability engineering to medical devices |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095133

3-SER-465

# BIOLOGICAL EVALUATION

The material and microbiological characteristics of devices that have been serviced have been evaluated to determine whether they demonstrate any biocompatibility risk. It has been assumed that the OEM devices were marketed as biocompatible.

Tests were conducted with devices serviced to demonstrate compliance to the following standards:

| Test | Standard | Report # |
|---|---|---|
| ISO MEM Elution Assay with L-929 Mouse Fibroblast Cells | • ISO 10993-5: 2009 Biological Evaluation of Medical Devices, Part 5: Tests for In Vitro Cytotoxicity<br>• ISO 10993-12: 2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials | 5107 and 5109 |
| ASTM Hemolysis – Extract Method (GLP) | • ASTM Guideline F619-03, reapproved 2008. Standard Practice for Extraction of Medical Plastics. 2012. Annual Book of ASTM Standards, Volume 13.01:223-226<br>• ISO 10993-4: 2002 and Amendment 1, 2006. Biological Evaluation of Medical Devices, Part 4: Selection of Tests for Interaction with Blood<br>• ISO 10993-12: 2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials | 4349 and 4350 |
| ISO Guinea Pig Maximization Sensitization Test (GLP-2 Extracts) | • ISO 10993-10: 2010 Biological Evaluation of Medical Devices, Part 10: Tests for Irritation and Skin Sensitization, pp. 18-26<br>• ISO 10993-12: 2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials | 5003 and 4981 |
| ISO Acute Systemic Injection Test (GLP-2 Extracts) | • ISO 10993-11: 2006 Biological Evaluation of Medical Devices, Part 11: Tests for Systemic Toxicity<br>• ISO 10993-12: 2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials | 4498 and 4501 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095134

3-SER-466

| ISO Intracutaneous Irritation Test (GLP-2 Extracts) | • ISO 10993-10: 2010 Standard, Biological Evaluation of Medical Devices, Part 10: Tests for Irritation and Skin Sensitization, pp. 11-14 | 4316 and 4317 |
|---|---|---|
| | • ISO 10993-12: 2012 Biological Evaluation of Medical Devices, Part 12: Sample Preparation and Reference Materials | |

The test results revealed no unacceptable levels of toxicity or irritation. All test samples demonstrated the necessary biocompatibility characteristics.

# Cleaning and sterilization

The serviced devices are not provided in a sterile condition. However, they do require cleaning and sterilization prior to clinical use per the OEM IFU. There are no changes to these processes, which are performed between surgeries at the hospital. In order to ensure that sterilization instructions remain valid for the devices serviced, they have completed both cleaning and sterilization qualification studies. These studies were performed by a third party specializing in the cleaning and sterilization processes. The final results demonstrate that the recommended procedures ensure adequate cleaning and sterilization for end users of the devices.

# ELECTRICAL AND ELECTROSURGICAL SAFETY

Electrical/Electrosurgical safety testing has been conducted using a third party independent test lab to verify serviced devices meet applicable environmental, safety and labeling requirements.

Tests were performed using devices serviced to demonstrate compliance to the standards listed on the following page:

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Standard Document | Description |
|---|---|
| IEC 60601-1: 2005 & A1: 2012 | Medical Electrical Equipment – Part 1: General requirements for basic safety and essential performance |
| IEC 60601-2-2: 2009 | Medical Electrical Equipment – Part 2-2: Particular requirements for the basic safety and essential performance of high frequency surgical equipment and high frequency surgical accessories |
| EN 60601-1-2: 2007 | Medical Electrical Equipment: General requirements for basic safety and essential performance. Collateral standard. Electromagnetic compatibility. Requirements and tests. |

The results demonstrate compliance with the applicable requirements of the aforementioned safety standards for medical devices.

## USABILITY ENGINEERING

The services have been designed to maintain the exterior specification, connection, use application, user profile, or frequently used functions, when compared to the original devices produced by the OEM. We have considered the impact of the safety and labeling requirements for the end users. One additional challenge to the labeling integrity was conducted during the electrical safety testing ███ Those results demonstrated legibility following an intentional rub down test.

## RELIABILITY/PERFORMANCE TEST SUMMARY

A worst-case analysis was carried out to determine which models should be used during performance and life testing. Although each tool is unique, there are four basic mechanical function/tool end designs: Scissors, Graspers, Needle Drivers and Non-Opening (tool ends that do not open and close).

In addition, certain models deliver RF energy ("Energized Device"). Energized Devices are either Monopolar, Bipolar or PlasmaKinetic™ (PK™). For each Tool End Design, an Energized Device is considered worst case because RF energy represents a greater stress/challenge to the tool end. Representative models

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095136

were chosen based on Tool End Design, Energized Device models and general market popularity.

Initially, a quantity of each representative model was characterized by their mechanical and functional properties. New OEM instruments were analyzed to provide baseline statistics and information. Examples of such statistics include, but were not limited to:

- Tool end range of motion
- Tool end functional performance (e.g. grasping performance and cutting performance)
- RF energy effectiveness
- Electrical safety testing
- General instrument condition
- Effective communication and use counting on the host system

Following the OEM characterization, instruments with one remaining use underwent the repair process. Immediately following the repair process, the instruments were subjected to the same baseline testing in order to establish equivalence. Formal life-testing was then conducted to simulate an additional 10 uses. The life testing subjected the instrument to 10 simulated surgical environments to test each aspect of the individual instrument's functional capabilities. After each of the simulated uses, the instruments were subjected to the normal cleaning and sterilization procedures provided by the OEM. At different intervals, and at end-of-life, the instrument was subjected to the same battery of testing. The testing showed no degradation in performance or condition of the instruments. The formal protocols executed reside in the technical file per the ISO 13485 quality system used for development; these files were independently reviewed ████████████████████████████████ ████████████████

Additionally, this repair process was repeated and a battery of tests was performed on the same batch of instruments. This brought the total number of uses experienced by the instruments to 29. This includes the 9 original uses on the OEM device, 10 additional uses following first repair service, and another 10 uses following the second repair process. The reliability testing following two repair services showed no trend of degradation in the performance or condition

CONFIDENTIAL - ATTORNEYS' EYES ONLY

of the instruments, therefore no further cycles under this formal protocol were conducted.

The test results revealed that all acceptance criteria have been achieved and the sample devices demonstrate sufficient performance and safety characteristics in order to confidently release the devices to distribution. Also, a worst-case verification test has been performed on the flush tube, a component of all devices, to ensure it has been adequately challenged in an effort to confirm the environmental conditions of use do not adversely affect the component and related performance expectations.

During further analysis for reliability, disassembled OEM instruments and their components underwent material analysis by experts in medical device design and construction. The instruments' materials were surgical grade metals or well-established thermoplastics already being utilized in other multiple-use surgical instruments.

Following the formal testing described above, a smaller batch of representative models were subjected to over 50 cleaning and sterilization cycles to demonstrate the robust nature of the instrument's design. Similar inspection and testing was carried out on these devices, and, as expected, no indications of material degradation were
observed.

## FUNCTIONAL VERIFICATION AND VALIDATION

## Approach

Several compatibility and functional validations were conducted of the replacement chip for use with the da Vinci® S and da Vinci® Si Surgical Systems. Such validations included utilizing OEM instruments to characterize the timing and types of communications between the instrument and the host system. These same instruments were then repaired, and the replacement chip installed. The repaired instruments were then subjected to the same characterization on the same host systems to validate their equivalence. These validations showed equivalence in all instrument models and on both the S and Si Surgical Systems.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    SIS095138

Functional testing included extensive formal protocols following ███████ ██████████ for medical device software testing (there is no software inside the instrument, but it interfaces to the software inside the robot itself via a simple data bus). Reputable third-party experts were utilized to ensure rigorous and independent validation.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIS095139

**3-SER-471**

# Business Alignment Meeting

**Driving Value with Da Vinci® Surgery**

INTUITIVE.

Purpose of slide:
Establish that the purpose of this presentation and discussion is to evaluate and demonstrate the measurable value of da Vinci surgery.

Statements:
Our objective today is to walk you through the core elements of how Intuitive Surgical has delivered "measurable value" to over 1,500 U.S. hospitals.
I believe there is a misunderstanding about our company out in the market. I think there is a perception that da Vinci surgery adds cost to the health care system with no proven clinical benefits and it couldn't be further from the truth.
I'd like discuss the total value of da Vinci surgery. It provides reproducible outcomes and a surgical experience that can be cost effective and enable strategic advantages.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 464**

Case No. __3:21-cv-03496-AMO__
Date Entered _____
By _____
Deputy Clerk

Intuitive-00001237



Purpose of slide:
Frame the conversation; establish the baseline as national data.

Statement:
Before we begin, I want to establish the frame of reference for slides highlighting outcomes from peer-reviewed literature which, for the most part, is based on national data. Economic estimates have been computed based on cost modeling of data from published studies. Intuitive Surgical has not independently validated the underlying data and estimates in the following slides should be read as directional.





Purpose of slide:
Outline agenda for the meeting.

Probes:
"Is there anything else that you would like to discuss today that is not captured in this agenda?"

Statement:
During the next hour, our goal is to better understand your strategic initiatives and objectives, and give you insight into specific solutions that Intuitive Surgical can recommend and offer.

Attorneys' Eyes Only

Intuitive-00001240

3-SER-475



Purpose of slide:
Understand the primary hospital goals and objectives:
E.g. – recruit surgeons, expand MIS offering in specialty area, increase catchment area, etc.
Understand what hospital has done so far to achieve their goals and where they currently stand on each goal.

Probes:
"Are there strategic objectives that are more important than others? Why?"
"What is the value of an incremental patient? How do you measure that?"
"What is the impact of future pay-for-performance and value-based healthcare?"
"Why do x number of patients in your catchment area choose other hospitals for open surgery?"

Statements:
Our goal in today's discussion is to align our focus and efforts with your objectives and measure the impact.
On an annual basis the leadership will need to justify and evaluate their program to the board.  We use this and future alignment meetings as our guide to ensure we are doing activities that drive the business plan.

Attorneys' Eyes Only

Intuitive-00001241

3-SER-476



Purpose of slide:
Open the conversation with overall objectives of the meeting to ensure both the presenter and audience are aligned.

Statements:
Let's begin by reviewing the agenda and objectives of today's meeting.

Attorneys' Eyes Only    Intuitive-00001242

3-SER-477













Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Attorneys' Eyes Only



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.



Our seamlessly integrated technologies empower physicians to deliver superior outcomes. Intuitive effectively represents the capital equipment, vision, instruments, advanced technology companies – all in one place.

Attorneys' Eyes Only

Intuitive-00001251

3-SER-486





Attorneys' Eyes Only

Intuitive-00001254

3-SER-489







Note: This slide is an example only and  intended to be customized. Reference superscripts on this slide differ from the main reference list and should be disregarded.





Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact the cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success clinically, economically and strategically for your da Vinci surgery service line?"

Attorneys' Eyes Only

Intuitive-00001259

3-SER-494



Objective:
Demonstrate the thought process a patient goes through when contemplating surgical options and how Intuitive Surgical strives to provide patient value.

Statement:
Patient value serves as the foundation of Intuitive Surgical and the products and services it provides.
Alternative therapies have been brought to market for decades with the goal of minimizing invasiveness and maintaining, if not surpassing, the efficacy of open surgery.
Prior to the introduction of da Vinci Surgery, surgeons were forced to compromise efficacy for invasiveness (as evidenced by alternative therapies such as radiation or laparoscopy).

Probes:
"Does this patient value equation resonate with your practice or hospital?"

Attorneys' Eyes Only

Intuitive-00001260

3-SER-495



Purpose of slide:
After validation of da Vinci surgery enabling MIS nationally and discussions around the future of emerging procedures, share insights on the adoption of these procedures within the hospital region.

Statements:
Now that we've reviewed the impact that da Vinci surgery has had on MIS for established procedures and have discussed the opportunities of enabling MIS in emerging procedures at a national level, let's take a look at the impact da Vinci surgery has had within your region.

Probes:
"Are these results as you expected for your region?"

Sources:
5. ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: procedure adoption numbers are snapshots of the third quarter of 2009, 2012 and 2015

Attorneys' Eyes Only

Intuitive-00001261

3-SER-496



Source:
6. Truven Health Analytics. da Vinci Volume from Intuitive Surgical (data on file)

Attorneys' Eyes Only

Intuitive-00001262

3-SER-497



Purpose of slide:
Highlight that from a cost standpoint, instruments and accessories are just the "tip of the iceberg" as it relates to the total cost to treat.

Statements:
The adoption of da Vinci surgery in the markets presented earlier was driven by differentiated clinical benefits which may be more meaningful from a value perspective if they can be measured in monetary terms.
As hospitals evaluate the total cost to treat da Vinci surgery patients, more often than not, a lot of scrutiny is placed on the costs of da Vinci instruments and accessories.
Capital costs - some institutions want to view capital and service as a fixed cost and it gets allocated across all service lines. If capital depreciation is included in the financials of da Vinci surgery,  all service and capital in the OR should be treated similarly across surgical modalities (i.e., laparoscopic capital equipment amortization).
With operative time, we recommend exploring your times and cost for your surgeons.
This is an incomplete view unless you quantify the potential cost offsets associated with clinical measures such as LOS, ICU admission, conversions, complications, surgical site infections, PACU time, readmissions and blood transfusions.

Probes:
"Would you agree that these clinical measures have a significant effect on the total cost to treat patients?"

Attorneys' Eyes Only

Intuitive-00001263

3-SER-498



Purpose of slide:
Show the national cost average data for typical hospital costs associated with surgery. This will be the basis for national cost averages and savings highlighted on the next several slides.

Statements:
Now that you have seen some of the latest clinical opportunities and trends in the U.S. and your region, let's take a look at how customers around the nation are starting to look at the total cost of care with regards to da Vinci surgery.
These are national cost averages for specific clinical endpoints based on Intuitive Surgical's healthcare economic team's research, and then reviewed and validated by an independent 3rd party consulting firm:  Precision Health Economics – who has 5 offices in the US and is comprised of current and former tenured university academicians.
http://www.precisionhealtheconomics.com/about-phe
Your individual hospital figures will undoubtedly differ from these figures, but these are as accurate as possible for a nationwide sample.
We will use these calculations on the next slides to help us try and dollarize MIS cost savings via da Vinci surgery.

Probes:
Are you familiar with Precision Health?
Do these figures seem reasonable averages and proxies for each category?

Data Source:
h. Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. Note: Cost updated to 2014 using medical services consumer price index (CPI).
b. Weighted average based on 2013 Premier Database data of robotic and laparoscopic conversion costs. Premier Database. 2013. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Note: Cost updated to 2014 using medical services consumer price index (CPI).
f. Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30-days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and vaginal) or (Index stay - 44 Coronary artery bypass graft (CABG)).
c. DRG multiplier calculated based on data from Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913.
e. Zimlichman E, Henderson D, Tamir O. Health care-associated infections: a meta-analysis of costs and financial impact on the US health care system. JAMA Intern Med. 2013 Dec 9-23;173(22):2039-46. doi: 10.1001/jamainternmed.2013.9763.

More information on Precision Health:
Led by tenured professors at elite research universities, we bring intellectual integrity, academic rigor, and a creative approach

Attorneys' Eyes Only

Intuitive-00001264

3-SER-499

to the most challenging problems in health care.

Our team is comprised of a diverse and multi-disciplinary group of distinguished scholars, clinicians, and health care professionals who share a deep commitment to studying and improving healthcare. Our partners, Dana Goldman, Darius Lakdawalla, and Tomas Philipson, have built national and international reputations for excellence within the health care field — consistently setting the bar for achievement in health care research.

Our network of experts span leading academic institutions: Harvard, Stanford, Wharton, Chicago, MIT, Cornell, USC, UCLA. The economists and physicians who collaborate with us are national authorities in their respective fields. They are Nobel Prize and Clark Medal winners. We bring professionals experienced with government agencies (e.g., CMS and FDA) and industry (e.g., payers and life sciences).

Attorneys' Eyes Only

Intuitive-00001265

**3-SER-500**





Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for benign hysterectomy procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Luciano study shows that with experience (after 100 cases), OR time fell below 3 hours (for the last 25 cases).
Please know, these costs may vary per hospital. In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Luciano study that reviewed comparative outcomes from 289,875 hysterectomies from 156 US hospitals in Premier Research Database.
Length of stay reference (including both inpatient and outpatient) is based on the Marty Martino study which took a retrospective review of 2,552 patients from 2008 to 2012 at Lehigh Valley Health Network in Allentown, PA.

Data Sources:
7. Luciano AA, Luciano DE, Gabbert J and Seshadri-Kreaden U. The impact of robotics on the mode of benign hysterectomy and clinical outcomes, Int J Med Robot 2015 March. doi: 10.1002/rcs.1648.
8. Martino, Martin A. et al. A Comparison of Quality Outcome Measures in Patients Having a Hysterectomy for Benign Disease: Robotic vs. Non-robotic Approaches. Journal of Minimally Invasive Gynecology , Volume 21 , Issue 3 , 389 – 393
* Complications: Based on blended rate for Benign Hysterectomy DRG; $7,263 (2016 CMS Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Attorneys' Eyes Only

Intuitive-00001267

3-SER-502



Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. open vs. laparoscopy cost offset could look like for colon resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Cigdem Benlice study that was based on the ACS-NSQIP database and examined outcomes before and after frequency matching across the 3 surgical approaches. This study involved patients undergoing elective colectomy in 2013.

Data Sources
9. Benlice, C., Aytac, E., Costedio, M., Kessler, H., Abbas, M. A., Remzi, F. H., and Gorgun, E. (2016), Robotic, laparoscopic, and open colectomy: a case-matched comparison from the ACS-NSQIP, Int J Med Robotics ComputAssist Surg, doi: 10.1002/rcs.1783
Note: Complications reported as morbidity in paper
Complications: Based on blended rate for Colon Resection DRG; $15,901 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for rectal resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on:
Speicher PJ study based on the national cancer database examining short-term outcomes and pathologic surrogates of oncologic results among patients undergoing robotic versus laparoscopic low anterior resection for rectal cancer. A total of 6403 patients met inclusion criteria.
Midura study utilizing weighted Healthcare Cost and Utilization Project Nationwide Inpatient Sample data (2008, 2009) to identify the top 12 procedures for robotic general surgery.

Data Sources
10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov
11. Midura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.
* Complications: Based on blended rate for Rectal Cancer DRG; $12,910 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Attorneys' Eyes Only

Intuitive-00001269

3-SER-504



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. VATS cost offset could look like for lobectomy.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a R. Douglas Adams study that was based on the surgeon's retrospective cases and were compared to the 2009 and 2010 STS database.

Data Sources
12. Adams RD, et al. Initial Multicenter Community Robotic Lobectomy Experience: Comparisons to a National Database. Ann Thorac Surg 2014 June;97:1893-900. doi: 23.
* Complications: Based on blended rate for Lung Cancer DRG; $15,313 (2016 CM6 Inpatient Facility Reimbursement); Major complications calculation based on 2.8 x DRG

Attorneys' Eyes Only

Intuitive-00001270

3-SER-505



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open cost offset could look like for high-acuity ventral hernia procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a case-matched LA Martin-Del-Campo study.

Data Sources
13. Campo, et al. Comparative analysis of perioperative outcomes of robotic versus open transversus abdominis release. Surg Endosc. 25 March 2017.

Attorneys' Eyes Only

Intuitive-00001271

3-SER-506



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open cost offset could look like for incisional hernia procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a propensity score matched AS Prabhu study that compared matched groups within the AHSQC database

Data Sources
14. Prabhu, et al. Laparoscopic vs Robotic Intraperitoneal Mesh Repair for Incisional Hernia: An Americas Hernia Society Quality Collaborative Analysis. J Am Coll Surg 2017

Attorneys' Eyes Only

Intuitive-00001272

3-SER-507



Purpose of slide:
Highlight a comparative analysis of a da Vinci surgery vs. laparoscopy for inguinal hernia repair and suggest they have comparable clinical outcomes.

Statements:
The early evidence supports da Vinci surgery providing comparable outcomes relative to laparoscopy.
The data highlighted here is based on an internal analysis of the Premier database from 2011-2015 that is specific to unilateral inguinal hernias. It should be noted that this is not a case-matched analysis due to the limited number of inguinal hernia patients that can be matched in the Premier database. As we gather more data, we will continue to validate the clinical value. Lastly, da Vinci surgery is associated with a higher operative time (wheels in to wheels out) although it is difficult to control for surgeons going through their learning curve in the Premier data set.

Source:
15. Kimberly E. Waite, Comparison of robotic versus laparoscopic transabdominal preperitoneal (TAPP) inguinal hernia repair, J Robotic Surg DOI 10.1007/s11701-016-0580-1



Purpose of slide:
Use this slide to correct the misperception that da Vinci I&A costs are far higher than typical laparoscopic supply costs.

Statements:
There is often a misperception that da Vinci Surgery supply costs are significantly more expensive than those of laparoscopy. When we consider the reposable nature of da Vinci instruments (relative to disposable lap instruments) along with common instrument and accessories for both modalities, we find that the cost of da Vinci supplies is relatively in line or less than those of lap.
In this example, you will find that the elimination of certain instruments such as tackers in robotic ventral hernia repairs can have significant cost reduction implications.

Probes:
Did you know that the instrument and accessory costs for da Vinci for Ventral Hernia are less than laparoscopic instrument and accessory costs?
Whatever the differences in supplies costs, in the scenario in which da Vinci surgery represents an increase in supply cost, it is important to evaluate value comprehensively vs. outcomes...do you agree?
Does da Vinci surgery offer a potential strategic revenue advantage; for example, a better payer mix?

Data Source:
16. Estimate generated using financial data provided by Parkview Medical Center, Pueblo, CO. This data presentation should be considered  as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

Attorneys' Eyes Only

Intuitive-00001274

**3-SER-509**





Purpose of slide:
Share the methodology for selection, analysis and usage of the Premier Perspective Database.

Statements:
For procedures that have long been performed using the da Vinci System, like prostatectomy and benign hysterectomy, there is a wealth of comparative peer reviewed publications based on multiple institutions and/or national database studies.
The Premier Perspective Database provides both national and regional outcome insights that validate the clinical value of da Vinci surgery in literature using a consistent methodology and demonstrate value for emerging procedures where published literature is limited.
The Premier Perspective database represents ~40% of all hospital discharges (inpatient and outpatient) and is populated by a collaboration of both academic and community non-profit organizations.
The data we will be reviewing is based on discharges of patients from over 700 hospitals from 2008 through Q3 of 2015.
Propensity score-matched preliminary analyses have been performed for core da Vinci procedures .
Measurements included in the analysis are inpatient length of stay, transfusions, MIS to open conversions, overall complications, surgical site infections and OR time.
The data represented in the following slide has been propensity score-matched which ensures the selected patient, hospital and geographic characteristics are as similar as possible in order to limit bias or in other words, to compare apples to apples.
The patient characteristics or covariates selected have been found to bias outcomes. Examples of these covariates are age, obesity, race, admission type and Charlson comorbidity score.

Attorneys' Eyes Only

Intuitive-00001276

3-SER-511



Purpose of slide:
Demonstrate the clinical value of da Vinci surgery based on a rigorous statistical analysis of the Premier Perspective Database. Customize the data display by 1) national and regional, 2) procedure type, and 3) median and mean views.

Statements:
The data highlighted here is based on an internal analysis of the Premier database from 2013 through Q3 2015. This data has been propensity score matched which ensures the selected patient and hospital characteristics are as similar as possible in order to limit bias.
For the majority of procedures, da Vinci surgery is associated with comparable if not better clinical outcomes to open and laparoscopic/VATS surgery. When you consider the potential improvement in outcomes based on the Premier data, the impact on the total cost to treat patients can represent significant cost savings to hospitals.
LOS
Statements
When looking at Inpatient LOS, da Vinci surgery has a lower LOS compared to open and is comparable, and sometimes lower than laparoscopic surgery. The LOS shown here is the median (or 50th percentile) as these values are most in line with the LOS you'll find in most published literature. However, we can also view the mean or average LOS for this procedure in your region. As you will see, the mean LOS tends to be higher than the LOS you may see at your hospital because this data accounts for outliers that drive up the average LOS. You will see similar results of median vs. mean for OR time. Regardless of viewing outcomes through a median or mean metric, robotic surgery has a comparable or lower LOS compared to open and laparoscopic surgery. (* Exceptions: Lobectomy – Midwest, da Vinci vs. lap, R. Colectomy Ben – Northeast, da Vinci vs. lap, R. Colectomy Can, da Vinci vs. lap). Note: hyst-benign LOS may look higher than expected but the premier data only accounts for patients that are admitted to the hospital and does not include outpatient (70% of hyst-benign) procedures.
Probes
Is the regional LOS in line with what you would expect to see in your region? How do your internal LOS compare to the national/regional rate?
Do you experience capacity shortages for patients presenting with some of these procedures?
When thinking about length of stay – other than the room and board costs, are there other considerations for getting a patient home sooner, i.e., hospital-acquired conditions?
What impact could LOS have on hospital patient satisfaction scores?

Blood Transfusions
Statements
Blood transfusion rate is lower than open and lower or comparable to lap for most procedures nationally. (* Exception: R. Colectomy Can).
Probes
Is the regional blood transfusion rate in line with what you would expect to see in your region? How do your internal

Attorneys' Eyes Only

Intuitive-00001277

3-SER-512

transfusion rates compare to the national/regional rate?
What are the other costs associated with blood transfusions outside of direct costs? Administration of blood?

Complications
Statements
Overall complications, regardless of procedure, show favorable outcomes at a national level for da Vinci surgery vs. open surgery and most often comparable and sometimes favorable outcomes for da Vinci surgery vs. lap. This is particularly important for the pay-for-performance model as there will likely be increased scrutiny amongst payors around complication rates such as surgical site infections.
Probes
Is the regional complication rate in line with what you would expect to see in your region? How do your internal complication rates compare to the national/regional rate?

Surgical Site Infections
Statements
In 2016, the Hospital Acquired Conditions effort began including surgical site infections for colon surgery and abdominal hysterectomy. Medicare hospitals that underperform are penalized 1% of all Medicare reimbursement for their hospital. Reducing SSIs can represent significant cost avoidance. Based on a national cost study, the average cost per Surgical Site Infection is $20,785. Looking at the Premier data, specifically for hysterectomy and colectomy procedures (both benign and malignant), da Vinci surgery produces lower surgical site infections compared to an open operation avoids incremental cost.
Probes
Is the regional SSI rate in line with what you would expect to see in your region? How do your internal SSI rates compare to the national/regional rate?
Has your hospital seen a difference in open vs. MIS SSI rates?

OR Time
Statements
da Vinci surgery is associated with a longer operative time (wheels in to wheels out) compared to laparoscopy and open surgery. However, it is difficult to control the Premier data set for surgeons going through their learning curve. The OR time shown here is the median (or 50th percentile) as these values are most in line with the LOS you'll find in most published literature. However, we can also view the mean or average OR time for this procedure in your region. As you will see, the mean OR time tends to be higher than what you may see at your hospital because this data accounts for outliers that drive up the average OR time.
Probes
Is the regional OR time in line with what you would expect to see in your region? How do your internal OR times compare to the national/regional rate?
Has your hospital seen a reduction in OR time as surgeons gain more experience with the da Vinci System?
How does your hospital account for OR Time? Wheels in to wheels out?

Conversions
Statements
Lastly, with respect to conversions from MIS to open, da Vinci surgery is shown to have a lower rate than that of laparoscopy for all of the procedures shown here. Avoiding a conversion is not only important to a patient, but could have ancillary benefits such as length of stay, infection risk, etc.
Probes
Is the regional conversion rate in line with what you would expect to see in your region? How do your internal conversion rates compare to the national/regional rate?
How does a patient react when they are scheduled for an MIS procedure and wake-up to find that they had to undergo an open procedure? Does this affect satisfaction level?
What are the other costs associated with an open procedure vs. an MIS procedure? LOS? Infections? Blood transfusions? Pain Medications?

Q&A
"Why did you select the Premier Database?" There are a few reasons why we selected the Premier Perspective Database for outcomes results. First, the Premier Database represents ~40% of all hospital discharges (inpatient and outpatient) or discharges of patients from over 700 hospitals. The data is populated by a collaboration of both academic and community non-profit organizations. Second, Premier goes through a rigorous process of ensuring data standardization and appropriate categorization to ensure clean and accurate data sets. Third, Premier is able to identify at the patient level and track patients across all Premier facilities which provides a large data set to allow for a statistical analysis. For the purposes of directional insights, the Premier database enables us to perform a propensity score matched analysis and provide a representative view of patient outcomes at both the national and regional level.

"We are measured and incentivized to reduce readmissions at our hospital. Why don't you display readmissions results?" While

the Premier Perspective Database is robust, there are a few limitations including readmissions results. While readmissions are captured for patients, they are only captured for hospitals within the Premier database. For example, if a patient had surgery and was released from hospital A but was later readmitted to hospital B, that readmission would not be captured, so the overall readmission rate is potentially deflated. Given this limitation, we chose not to include readmission rates in the analysis. Other limitations include only inpatient LOS (because it's based on the patient's discharge) and it has the potential to be biased as it's a retrospective database.

"Dr. A's results look quite different than the Premier results you are displaying. Shouldn't they be comparable?" There are limitations in comparing a particular surgeon's outcomes to the national database. There is no algorithm developed within the Premier database that takes into account where the surgeon is in their learning curve or their experience. In addition, the techniques being used by Dr. A could be quite different than those from the Premier database. The data presented here is simply for directional purposes.

"I'd like to see the regional outcomes for both inguinal and ventral hernia. Why are they not available here?" In order to make a statistical argument, the matched sample size needs to be large enough to provide results. If the sample size drops below 25 force matched individuals, we were not able to run the analysis as the results would be misguiding. When this is the case, results will be displayed blank. In the case of inguinal and ventral hernia, these procedures are early in adoption and although we anticipate available data in the near future, there isn't enough to provide directional results at the regional level. You will also find that national data isn't included for inguinal hernia. While da Vinci surgery is comparable to lap and open for the outcomes displayed here, 96% of da Vinci inguinal hernia procedures are performed as outpatient procedures which aren't tracked in the Premier database.

"It seems like some of the data you're displaying isn't statistically significant, so is this data even accurate?" Statistical significance requires a certain sample size. For some of the outcomes displayed here, the sample size is too small to meet statistical significance. However, if you take into account the sample size displayed and how close the p-value is to statistical significance, as little as one or two more people could make the results statistically significant.

Data Source:
17. Internal analysis of Q1 2013 – Q3 2015 premier database.





**Purpose of slide:**
Show patients that elect to have da Vinci Surgery for benign hysterectomy have a higher degree of satisfaction compared to that of other surgical modalities.

**Statements:**
Would you agree that patient outcomes can influence patient satisfaction and experience?
In a published study, ~10,000 hysterectomy-benign patients were studied with respect to satisfaction with the surgical experience and pain levels.
The chart demonstrates that these patients that elected to have da Vinci benign hysterectomy reported the highest degree of satisfaction with the overall surgical experience and pain.
With value-based purchasing including a patient satisfaction component (via HCAHPS scores), a patient's experience can have a direct and measurable impact on hospital revenue.

**Probes:**
"Have you examined your patient satisfaction scores across surgical modalities?"
"What impact does patient satisfaction on surgical revenue for your hospital?"

**Objection Handling:**
HCAHPS surgery does not have clinical measures, and this is what pay-for-performance is going to be based on, so not sure how this surgery is relevant?
That is true with respect to HCAHPS, as they are looking at hospital room cleanliness, professionalism of doctors, etc.  However, would you agree that surgical clinical outcomes has a direct effect patient satisfaction level? If you were converted to open when you expected an MIS procedure would that influence the satisfaction scores?

**Data Source:**
18. Pitter MC, Simmonds C, Seshadri-Kreaden U, et al. The impact of different surgical modalities for hysterectomy on satisfaction and patient reported outcomes. Interact J Med Res 2014;3(3):e11.

Attorneys' Eyes Only

Intuitive-00001281

**3-SER-516**



Purpose of slide:
Present early, quantitative market research supporting patient perceptions around pain in da Vinci surgery vs laparoscopic and open surgery.

Statements:
A quantitative market research study recently conducted by Intuitive Surgical evaluated perceptions around pain among 406 patients who have had a inguinal hernia procedure within the past 12 months (robotic-assisted vs. lap vs. open)
Patient sample size: Open = 167, Lap = 168, da Vinci = 74
Methodology: online survey of past year IHR patients through a national market research panel and 14 individual physician offices
As you can see, the numbers shown here represent the perceived average pain score and degree that daily activities were disrupted of patients that took part in the market research:
da Vinci surgery patients have less pain than those that had an open and laparoscopic inguinal hernia repair
da Vinci  surgery patients have the least disruption to daily activities
A higher percent of da Vinci surgery patients experience time to little or no pain within two weeks than those that had an open and laparoscopic inguinal hernia repair
65% da Vinci surgery vs 50% open surgery
A higher percent of da Vinci surgery patients experience time to no pain medication within two weeks than those that had an open and laparoscopic inguinal hernia repair
89% da Vinci surgery vs 74% open

Probe
What's your perception around pain and daily activity disruption in patients receiving da Vinci surgery vs open and/or laparoscopic surgery?
How important is pain and return to daily activities to you and your patients?
What impact could patients' pain experience have on hospital patient satisfaction scores?

Data Source:
19. Results from an accepted abstract on patient pain perception,  November 2016. N = 406 patients.  This is a quantitative market research study and expresses opinions  of patients that  received open, laparoscopic or da Vinci  inguinal hernia repair in the past year. This data comparison is not case matched for patient complexity and/or disease status and may not be comparable across these surgical modalities. The data have not been peer-reviewed and have not been published.

Attorneys' Eyes Only

Intuitive-00001282

3-SER-517



Purpose of slide:
Demonstrate the insurance mix of patients that elect to have specific procedures at a regional level – da Vinci surgery vs. open and lap.

Statements:
Throughout the country, hospitals are looking to diversify their payor mix in an effort to attract or retain more commercially/privately insured patients. Premier data shows that for the core procedures, da Vinci surgery attracts more commercially insured patients compared to laparoscopic and open surgery.

Probes:
What do you think the reasons are for patients with commercial insurance aligning more with da Vinci procedures? (potential answers – more educated/informed patient chooses da Vinci surgery.)
Have you looked at your specific payor mix vs. surgical approach; do any of these procedures stand out to you as a primary service line you want to attract?
On average, what is your % premium for commercial patients vs. Medicare / Medicaid?
In 2016, Medicare increased the average reimbursement rate for outpatient benign hysterectomy procedures by 86% and is for the first time reimbursed at a higher rate that an inpatient hysterectomy. Have you evaluated your reimbursement rate for outpatient procedures and if so, is it in line with the average Medicare reimbursement rate?

Source:
17. Internal analysis of Q1 2013 – Q3 2015 premier database.



Purpose of slide:
Demonstrate the prevalence of outpatient surgery in low-acuity procedures like benign hysterectomy, inguinal hernia and low complexity ventral hernia.

Statements:
"Outpatient" in this data is defined by admission status, not site of care. In other words, the percentages displayed in this chart represent the percent of patients that are "outpatient" and not admitted to the hospital by surgical modality.
The majority of patients having low-acuity procedures like benign hysterectomy, inguinal hernia and low complexity ventral hernia are receiving outpatient procedures rather than being admitted to the hospital.
80% of da Vinci benign hysterectomy 96% of da Vinci inguinal hernia, and 80% of ventral hernia cases are performed as outpatient procedures.
Given the increase in reimbursement for a number of these procedures, specifically benign hysterectomy, da Vinci surgery could represent an increase in your hospital's reimbursement.

Probes:
What is your inpatient/outpatient mix for da Vinci benign hysterectomy, inguinal hernia and ventral hernia procedures?
Would you see value in moving some of these outpatient procedures to an alternate site of care, like your HOPD, to open access in the main OR for higher acuity procedures?

Source:
5. ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: procedure adoption numbers are snapshots of the third quarter of 2009, 2012 and 2015

Attorneys' Eyes Only

Intuitive-00001284

3-SER-519



Purpose of slide:
This slide provides peer reviewed publication support to support claims of patients seeking / traveling to receive da Vinci surgery; and eventual procedure consolidation.

Statements:
In 2012, Dr. Karyn Stitzenberg, a surgical oncologist form UNC-Chapel Hill did an analysis on the consolidation and travel patterns of patients seeking prostatectomy surgery.
Methods:  A population-based observational study of all prostatectomies for cancer in New York, New Jersey, and Pennsylvania from 2000 to 2009 was performed using hospital discharge data. Hospital procedure volume was defined as the number of prostatectomies performed for cancer in a given year. Straight-line travel distance to the treating hospital was calculated for each case. Hospitals were contacted to determine the year of acquisition of the first robot.
Conclusion: the hospitals offering robotic surgery consolidated the patients over time, and those who didn't initiate a robotic surgery program eventually lost their service line.

Probes:
"Based on the trends that we just reviewed in both gynecology and general surgery, do you think the same consolidation process will happen with these surgical specialties?"
"What are your plans to address this consolidation?"

Objection handling:
This study was just about New York, Pennsylvania, and New Jersey....our market is different so can you draw this conclusion for the entire U.S.?
"You are correct, this study only focused on the northeast, however, we have seen the same trends throughout the U.S. With 90% or more of the prostatectomies in the US being treated with da Vinci surgery, do you think it is safe to say that if you are in the prostatectomy business, you likely have a da Vinci surgery program?"
Why did the number of prostatectomies fall-off in 2007?
"Prostatectomy procedures actually stayed relatively flat during 2007 and beyond, but we know that the hospitals that invested in da Vinci surgery were growing and consolidating patients. It is possible that IMRT may have had a small impact, and also possible that as a result of less hospitals doing prostate surgery, it could bring the overall number down."

Data Source:
20. Karyn B. Stitzenberg , et  al. Trends in Radical Prostatectomy: Centralization, Robotics, and Access to Urologic Cancer Care. Cancer. 2012 Jan 1; 118(1): 54–62.

Attorneys' Eyes Only

Intuitive-00001285

3-SER-520



Purpose of slide:
This slide shows the proliferation of da Vinci surgery in urology, gynecology, and general surgery resident / fellowship programs, and implies growing surgeon interest in having access to a da Vinci Surgical System.

Statements:
Attracting physicians is among hospital CEOs' top imperatives. As hospitals evaluate da Vinci surgery and opportunities to attract surgeons, they should consider the proliferation of da Vinci surgery in residency and fellowship programs where physicians are being exposed to robotic-assisted surgery.
In the case of URO, 96% of hospitals with urology residency programs are performing da Vinci Surgery. As shown here, da Vinci surgery is being rapidly adopted by residencies and fellowships across specialties.
A successful da Vinci surgery program can help attract top talent.

Probes:
"Have you also seen an increased interest in robotics for surgeon's you are recruiting?"
"What specific specialties are you recruiting for today?"

Data Source:
21. ISI internal estimates based on 2014 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.
22. Smith, Aimee L., et al. J Robotic Surg (2010) 4:23–27; Survey of obstetrics and gynecology residents' training and opinions on robotic surgery
23. Soorena Fatehchehr, MD. Robotic Surgery Training in Gynecologic Fellowship Programs in the United States. Journal of the Society of Laparoendoscopic Surgeons. July–Sept 2014 Volume 18 Issue 3
24. Association of Programs Directors in Colon and Rectal Surgery (APDCRS)

Attorneys' Eyes Only

Intuitive-00001286

3-SER-521





Data Source:
25. Open and Lap/VATS estimates: IMS Health, 2013-2014 (the most current data available at the time of data purchase by procedure); procedure estimates may not include those from cash-pay patients. da Vinci® procedure volumes: Intuitive Surgical (data on file)



Purpose of slide:
Review hospital performance in surgical site infection scores based on publicly available information on the Hospital Compare website under Medicare.gov

Statements:
The Patient Protection and Affordable Care Act (ACA) established the Hospital-Acquired Condition (HAC) Reduction Program to provide an incentive for hospitals to reduce HACs.
Effective beginning on October 1, 2014, the HAC Reduction Program requires an adjustment to Medicare payments for hospitals that rank in the worst-performing quartile of all Medicare hospitals with respect to risk-adjusted HAC quality measures. These hospitals will have their payments reduced to 99 percent of what would otherwise have been paid for such discharges.
Among the measures under the HAC program are SSIs (surgical site infections) specific to colon surgery and abdominal hysterectomy
The data shown here represents your hospital's SSI score and whether your hospital is subject to a HAC penalty based on 2015 data. Each hospital is assigned a measure score between 1 and 10 for each SSI measure. Note: a lower score is better, a higher score is worse.

Probes:
For hospitals with high SSI scores (higher scores are worse), what role has da Vinci surgery played or can it play in reducing these hospital-acquired conditions?
What is the degree of open surgery in procedures like colon surgery at your hospital and what impact can that have on high SSIs?

26. FY2017 CMS HAC penalty report, Data.Medicare.gov

Attorneys' Eyes Only

Intuitive-00001289

3-SER-524



Patient Migration Tool: https://tableau.intusurg.com/#/views/PatientMigrationv3_5/Overview?:iid=1

Data Source:
27. IMS Health, 2014

Attorneys' Eyes Only

Intuitive-00001290

3-SER-525



Purpose of slide:
Discuss the concept of enabling more MIS in high-acuity cases in the hospital OR while leveraging an HOPD asset to accommodate/grow low-acuity cases

Statements:
Today, you have invested in da Vinci surgery for a range of clinical applications, spanning high-acuity procedures (such as colorectal and thoracic surgery) to lower-acuity procedures (such as hysterectomy and hernia repair).
In light of the trends we discussed earlier, many hospitals are evaluating strategies to open up more access in the hospital OR to perform more MIS/da Vinci surgery by shifting their low-acuity cases to a hospital outpatient department.
By shifting low-acuity cases to the HOP0D, hospitals potentially benefit from the access, efficiencies and increased consistency of back-to-back cases without any change in reimbursement (be it a given procedure performed at the main hospital or HOPD).
Consequently, access to da Vinci surgery for high-acuity procedures in the main hospital expands potentially allowing you to enable more MIS for procedures that may still be performed open. The benefit is increased access for MIS and potential reduction in open surgery and the associated costs to treat those patients.

Probes:
"As you work toward creating synergies between your HOPD and inpatient setting, what types of plans, if any, do you have for maximizing the clinical and financial value that specific surgical procedures bring to each setting?"
"Is there a value to opening more surgical time in the main OR for high-acuity / more complex procedure volume?"
"What clinical value have you experienced with da Vinci surgery in moving open ⮕ MIS? What is preventing you from enabling more MIS for complex, high acuity procedures?"
"Do you feel as though your surgeons currently have a path for booking 3-4 robotic-assisted procedures back to back with minimal turnover?  Could the HOPD be more efficient for them?  Could this be a draw to attract surgeons from the competitive facility?"

Attorneys' Eyes Only

Intuitive-00001291

3-SER-526



HOME   ← BACK   FORWARD→   MEETING OBJECTIVES   ECOSYSTEM   RESULTS   UPDATES   COMPARATIVE OUTCOMES   PRELIMINARY OUTCOMES   STRATEGIC ADVANTAGE   OPPORTUNITY   **SOLUTIONS**

## Challenges and Solutions

| Opportunity | Challenges | Solutions |
|---|---|---|
| Clinical | | |
| | | |
| Operational | | |
| | | |
| Strategic | | |
| | | |

INTUITIVE.

PN 1018713-US Rev I  08/2018    54

Attorneys' Eyes Only

Intuitive-00001293

**3-SER-528**



HOME    ← BACK    FORWARD→    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

# Key Clinical References

| | Benign Hysterectomy | | Colon Resection | Rectal Resection | | Lobectomy | Ventral Hernia | Incisional Hernia | Inguinal Hernia |
|---|---|---|---|---|---|---|---|---|---|
| Year | 2015 | 2014 | 2016 | 2014 | 2015 | 2014 | 2017 | 2017 | 2016 |
| Reference # | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| Publication | Luciano AA International Journal of Medicine | Martino, MA Journal of Minimally Invasive Gynecology | Benlice C International Journal of Medical Robotics and Computer Assisted Surgery | Speicher PJ Annals of Surgery | Midura EF Surgery | Adams RD Annals of Thoracic Surgery | Campo LA Surgical Endoscopy | Prabhu AS J Am Coll Surg | Kimberly E. Waite J Robotic Surg |
| Publication source | Review of 156 hospitals in Premier Research Database over 6 years | Retrospective study of 2,554 hysterectomy patients in health network database | Case-matched comparison from the ACS-NSQIP | National Cancer Database NCB | | Multicenter study based on Society of Thoracic Surgeons Database. Robotic early experience in comparison to VATS and Open from STS | Multicenter retrospective study of 114 ventral hernia patients | Case-matched comparison from AHSQC database | Retrospective review of 63 consecutive patients at Oakland University William Beaumont School of Medicine |
| Limitations | Retrospective, non-matched<br><br>Analysis limited to hospitals with robotics | Retrospective, non-matched<br><br>Single institution | Retrospective | Several patient characteristics unavailable<br><br>Lack of specific complication data | | Retrospective, non-matched<br><br>Early learning curve for robotics | Small sample | Retrospective<br><br>Mesh fixation differences | Single surgeon<br><br>Single institution<br><br>Retrospective, non-matched<br><br>Small sample |

INTUITIVE

PN 1019713-US Rev I 09/2018    58

Attorneys' Eyes Only

Intuitive-00001295

3-SER-530

HOME    ← BACK    FORWARD→    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

## Cost Modeling Methodology

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|------|-----------------|-------------|--------------------|-----------------|------------------|
| a | Operative Time | Chatterjee A, Payette MJ, Demas CP, et al. Opportunity cost: a systematic application to surgery. Surgery 2009;146:18-22. | Opportunity Cost | $11/min | 2009-2014 Medical Services Consumer Price Index |

NOTE: Published value is based on laparoscopic ventral hernia repair.

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|------|-----------------|-------------|--------------------|-----------------|------------------|
| b | Conversions | Intuitive Surgical, Inc. analysis of 2013 Premier Database for robotic and laparoscopic conversion costs. | Weighted Average | n/a | 2013-2014 Medical Services Consumer Price Index |

NOTE: Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.

NOTE:
- Surgical complications classified as Clavien-Dindo Grade I constitute "Minor Complications" for the purposes of this analysis. The DRG multiplier featured (0.3) is an average of the calculated values from column 4 for each of these classifications.
- Surgical complications classified as Clavien-Dindo Grade IIIb, IVa and IVb constitute "Major Complications" for the purposes of this analysis. The DRG multiplier featured (2.8) is an average of the calculated values from column 4 for each of these classifications.
- *Based on 2014 Premier Database inpatient/outpatient procedure mix and DRG mix.

INTU'T'VE.

PN 1018713-US Rev I / 08/2016    57

HOME  ← BACK  FORWARD →  MEETING OBJECTIVES  ECOSYSTEM  RESULTS  UPDATES  COMPARATIVE OUTCOMES  PRELIMINARY OUTCOMES  STRATEGIC ADVANTAGE  OPPORTUNITY  SOLUTIONS

# Cost Modeling Methodology (cont'd.)

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|---|---|---|---|---|---|
| c | Complications | | | | |
| | DRG multiplier | Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913. | $\dfrac{\text{Cost of complication}}{\dfrac{\text{Cost of surgery}}{\text{w/o complications}} - \dfrac{\text{Cost of surgery}}{\text{w/o complications}}}$ | n/a | n/a |
| | DRG value | FY2018 Final Rule Tables. Center for Medicare and Medicaid Services. | Weighted Average* | **Hyst-Benign** <br> DRG-742 (32%*) - $8,527.10 / DRG-743 (8%*) - $5,521.30 <br> APC-5302 (59%*) - $6,881.00 <br> **Lobectomy** <br> DRG-163 (18%*) - $27,137.90 / DRG-164 (50%*) - $14,031.26 <br> DRG-165 (26%*) - $9,881.00 <br> **Colon Resection** <br> DRG-329 (25%*) - $27,177.90 / DRG-330 (47%*) - $13,942.36 <br> DRG-331 (41%*) - $9,005.93 <br> **Rectal Cancer** <br> DRG-332 (12%*) - $24,048.85 / DRG-333 (47%*) - $13,256.36 <br> DRG-334 (41%*) - $9,018.50 <br> **Ventral Hernia Repair** <br> DRG-353 (3%*) - $15,953.33 / DRG-354 (11%*) - $9,109.79 <br> DRG-355 (13%*) - $5,765.38 / APC-0132 (73%*) - $4,001.00 <br> **Inguinal Hernia Repair** <br> DRG-350 (3%*) - $13,855.39 / DRG-351 (1%*) - $7,707.73 <br> DRG-352 (4%*) - $5,346.93 / APC-0131 (92%*) - $4,036.92 | n/a |

INTUITIVE.

PN 1018713-US Rev I / 08/2018    58

Attorneys' Eyes Only

Intuitive-00001297

3-SER-532

HOME    ← BACK    FORWARD→    MEETING    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE    PRELIMINARY    STRATEGIC    OPPORTUNITY    SOLUTIONS
OBJECTIVES    OUTCOMES    OUTCOMES    ADVANTAGE

# Cost Modeling Methodology (cont'd.)

| Ref. | Clinical Metric | Resource(s) | Calculation Method | Published Value | Value Adjustment |
|------|-----------------|-------------|--------------------|-----------------|-------------------|
| d | Transfusions | Shander A, Hofmann A, Ozawa S, et al. Activity-based costs of blood transfusions in surgical patients at four hospitals. Transfusion 2010;50(4):753-765. | $1,183.32 + $726.05 / 2 = $955 | $1,183.32 / $726.05 | 2008-2014 Medical Services Consumer Price Index |
| | NOTE: Per-unit blood cost is based on the average of the two hospitals of the four studied that are based in the U.S., specifically, EHMC and RiH (the other two are in Europe). | | | | |
| e | Surgical Site Infections | Zimlichman E, Henderson D, Tamir O. Health care-associated infections: a meta-analysis of costs and financial impact on the U.S. health care system. JAMA Intern Med. 2013 Dec 9-23;173(22):2039-46. | n/a | $20,785 | n/a |
| f | Readmissions | Agency for Healthcare Research and Quality. HCUPnet. A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30 days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and vaginal) and (Index stay - 44 Coronary artery bypass graft (CABG)). | n/a | $11,087 (Hysterectomy, abdominal and vaginal) | 2012-2014 Medical Services Consumer Price Index |
| g | Recurrence | Poulose BK, Shelton J, Phillips S, et al. Epidemiology and cost of ventral hernia repair: making the case for hernia research. Hernia. 2012 Apr;16(2):179-83. | n/a | $15,899 | n/a |
| h | Length of Stay | Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. | n/a | $1,153/day (general ward) $3,518/day (intensive care) | 2005-2014 Medical Services Consumer Price Index |

Attorneys' Eyes Only

Intuitive-00001298

3-SER-533

HOME   ← BACK   FORWARD →   VIEWING DIRECTORIES   FULL SCREEN   RESULTS   UPDATES   COMPARATIVE OUTCOMES   PRELIMINARY OUTCOMES   STRATEGIC ADVANTAGE   OPPORTUNITY   POLITICAL

# References

In order to provide benefit and risk information, Intuitive Surgical reviews the highest available level of evidence on representative da Vinci procedures. Intuitive Surgical strives to provide a complete, fair and balanced view of the clinical literature. However, our materials should not be seen as a substitute for a comprehensive literature review for inclusion of all potential outcomes. We encourage patients and physicians to review the original publications and all available literature in order to make an informed decision. Clinical studies are available at pubmed.gov.

1. Intuitive Surgical internal estimates based on Q1 of 2008 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Sources for market share estimates are based on data purchased for that year. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: Ventral Hernia Repair market share numbers include only primary procedures.

2. Intuitive Surgical internal estimates based on Q1 of 2017 national Premier database for open, conventional MIS and da Vinci procedures

3. Intuitive Surgical internal estimates based on Q1 of 2017 national Premier database for open procedures

4. Intuitive Surgical internal estimates based on Q1 of 2017 JP Morgan analysis and data for da Vinci procedures

5. ISI internal estimates based on 2008 through 2017 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive

Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal

6. Truven Health Analytics. da Vinci Volume from Intuitive Surgical (data on file)

7. Luciano AA, Luciano DE, Gabbert J and Seshadri-Kreaden U. The impact of robotics on the mode of benign hysterectomy and clinical outcomes. Int J Med Robot 2015 March. doi: 10.1002/rcs.1646.

8. Martin A. Martino, MD, A Comparison of Quality Outcome Measures in Patients Having a Hysterectomy for Benign Disease: Robotic vs. Non-robotic Approaches. Journal of Minimally Invasive Gynecology, 2014

9. Bertice, C., Aytac, E., Costedio, M., Kessler, H., Abbas, M. A., Remzi, F. H. and Gorgun, E. (2016), Robotic, laparoscopic, and open colectomy: a case-matched comparison from the ACS-NSQIP. Int J Med Robotics ComputAssist Surg. doi: 10.1002/rcs.1783

10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov 17.

11. Mirkura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.

12. Adams RD, et al. Initial Multicenter Community Robotic Lobectomy Experience: Comparisons to a National Database. Ann Thorac Surg 2014 June;97:1893-900. doi: 23.

INTUITIVE    PN 1016734 Rev I 090916    80

Attorneys' Eyes Only

Intuitive-00001299

3-SER-534

HOME    ← BACK    FORWARD →    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

# References

13. Campo, et al. Comparative analysis of perioperative outcomes of robotic versus open transversus abdominis release. Surg Endosc. 25 March 2017.

14. Prabhu, et al. Laparoscopic vs Robotic Intraperitoneal Mesh Repair for Incisional Hernia: An Americas Hernia Society Quality Collaborative Analysis. J Am Coll Surg 2017

15. Kimberly E. Waite. Comparison of robotic versus laparoscopic transabdominal preperitoneal (TAPP) inguinal hernia repair, J Robotic Surg DOI 10.1007/s11701-016-0560-1

16. Estimate generated using financial data provided by Parkview Medical Center, Pueblo, CO. This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

17. Internal analysis of Q1 2013 – Q3 2015 premer database.

18. Pitter MC, Simmonds C, Seshadri-Kreaden U, et al. The impact of different surgical modalities for hysterectomy on satisfaction and patient reported outcomes. Interact J Med Res 2014;3(3);e11.

19. Bittner JG, et al. Patient perceptions of acute pain and activity disruption following inguinal hernia repair: a propensity-matched comparison of robotic-assisted, laparoscopic, and open approaches. Journal of Robotic Surgery 2018. doi 10.1007/s11701-018-0790-9

20. Karyn B. Stitzenberg., et al. Trends in Radical Prostatectomy: Centralization, Robotics, and Access to Urologic Cancer Care. Cancer 2012 Jan 1. 118(1): 54–62

21. ISI internal estimates based on 2014 national Premer database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical.

22. Smith, Aimee L., et al. J Robotic Surg (2010) 4.23–27, Survey of obstetrics and gynecology residents' training and opinions on robotic surgery

23. Seorena Fatehchehr, MD. Robotic Surgery Training in Gynecologic Fellowship Programs in the United States. Journal of the Society of Laparoendoscopic Surgeons. July–Sept 2014 Volume 18 Issue 3

24. Association of Programs Directors in Colon and Rectal Surgery (APDCRS)

25. Open and Lap/VATS estimates: IMS Health, 2013-2014 (the most current data available at the time of data purchase by procedure); procedure estimates may not include those from cash-pay patients. da Vinci® procedure volumes: Intuitive Surgical (data on file)

26. FY2017 CMS HAC penalty report. Data.Medicare.gov

27. IMS Health, 2014

INTUITIVE

PN 1016724 Rev I 05/2016    51

Attorneys' Eyes Only

Intuitive-00001300

3-SER-535



HOME   ← BACK   FORWARD→   MEETING   ECOSYSTEM   RESULTS   UPDATES   COMPARATIVE   PRELIMINARY   STRATEGIC   OPPORTUNITY   SOLUTIONS
OBJECTIVES                                    OUTCOMES     OUTCOMES     ADVANTAGE

# Procedure Code List

Used for Intuitive Surgical internal analysis of Premier Perspective Database

ICD9 procedure codes used to define:

| LAR | Ventral Hernia | Inguinal Hernia | | Hysterectomy Benign | Hysterectomy Malignant | | |
|---|---|---|---|---|---|---|---|
| 48.62 | 53.41 | 17.11 | 53.04 | 68.31 | 68.31 | 180 | 183.5 |
| 48.63 | 53.42 | 17.12 | 53.05 | 68.39 | 68.39 | 180.1 | 183.8 |
| 154 | 53.43 | 17.13 | 53.1 | 68.41 | 68.41 | 180.8 | 198.6 |
| 154.1 | 53.49 | 17.21 | 53.11 | 68.49 | 68.49 | 180.9 | 198.82 |
| 154.2 | 53.51 | 17.22 | 53.12 | 68.51 | 68.51 | 181 | 233.2 |
| 154.3 | 53.59 | 17.23 | 53.13 | 68.59 | 68.59 | 182 | 233.3 |
| 154.8 | 53.61 | 17.24 | 53.14 | 68.9 | 68.9 | 182.1 | 233.30 |
| 196.2 | 53.62 | 53 | 53.15 | | 68.61 | 182.8 | 233.31 |
| 197.5 | 53.63 | 53.01 | 53.16 | | 68.69 | 183 | 233.32 |
| | 53.69 | 53.02 | 53.17 | | 68.71 | 183.2 | 233.39 |
| | | 53.03 | | | 68.79 | 183.3 | 795.06 |
| | | | | | 179 | 183.4 | |

| Prostatectomy | Sigmoidectomy | Right Colectomy (Cancer & Benign) | Lobectomy |
|---|---|---|---|
| 60.21 | 17.36 | 17.33 | 32.41 |
| 60.29 | 45.76 | 45.73 | 32.49 |
| 60.3 | 562.10 | 153.0 | |
| 60.4 | 562.11 | 153.4 | |
| 60.5 | 562.12 | 153.6 | |
| 60.69 | 562.13 | | |

INTUITIVE.                                                                PN 1019713-US Rev I  08/2018        63

Attorneys' Eyes Only

Intuitive-00001302

3-SER-537





| HOME | ← BACK | FORWARD→ | MEETING OBJECTIVES | ECOSYSTEM | RESULTS | UPDATES | COMPARATIVE OUTCOMES | PRELIMINARY OUTCOMES | STRATEGIC ADVANTAGE | OPPORTUNITY | SOLUTIONS |

## Optimize Instruments and Accessories Cost
Ventral Hernia Repair

| Instrument | da Vinci® (5 mm inst.) | Laparoscopic (1.5 tackers) | Open |
|---|---|---|---|
| Total (excluding mesh cost) | $1,107 | $1,800 | $1,185 |
| Tacker | — | $1,050 | $700 |
| Pain Pump | — | — | $365 |
| Drapes | $200 | — | — |
| Trocars (x 3 or 4) | $80 | $150 | — |
| Harmonic | — | $480 | — |
| Monopolar or Lap Tray | — | $120 | $120 |
| 5 mm Monopolar | $227 | — | — |
| 5 mm Bowel Grasper | $200 | — | — |
| 5 mm Needle Driver (2) | $400 | — | — |

Data and conclusions presented were published in a peer-reviewed journal. This data presentation should be considered as informational only and is not conclusive.
Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. The data presented here reflect a single institution experience.  The results may or may not be reproducible and are not generalizable.

INTUITIVE.

PN 1019713-US Rev I  09/2016     88

Purpose of slide:
Use this slide to correct the misperception that da Vinci I&A costs are far higher than typical laparoscopic supply costs.

Statements:
There is often a misperception that da Vinci Surgery supply costs are significantly more expensive than those of laparoscopy. When we consider the reposable nature of da Vinci instruments (relative to disposable lap instruments) along with common instrument and accessories for both modalities, we find that the cost of da Vinci supplies is relatively in line or less than those of lap and open.
In this example, you will find that the elimination of certain instruments such as tackers in robotic ventral hernia repairs can have significant cost reduction implications.

Probes:
Did you know that the instrument and accessory costs for da Vinci for ventral hernia repair are more or less in-line with open and less than laparoscopic instrument and accessory costs?
Whatever the differences in supplies costs, in the scenario in which da Vinci surgery represents an increase in supply cost, it is important to evaluate value comprehensively vs. outcomes...do you agree?
Does da Vinci surgery offer a potential strategic revenue advantage; for example, a better payer mix?

Data Source:
Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. Data and conclusions presented should be considered preliminary unless published in a peer-reviewed journal. This data presentation should be considered as informational only and is not conclusive.

Attorneys' Eyes Only

Intuitive-00001305

3-SER-540

## Optimize Instruments and Accessories Cost

Devin Garza, MD and Intuitive Internal Estimates

**Benign Hysterectomy**

| Instrument | da Vinci Multi-Port* | da Vinci Single-Site®* | Laparascopic Multi-Port* | Open** |
|---|---|---|---|---|
| Total | $1,140 | $1,095 | $750-$1,308* | $234 |
| Bipolar / Ligasure | $270 | $257 | $490 | $225 |
| Monopolar / Scissors | $340 | $143 | — | — |
| Monopolar Tip Cover | $20 | — | — | — |
| Needle Driver / Endo Stitch™ | — | $230 | $398 | — |
| Endo Stitch – 2 reloads | — | — | $160 | — |
| Large / Mega SutureCut* | $240 | — | — | — |
| Suction Irrigator | — | $50 | $50 | $5 |
| Drapes and Seals | $200 | $272 | — | — |
| Trocars / Port | $70 | $143 | $210 | — |
| Bovie Electrocautery | — | — | — | $2 |
| Suture | — | — | — | $2 |

* Financial data provided by St. David's North Austin Medical Center, Austin, TX. This data presentation should be considered  as informational only and is not conclusive. Based on a single institution and may not be
reproducible or generalizable.
♦ Range with and without Endo Stitch™ and reloads.
♦ Estimate generated by Intuitive Surgical, Inc.

INTUITIVE

Attorneys' Eyes Only

Intuitive-00001306

3-SER-541

## Optimize Instruments and Accessories Cost
Reza Gamagami, MD and ISI Internal Estimates

| Instrument | da Vinci® | Laparoscopic | Open |
|---|---|---|---|
| Total | $2,410 | $2,235 | $1,698 |
| Cadiere Forceps | $210 | — | — |
| Vessel Sealer | $595 | $485 | $655 |
| Stapler (+ 2 reloads) | $680 | $550 | $510 |
| Large Suturecut Needle Driver | $220 | — | — |
| Permanent Cautery Hook | $200 | — | — |
| Small Graptor | $240 | — | — |
| Bovie Pencil | — | — | $8 |
| EEA | — | $500 | — |
| Hand Assist GelPort | — | $500 | $425 |
| Trocar and Drapes | $265 | — | — |
| Lap Graspers & Scissors | — | $200 | — |
| Extraction Bags | — | — | $100 |

* Estimate generated using financial data provided by Silver Cross Hospital, Joliet, IL and Oklahoma Surgical Hospital, Tulsa, OK. This data presentation should be considered
an informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.
+ Open estimate based on internal estimates.

INTUITIVE.                                                                PN 1019713-US Rev I  08/2016    88

Attorneys' Eyes Only

HOME    ← BACK    FORWARD→    MEETING      ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE    PRELIMINARY    STRATEGIC    OPPORTUNITY    SOLUTIONS
                                OBJECTIVES                                                 OUTCOMES      OUTCOMES      ADVANTAGE

## Optimize Instruments and Accessories Cost

Craig Johnson, MD; Darry Meyer, MD; Gregory DeArmond, MD; Alan Bassin, MD
**Rectal Resection**

| Instrument | da Vinci® | Laparoscopic* | Open* |
|---|---|---|---|
| **Total** | **$2,355** | $1,665 | $1,615 |
| Vessel Sealer | $595 | $480 | $485 |
| Stapler (+ 2 reloads) | $680 | $465 | $550 |
| EEA | — | $500 | $500 |
| Monopolar Curved Scissors | $320 | — | — |
| Needle Driver | $220 | — | — |
| Grasper | $200 | — | — |
| Trocars (x4) | — | $140 | — |
| Disposable Accessory Kit | $260 | — | — |
| Wound Protector | $80 | $80 | $80 |

* Estimate generated using financial data provided by Woodland Heights Medical Center, Lufkin, TX and Oklahoma Surgical Hospital, Tulsa, OK. This data presentation
should be considered  as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

INTU'T'VE.                                                                                    PN 1019713-US Rev I  08/2018      69

HOME   ← BACK   FORWARD→   MEETING OBJECTIVES   ECOSYSTEM   RESULTS   UPDATES   COMPARATIVE OUTCOMES   PRELIMINARY OUTCOMES   STRATEGIC ADVANTAGE   OPPORTUNITY   SOLUTIONS

## Optimize Instruments and Accessories Cost

Kimble Jett, MD

**Lobectomy**

| Instrument | da Vinci⊞ | Laparoscopic* | Open* |
|---|---|---|---|
| Total | $1,012 | $150 | $150 |
| Curved Bipolar Dissector | $270 | — | — |
| Cardiere Forceps | $200 | — | — |
| Thoracic Grasper | $240 | $60 | $60 |
| Small Clip Applier | $42 | — | — |
| Dennis Dissector | — | $7 | $7 |
| Node Grasper | — | $7 | $7 |
| Debakey Forceps | — | $10 | $10 |
| Thoracotomy Drape | — | $66 | $66 |
| Drape Kit – 4 Arm | $260 | — | — |

* Estimate generated using financial data provided by Frisco Medical Center, Frisco, TX. This data presentation should be considered as informational only and is not conclusive. Based on a single institution and may not be reproducible or generalizable.

INTU*T*VE.

PN 1018713-US Rev I  09/2018     70

Attorneys' Eyes Only

Intuitive-00001309

**3-SER-544**



HOME    ← BACK    FORWARD→    MEETING OBJECTIVES    ECOSYSTEM    RESULTS    UPDATES    COMPARATIVE OUTCOMES    PRELIMINARY OUTCOMES    STRATEGIC ADVANTAGE    OPPORTUNITY    SOLUTIONS

## Important Safety Information

Patients should talk to their doctor to decide if da Vinci Surgery is right for them. Patients and doctors should review all available information on non-surgical and surgical options and associated risks in order to make an informed decision.

Serious complications may occur in any surgery, including da Vinci® Surgery, up to and including death. Serious risks include, but are not limited to, injury to tissues and organs and conversion to other surgical techniques which could result in a longer operative time and/or increased complications. For Important Safety Information, including surgical risks, indications, and considerations and contraindications for use, please also refer to www.davincisurgery.com/safety and www.intuitivesurgical.com/safety.

Individual surgical results may vary.

© 2018 Intuitive Surgical, Inc. All rights reserved. Product names are trademarks or registered trademarks of their respective holders. PN 1018713-US Rev I 08/2018

INTUITIVE.

PN 1018713-US Rev I 08/2018    71



intuitivesurgical.com

**Document Produced in Native Format**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 616-R**

Case No. 3:21-cv-03496-AMO
Date Entered _____
By _____
Deputy Clerk

Confidential

Intuitive-00645431

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accessories | Ethicon EndoSurgery | ENDOPATH® XCEL™ (B12LT)* | 12 MM Endoscope cannula | **1032201** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | x | x |
| Accessories | Teleflex Medical | ADAPt™ Laparoscopic Port (41210, 41213, 41233) | 12 MM Endoscope cannula | **1032202** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Vista™ (40591213, 40591213R, 405933L) | 12 MM Endoscope cannula | **1032203** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | VersaStep™ PLUS (VS101012P) | 12 MM Endoscope cannula | **1032204** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | Bluntport Plus (176626, 179075) | 12 MM Endoscope cannula | **1032205** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Medtronic (Covidien,Autosuture, US Surgical) | VersaPort Plus Bladeless (NB12STF) | 12 MM Endoscope cannula | **1032206** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | x | x |
| Accessories | Applied Medical | Kii Z-Thread (CTF71, CTR71, CTB71, CTR72) Kii Advanced Fixation (CFF71, CFR71, CFB71) | 12 MM Endoscope cannula | **1032207** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 10/18/2016 | [REDACTED] | x | x |
| Accessories | Conmed (SurgiQuest, Inc.) | 12 mm Access Port with Bladeless Optical Tip Trocar (iAS12-120, iAS12-150) | 12 MM Endoscope cannula | **1032208** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | NA | [REDACTED] | x | x |
| Accessories | Stryker | Passport® Blunt Tip Trocar, 12 x 150 mm, Robotic Camera Port, Stopcock (0260-512-150) | 12 MM Endoscope cannula- discontinued | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | NA. Product is obsolete and Stryker does not offer a replacement | - | - |
| Accessories | Stryker | Passport SmartTip (260-285-100) | 8.5 MM Endoscope cannula- discontinued | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | NA. Product is obsolete and Stryker does not offer a replacement | - | - |
| Accessories | Conmed (SurgiQuest) | 8 mm Access Port with Bladeless Optical Tip Trocar (iAS8-120LP) | 8.5 MM Endoscope cannula | **1032209** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 11/4/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Hemoclip Small Titanium Ligating Clips (Product Code #523835, 523735) | Instrument Clips | **1032210** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories, Si Single-Site, Xi Single-Site | Teleflex Medical | Weck Medium-Large (Green) Hem-o-lok Polymer Clips (Product code #544230) | Instrument Clips | **1032211** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Teleflex Medical | Weck Large (Purple) Hem-o-lok Polymer Clips (Product code #544240) | Instrument Clips | **1032212** | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 8/2/2016 | [REDACTED] | x | x |
| Accessories | Scanlan International | Reliance 25mm Straight Clamps Part # 3795-50, 9999-50 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |

3-SER-548

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | S | Si |
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| Accessories | Scanlan International | Reliance 25mm Curved Clamps Part # 3795-51 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Scanlan International | Reliance 7mm Straight Clamps Part # 3795-54 | Instrument Clamps | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | BK Medical | ProArt Robotic Transducer 8826 | Drop-in ultrasound probes | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Hitachi Aloka Medical America, Inc. | Robotic Ultrasound Probe UST-5550-R | Drop-in ultrasound probes | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | x | x |
| Accessories | Erbe | ICC 350 | Electrosurgical Units (ESU) | NA | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA; to be removed by ECR | 10/14/2016 | [REDACTED] | | |
| Accessories | Erbe | VIO 300 D | Electrosurgical Units (ESU) | 1032214 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 10/14/2016 | [REDACTED] | | |
| Accessories | ConMed | System 5000 | Electrosurgical Units (ESU) | 1032215 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | CA | 7/21/2016 | [REDACTED] | | |
| Accessories | Olympus (Gyrus) | G400 (orange) | Electrosurgical Units (ESU) | 1032216 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Megadyne | Mega Power | Electrosurgical Units (ESU) | 1032217 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Ethicon EndoSurgery | Generator 300 (GEN04) and Handpiece (HP054) | Electrosurgical Units (ESU) | 1032218 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | | |
| Accessories | Ethicon EndoSurgery | Generator G11 (GEN11) and Handpiece (HP054) | Electrosurgical Units (ESU) | 1032219 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | [REDACTED] | | |
| Accessories | Medtronic (Covidien, formerly Valleylab) | Force Triad | Electrosurgical Units (ESU) | 1032220 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Accessories | Medtronic (Covidien, formerly Valleylab) | Force Fx | Electrosurgical Units (ESU) | 1032221 | PN 550675-06 Rev. G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | Justification | NA | No | | |
| Instruments | Baxter- Synovis | PSD4502ETSV Synovis® PSD Gel PN 7300-101023 | FOR SI STAPLER Peri-Strips Dry with Veritas Collagen Matrix Si Stapler Line Reinforcement | 1032222 | 550986 | I&A MANUAL,STAPLER 45 SYSTEM | CA | 8/31/2016 | [REDACTED] | | |
| Instruments | Baxter-Synovis | PSD4506ETSV Synovis® PSD Gel PN 7300-101023 | FOR SI STAPLER Peri-Strips Dry with Veritas Collagen Matrix Si Stapler Line Reinforcement | 1032223 | 550986 | I&A MANUAL,STAPLER 45 SYSTEM | CA | 8/31/2016 | [REDACTED] | | |
| Instruments | Summit Medical | IN8943 | FOR SI STAPLER IN-8943 Sterilization Tray for Si Stapler 45 Motor Pack | NA | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA; to be removed by ECR | 7/20/2016 | No | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| Instruments | ASP- Aptimax | 99407 & 13836 | FOR SI STAPLER 99407 & 13836 Sterilization Tray & Holders for Si Stapler 45 Motor Pack | NA | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45 | Stapler (Linear Cutter).Ethicon Echelon 45, Regular Length. EC45 | NA | 550675-06 Rev G, procedure guides | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45A | Stapler (Linear Cutter).Ethicon Echelon Flex 45, Regular Length EC45A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ECLG45 | Stapler (Linear Cutter).Ethicon Echelon 45, Long Length. ECLG45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC45AL | Stapler (Linear Cutter).Ethicon Echelon Flex 45, Long Length. EC45AL | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC60 | Stapler (Linear Cutter).Ethicon Echelon 60, Regular Length. EC60 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | EC60A | Stapler (Linear Cutter).Ethicon Echelon Flex 60, Regular Length EC60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG60 | Stapler (Linear Cutter).Ethicon Echelon 60, Long Length LONG60 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG60A | Stapler (Linear Cutter).Ethicon Echelon Flex 60, Long Length LONG60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LTS60A | Stapler (Linear Cutter).Ethicon ENDOPATH ETS60, Long Length LTS60A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ETS45 | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Straight, Regular Length ETS45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ATS45 | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Regular Length ATS45 | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | LONG45A | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Long Length LONG45A | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| Instruments | Ethicon | ATS45NK | Stapler (Linear Cutter).Ethicon ENDOPATH ETS45, Articulating, Regular Length, No Knife ATS45NK | NA | 550675-06 Rev G | USER MANUAL,INSTRUMENT & ACCESSORY,ENGLISH | To be removed by ECR | NA | No | | |
| C&S | Medisafe | Si PCF | Washer/Disinfector | 1032213 | 550875, 1007395 | USER MANUAL,REPROCESSING,ENGLISH da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 10/3/2006 | NA | | |

| | | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | Medisafe | Niagara Si | Washer/Disinfector | 1032704 | 550875, 552596 | USER MANUAL,REPROCESSING,ENGLISH REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 10/3/2006 | NA | | |
| C&S | Mectra Labs | Electro Lube | Electro Lube | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | Aesculap | JG-598 | Lubricating Oil | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | Sterrad | 100s | Low Temp Sterilizer | 1032224 | 550875, 1007395 | USER MANUAL,REPROCESSING,ENGLISH , da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | Justification | NA | [REDACTED] | | |
| C&S | Ruhof | Endozime | Detergent | NA | 550875 | USER MANUAL,REPROCESSING,ENGLISH | To be removed by ECR | NA | NA | | |
| C&S | ASP | Cidex | Disinfection Chemical | 1032705 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | ASP | Cidex OPA | Disinfection Chemical | 1032706 | 550875, 551620 | USER MANUAL,REPROCESSING,ENGLISH APPENDICES,REPROCESSING,OUS ENGLISH | Justification | NA | NA | | |
| C&S | B Braun | Helipur H plus N | Disinfection Chemical | 1032707 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | Schulke & Mayr | Gigasept FF | Disinfection Chemical | 1032708 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | NA | | |
| C&S | Steris | System 1e | Low Temp Sterilizer | 1032225 | 550875, 551620 | USER MANUAL,REPROCESSING,ENGLISH APPENDICES,REPROCESSING,OUS ENGLISH | CA | 3/24/2010 | NA | | |
| C&S | ASP/Sterrad | 50 | Low Temp Sterilizer | 1032226 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| C&S | ASP/Sterrad | 200 | Low Temp Sterilizer | 1032227 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| C&S | ASP/Sterrad | NX | Low Temp Sterilizer | 1032228 | 550875, 552242 | USER MANUAL,REPROCESSING,ENGLISH REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | [REDACTED] | | |

IS2000_IS3000_1009792-01                    Page 4 of 9                    Intuitive-00645431

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | ASP/Sterrad | 100NX | Low Temp Sterilizer | 1032229 | 550875 | USER MANUAL,REPROCESSING,ENGLISH | Justification | NA | [REDACTED] | | |
| Si Single-Site | Summit Medical Tray | IN-8902-G2 | Instrument Tray | 1032712 | P/N 552266-01 Rev. C | INSTRUCTIONS,REPROCESSING, SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | x |
| C&S | Summit Medical Tray | IN-8901 | Instrument Tray | 1032713 | 552266 | INSTRUCTIONS,REPROCESSING, SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Belimed | WD290 | Washer/Disinfector | 1032715 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 5/24/2013 | NA | | |
| C&S | Steris | Caviwave Pro | Ultrasonic Cleaner | 1032886 | 552268, 1007395 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 3/24/2010 | NA | | |
| C&S | Belimed | UW-565 | Ultrasonic Cleaner | NA | 552268, 1007395 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 5/24/2013 | NA | | |
| C&S | Borer Chemie AG | Deconex TWIN PH10 / Twinzyme | Detergent | 1032717 | 552268 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | Justification | NA | NA | | |
| C&S | Dismoclean | Twin Basic/ Twin Zyme | Detergent | 1032719 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | Justification | NA | NA | | |
| C&S | Belimed | PH10/Beliclean Zyme | Detergent | 1032720 | 552268, 552596 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 5/24/2013 | NA | | |
| C&S | Medisafe | 3E-Zyme | Detergent | 1032721 | 552268 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,IS3000 | CA | 10/3/2006 | NA | | |
| C&S | Metrex | CaviWipes | Disinfection Wipes | 1032722 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Summit Medical Tray | IN-8945 | Intrument Tray | 1032723 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 7/20/2016 | [REDACTED] | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
| | | | | | | | | | | S | Si |
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | | |
| C&S | Carefusion | CD5-61B | Instrument Container | 1032724 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Summit Medical Tray | IN-8946 | Instrument Tray | 1032725 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Aesculap | JM342 & JM389 | Intrument Container | 1032726 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | [REDACTED] | | |
| C&S | Metrex | Environcide | Disinfection Wipes | 1032727 | 550650 | USER MANUAL,SYSTEM,IS3000,P9,ENGLISH | Justification | NA | NA | | |
| C&S | Metrex | Cavicide | Disinfection Wipes | 1032728 | 550650 | USER MANUAL,SYSTEM,IS3000,P9,ENGLISH | Justification | NA | NA | | |
| C&S | Midbrook | Storm | Ultrasonic Cleaner | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | To be removed by ECR | NA | NA | | |
| C&S | Steris | Caviwave Pro CRP1723 | Ultrasonic Basket | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Medisafe | Si PCF M18960 | Ultrasonic Basket | NA | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA; to be removed by ECR | 10/3/2006 | NA | | |
| C&S | Steris | V-Pro 1 Plus | Low Temp Sterilizer | 1032231 | 552242, 551708-06 OUS manual | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 3/24/2010 | NA | | |
| C&S | Steris | V-Pro 1 | Low Temp Sterilizer | 1032230 | 552242, 551708-06 OUS manual | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | CA | 3/24/2010 | NA | | |
| C&S | Summit Medical Tray | IN-8937 | Instrument Tray | 1032729 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8936 | Instrument Tray | 1032730 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8931 | Instrument Tray | 1032731 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | Summit Medical Tray | IN-8939 | Instrument Tray | 1032732 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 7/20/2016 | [REDACTED] | | |
| C&S | ASP | Aptimax Tray 99407 | Instrument Tray | 1032733 | 552242 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000 | Justification | NA | NA | | |
| C&S | Steelco | DS 1000 | Washer/Disinfector | 1032734 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 5/2/2013 | NA | | |
| C&S | Steelco | DS 600/610 | Washer/Disinfector | 1032735 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 5/2/2013 | NA | | |
| C&S | Miele | PG 8528 | Washer/Disinfector | 1032736 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 9/25/2012 | NA | | |

IS2000_IS3000_1009792-01

Intuitive-00645431

3-SER-553

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C&S | Medisafe | EDA Plus | Detergent | 1032738 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | CA | 10/3/2006 | NA | | |
| C&S | ASANUS | CombiBasic Plus / CombiZyme | Detergent | 1032740 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | Justification | NA | NA | | |
| C&S | Dr. Weigert | Neodisher SC | Detergent | 1032741 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | Justification | NA | NA | | |
| C&S | Schulke & Mayr | Thermosept X-tra | Detergent | 1032742 | 552596 | REPROCESSING INSTRUCTIONS,STAPLER,IS3000, EU | Justification | NA | NA | | |
| C&S | Mectra Labs | Electro Lube | Electro Lube | NA | 550874 | USER MANUAL,REPROCESSING,EU ENGLISH | To be removed by ECR | NA | No | | |
| C&S | Miele | G 7836 | Washer/Disinfector | 1032737 | 551620 | APPENDICES,REPROCESSING,OU S ENGLISH | CA | 9/25/2012 | NA | | |
| C&S | Medisafe | Medisafe EDA | Detergent | 1032743 | 552251 | SINGLE-SITE REPROCESSING INSTRUCTIONS APPENDICES,OUS,IS3000 | CA | 10/3/2006 | NA | | |
| C&S | Getinge | MIS pH-Neutral | Detergent | 1032744 | 551620 | APPENDICES,REPROCESSING,OU S ENGLISH | CA | 7/6/2012 | NA | | |
| C&S | Miele | E 428 | Load Carrier | 1032745 | 551620 | APPENDICES,REPROCESSING,OU S ENGLISH | CA | 9/25/2012 | NA | | |
| C&S | Steris | V-Pro Max | Low Temp Sterilizer | 1032746 | 1007395 | da Vinci® Xi™ SYSTEM NEW ACCOUNT PREPARATION CHECKLIST | CA | 3/24/2010 | NA | | |
| C&S | Webeco | FA 95 LTSF | Low Temp Sterilizer | 1032747 | 551620 | APPENDICES,REPROCESSING,OU S ENGLISH | Justification | NA | NA | | |
| C&S | Steris | Caviwave CR12 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | Caviwave CR2-20 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | AMSCO | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Steris | Reliance | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 3/24/2010 | NA | | |
| C&S | Getinge | 2460-UC | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 7/6/2012 | NA | | |
| C&S | Ultra Clean | 1101 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | 1150 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | 1500 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | System | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | S | Si |
| C&S | Ultra Clean | XL 48 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Ultra Clean | XL 72 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA; to be removed by ECR | 6/10/2014 | NA | | |
| C&S | Midbrook | TW-1000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Midbrook | TW-2000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Midbrook | TW-4000 | Ultrasonic Bath | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Case Medical | BRS07 | Cleaning Brush | 1032749 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Case Medical | BRD07 | Cleaning Brush | 1032750 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Aspen Surgical | 243004BBG | Cleaning Brush | 1032751 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| Accessories | Clearify (New Wave Surgical) | D-Help | Endoscope Warmers | 1032232 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| Accessories | Blue Endo | Blue Heat 8.5mm | Endoscope Warmers | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| Accessories | Blue Endo | Blue Heat 12mm | Endoscope Warmers | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | No | | |
| Accessories | Kirwan Surgical | Bi Polar 10-5000 | Cautery Cords | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | No | | |
| C&S | Case Medical | CSA015 PentaPrep | Enzymatic Presoak Sprays | 1032234 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| Accessories | Valleylab/ Medtronic | Mono Polar E2999 | Cautery Cords | NA | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | To be removed by ECR | NA | NA | | |
| C&S | Ruhof | 345PRP 345XF14 Prepzyme | Enzymatic Presoak Sprays | 1032235 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |
| C&S | Steris | 150377 PRE-Klenz Transport spray gel | Enzymatic Presoak Sprays | 1032236 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA | 3/24/2010 | NA | | |
| C&S | Getinge | 61301604584 Renuzyme Foam | Enzymatic Presoak Sprays | 1032237 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | CA | 7/6/2012 | NA | | |
| C&S | Ecolab | 6075552 OptiPro Gel Pre-Cleaner | Enzymatic Presoak Sprays | 1032703 | 871770 | 3RD PARTY EQUIP CHECK,VALID SUGGEST PRODUCTS LIST | Justification | NA | NA | | |

IS2000_IS3000_1009792-01

Intuitive-00645431

| | | Third Party Compatibility List, IS2000, IS3000 1009792-01-B | | | | | | | | | System | |
| | | | | | | | | | | | S | Si |
| Product Category | Third Party Manufacturer | Model(s) | Validated Third Party Device | ISI assigned record number | Contained in at least 1 Current ISI IFU Manual | Manual Name | CA / Justification | CA Effective Date | [REDACTED] | | S | Si |
| Si Single-Site | Summit Medical Tray | IN-8901 | Instrument Tray | 1032752 | P/N 552266-01 Rev. C | INSTRUCTIONS,REPROCESSING,SINGLE-SITE,IS3000 | CA | 7/20/2016 | [REDACTED] | | | x |
| Si Single-Site, Xi Single-Site | Stryker | Strykflow II | Strykflow II Suction Irrigation System | 1032238 | PN 551184-07 Rev. B | USER MANUAL,SINGLE-SITE,ENGLISH,US | CA | 7/21/2016 | [REDACTED] | | | x |

Trial Ex. No. 616-R, Pg. 10 of 10

3-SER-556

# Document Produced in Native Format

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1314**

Case No. _3:21-cv-03496-AMO_
Date Entered_____
By_____
Deputy Clerk

(113 of 246), Page 113 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 113 of 246
Case 3:21-cv-03496-AMO    Document 466-83    Filed 02/07/25    Page 2 of 36

ISI Customers, the data represented herein is drawn from a variety of databases and sources, all of which have potential inaccuracies. This information does not include any data that can be used to identify individual patients or physicians. While useful in studying economics of da Vinci procedures, this data should not be used or relied upon to make medical or clinical decisions.

## Phoenixville Hospital
Wednesday, December 11, 2024

**System Financials and Assumptions**

| | |
|---|---|
| Hospital ID | 15079 |
| Purchase, Lease, or Rental | Purchase |
| Projected Life of System (Yrs) | 5 |
| System Name | da Vinci X Single |
| Total Purchase Price | $1,100,000 |
| Annual Service Cost (Purchase/Lease Only) | $149,000 |
| | |
| Commercial Payer Mix | 50% |
| Commercial Payer Premium to Medicare | 50% |
| Cost of 1 Bed/Day | $900 |
| OR Fixed Cost per Case | $750 |
| OR Variable Cost per Minute | $20 |

**Create Financial Proforma Statement**

### Estimated Annual Volumes

| Procedure | New Robotic Patient Source | % Converted from OPEN (Existing Only) | Avg Length of Stay (Existing Only) | Medicare/Commercial Blended Payment | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Total Procedures | 5-Year Annualized |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Colon Resection | Existing | 50% | 9.4 | $24,571 | 17 | 26 | 34 | 43 | 51 | 171 | 34 |
| Ventral Hernia | Existing | 60% | 5.8 | $13,120 | 13 | 17 | 21 | 27 | 30 | 108 | 22 |
| Sleeve Gastrectomy | Incremental | | | $16,390 | 40 | 38 | 43 | 47 | 51 | 219 | 44 |
| Inguinal Hernia | Incremental | | | $6,353 | 26 | 26 | 26 | 26 | 26 | 130 | 26 |
| Fundoplication | Incremental | | | $28,987 | 7 | 13 | 17 | 21 | 26 | 84 | 17 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| | | | | | | | | | | 0 | 0 |
| **TOTALS** | | | | | 103 | 120 | 141 | 164 | 184 | 712 | 142.4 |

### Estimated Annual Financial Impact

| Procedure | Patient Source | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Totals | 5-Year |
|---|---|---|---|---|---|---|---|---|
| Colon Resection | Existing | $51,289 | $78,442 | $102,578 | $129,731 | $153,867 | $515,907 | $103,181 |
| Ventral Hernia | Existing | $44,460 | $58,140 | $71,820 | $92,340 | $102,600 | $369,360 | $73,872 |
| Sleeve Gastrectomy | Incremental | $340,673 | $323,639 | $366,224 | $400,291 | $434,358 | $1,865,185 | $373,037 |
| Inguinal Hernia | Incremental | $71,175 | $71,175 | $71,175 | $71,175 | $71,175 | $355,875 | $71,175 |
| Fundoplication | Incremental | $136,317 | $253,161 | $331,056 | $408,952 | $506,321 | $1,635,808 | $327,162 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |
| | | | | | | | | $0 |

Discovery and Bus. Plan Inputs

Intuitive-00001639

| | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 65 | | | | | | | | | | | | $0 | | | | | | |
| 66 | | | | | | | | | | | | $0 | | | | | | |
| 67 | | | | | | | | | | | | | | | | | | |
| 68 | | | | | *TOTALS* | $643,914 | $784,557 | $942,853 | $1,102,489 | $1,268,322 | $4,742,135 | $948,427 | | | | | | |
| 69 | | | | | | | | | | | | | | | | | | |
| 70 | | | | | Existing | $95,749 | $136,582 | $174,398 | $222,071 | $256,467 | $885,267 | $177,053 | | | | | | |
| 71 | | | | | Incremental | $548,165 | $647,975 | $768,455 | $880,418 | $1,011,855 | $3,856,868 | $771,374 | | | | | | |
| 72 | | | | | | | | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | | | | |
| 74 | | | | | Incremental Revenue | $1,023,666 | $1,164,808 | $1,362,705 | $1,544,212 | $1,754,706 | | | | | | | | |
| 75–82 | | | | | | | | | | | | | | | | | | |
| 83 | | | | Purchase | -$1,100,000 | $643,914 | $635,557 | $793,853 | $953,489 | $1,119,322 | | | | | | | | |
| 84 | | | | Lease | -$1,100,000 | $643,914 | $635,557 | $793,853 | $953,489 | $1,119,322 | | | | | | | | |
| 85–126 | | | | | | | | | | | | | | | | | | |

Discovery and Bus. Plan Inputs

Intuitive-00001639

| | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | | | | | | | | | | | | | | | | | | |
| 128 | | | | | | | | | | | | | | | | | | |
| 129 | | | | | | | | | | | | | | | | | | |
| 130 | | | | | | | | | | | | | | | | | | |
| 131 | | | | | | | | | | | | | | | | | | |
| 132 | | | | | | | | | | | | | | | | | | |
| 133 | | | | | | | | | | | | | | | | | | |
| 134 | | | | | | | | | | | | | | | | | | |
| 135 | | | | | | | | | | | | | | | | | | |
| 136 | | | | | | | | | | | | | | | | | | |
| 137 | | | | | | | | | | | | | | | | | | |
| 138 | | | | | | | | | | | | | | | | | | |
| 139 | | | | | | | | | | | | | | | | | | |
| 140 | | | | | | | | | | | | | | | | | | |
| 141 | | | | | | | | | | | | | | | | | | |
| 142 | | | | | | | | | | | | | | | | | | |
| 143 | | | | | | | | | | | | | | | | | | |
| 144 | | | | | | | | | | | | | | | | | | |
| 145 | | | | | | | | | | | | | | | | | | |
| 146 | | | | | | | | | | | | | | | | | | |
| 147 | | | | | | | | | | | | | | | | | | |
| 148 | | | | | | | | | | | | | | | | | | |
| 149 | | | | | | | | | | | | | | | | | | |
| 150 | | | | | | | | | | | | | | | | | | |
| 151 | | | | | | | | | | | | | | | | | | |
| 152 | | | | | | | | | | | | | | | | | | |
| 153 | | | | | | | | | | | | | | | | | | |
| 154 | | | | | | | | | | | | | | | | | | |
| 155 | | | | | | | | | | | | | | | | | | |
| 156 | | | | | | | | | | | | | | | | | | |
| 157 | | | | | | | | | | | | | | | | | | |
| 158 | | | | | | | | | | | | | | | | | | |
| 159 | | | | | | | | | | | | | | | | | | |
| 160 | | | | | | | | | | | | | | | | | | |
| 161 | | | | | | | | | | | | | | | | | | |
| 162 | | | | | | | | | | | | | | | | | | |
| 163 | | | | | | | | | | | | | | | | | | |
| 164 | | | | | | | | | | | | | | | | | | |
| 165 | | | | | | | | | | | | | | | | | | |
| 166 | | | | | | | | | | | | | | | | | | |
| 167 | | | | | | | | | | | | | | | | | | |
| 168 | | | | | | | | | | | | | | | | | | |
| 169 | | | | | | | | | | | | | | | | | | |
| 170 | | | | | | | | | | | | | | | | | | |
| 171 | | | | | | | | | | | | | | | | | | |
| 172 | | | | | | | | | | | | | | | | | | |
| 173 | | | | | | | | | | | | | | | | | | |
| 174 | | | | | | | | | | | | | | | | | | |
| 175 | | | | | | | | | | | | | | | | | | |
| 176 | | | | | | | | | | | | | | | | | | |
| 177 | | | | | | | | | | | | | | | | | | |
| 178 | | | | | | | | | | | | | | | | | | |
| 179 | | | | | | | | | | | | | | | | | | |
| 180 | | | | | | | | | | | | | | | | | | |
| 181 | | | | | | | | | | | | | | | | | | |
| 182 | | | | | | | | | | | | | | | | | | |
| 183 | | | | | | | | | | | | | | | | | | |
| 184 | | | | | | | | | | | | | | | | | | |
| 185 | | | | | | | | | | | | | | | | | | |
| 186 | | | | | | | | | | | | | | | | | | |
| 187 | | | | | | | | | | | | | | | | | | |
| 188 | | | | | | | | | | | | | | | | | | |
| 189 | | | | | | | | | | | | | | | | | | |

Discovery and Bus. Plan Inputs

Pg. 4 of 35

Intuitive-00001639

3-SER-561



| | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 190 | | | | | | | | | | | | | | | | | | |
| 191 | | | | | | | | | | | | | | | | | | |
| 192 | | | | | | | | | | | | | | | | | | |
| 193 | | | | | | | | | | | | | | | | | | |
| 194 | | | | | | | | | | | | | | | | | | |
| 195 | | | | | | | | | | | | | | | | | | |
| 196 | | | | | | | | | | | | | | | | | | |
| 197 | | | | | | | | | | | | | | | | | | |
| 198 | | | | | | | | | | | | | | | | | | |
| 199 | | | | | | | | | | | | | | | | | | |
| 200 | | | | | | | | | | | | | | | | | | |
| 201 | | | | | | | | | | | | | | | | | | |
| 202 | | | | | | | | | | | | | | | | | | |
| 203 | | | | | | | | | | | | | | | | | | |
| 204 | | | | | | | | | | | | | | | | | | |
| 205 | | | | | | | | | | | | | | | | | | |
| 206 | | | | | | | | | | | | | | | | | | |
| 207 | | | | | | | | | | | | | | | | | | |
| 208 | | | | | | | | | | | | | | | | | | |
| 209 | | | | | | | | | | | | | | | | | | |
| 210 | | | | | | | | | | | | | | | | | | |
| 211 | | | | | | | | | | | | | | | | | | |
| 212 | | | | | | | | | | | | | | | | | | |
| 213 | | | | | | | | | | | | | | | | | | |
| 214 | | | | | | | | | | | | | | | | | | |
| 215 | | | | | | | | | | | | | | | | | | |
| 216 | | | | | | | | | | | | | | | | | | |
| 217 | | | | | | | | | | | | | | | | | | |
| 218 | | | | | | | | | | | | | | | | | | |
| 219 | | | | | | | | | | | | | | | | | | |
| 220 | | | | | | | | | | | | | | | | | | |
| 221 | | | | | | | | | | | | | | | | | | |
| 222 | | | | | | | | | | | | | | | | | | |
| 223 | | | | | | | | | | | | | | | | | | |
| 224 | | | | | | | | | | | | | | | | | | |
| 225 | | | | | | | | | | | | | | | | | | |
| 226 | | | | | | | | | | | | | | | | | | |
| 227 | | | | | | | | | | | | | | | | | | |
| 228 | | | | | | | | | | | | | | | | | | |
| 229 | | | | | | | | | | | | | | | | | | |
| 230 | *da Vinci Si-Recert Single* | | | | | | | | | | | | | | | | | |
| 231 | *da Vinci* X Single | | | | | | | | | | | | | | | | | |
| 232 | *da Vinci* X Dual | | | | | | | | | | | | | | | | | |
| 233 | *da Vinci* Xi Single | | | | | | | | | | | | | | | | | |
| 234 | *da Vinci* Xi Dual | | | | | | | | | | | | | | | | | |
| 235 | | | | | | | | | | | | | | | | | | |
| 236 | | | | | | | | | | | | | | | | | | |
| 237 | | | | | | | | | | | | | | | | | | |
| 238 | | | | | | | | | | | | | | | | | | |
| 239 | | | | | | | | | | | | | | | | | | |
| 240 | | | | | | | | | | | | | | | | | | |
| 241 | Colon Resection | Colon Resection | | | | | | Incremental | | | | | | | | | | |
| 242 | Rectal Resection | Rectal Resection | | | | | | Existing | | | | | | | | | | |
| 243 | Ventral Hernia | Ventral Hernia | | | | | | | | | | | | | | | | |
| 244 | Ventral Hernia (OP) | Ventral Hernia (OP) | | | | | | | | | | | | | | | | |
| 245 | Inguinal Hernia | Inguinal Hernia | | | | | | | | | | | | | | | | |
| 246 | Gastric Bypass | Gastric Bypass | | | | | | | | | | | | | | | | |
| 247 | Sleeve Gastrectomy | Sleeve Gastrectomy | | | | | | | | | | | | | | | | |
| 248 | MP Chole | MP Chole | | | | | | | | | | | | | | | | |
| 249 | Fundoplication | Fundoplication | | | | | | | | | | | | | | | | |
| 250 | Pancreatic | Pancreatic | | | | | | | | | | | | | | | | |
| 251 | Gastrectomy | Gastrectomy | | | | | | | | | | | | | | | | |
| 252 | Other GEN | Other General Surgery | | | | | | | | | | | | | | | | |

Discovery and Bus. Plan Inputs

Intuitive-00001639

3-SER-562

| | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 253 | | | | | | | | | | | | | | | | | | |
| 254 | Lobectomy (Lung) | dVL | | | | | | | | | | | | | | | | |
| 255 | Wedge Resection/Other Thor | Other Thoracic | | | | | | | | | | | | | | | | |
| 256 | | | | | | | | | | | | | | | | | | |
| 257 | Hysterectomy - Malignant | dVH - Malignant | | | | | | | | | | | | | | | | |
| 258 | Hysterectomy - Benign | dVH - Benign | | | | | | | | | | | | | | | | |
| 259 | Hysterectomy - Benign (OP) | dVH - Benign (OP) | | | | | | | | | | | | | | | | |
| 260 | Sacralcolpopexy | dVSC | | | | | | | | | | | | | | | | |
| 261 | Myomectomy | dVMyo | | | | | | | | | | | | | | | | |
| 262 | Oophorectomy | Oophorectomy | | | | | | | | | | | | | | | | |
| 263 | | | | | | | | | | | | | | | | | | |
| 264 | Prostatectomy | dVP | | | | | | | | | | | | | | | | |
| 265 | Partial Nephrectomy | dVPN | | | | | | | | | | | | | | | | |
| 266 | Nephrectomy | dVN | | | | | | | | | | | | | | | | |
| 267 | Cystectomy | dVC | | | | | | | | | | | | | | | | |
| 268 | Pyeloplasty | Pyeloplasty | | | | | | | | | | | | | | | | |
| 269 | Other Urology | Other Urology | | | | | | | | | | | | | | | | |
| 270 | | | | | | | | | | | | | | | | | | |
| 271 | | | | | | | | | | | | | | | | | | |
| 272 | | | | | | | | | | | | | | | | | | |
| 273 | | | | | | | | | | | | | | | | | | |
| 274 | | | | | | | | | | | | | | | | | | |
| 275 | | | | | | | | | | | | | | | | | | |
| 276 | | | | | | | | | | | | | | | | | | |
| 277 | | | | | | | | | | | | | | | | | | |
| 278 | | | | | | | | | | | | | | | | | | |
| 279 | | | | | | | | | | | | | | | | | | |
| 280 | Gastric Revision | | | | | | | | | | | | | | | | | |
| 281 | Oophorectomy | | | | | | | | | | | | | | | | | |
| 282 | Other Cardiac | | | | | | | | | | | | | | | | | |
| 283 | Other Colorectal | | | | | | | | | | | | | | | | | |
| 284 | Other General Surgery | | | | | | | | | | | | | | | | | |
| 285 | Other GYN | | | | | | | | | | | | | | | | | |
| 286 | Other Urology | | | | | | | | | | | | | | | | | |
| 287 | Ovarian Cystectomy | | | | | | | | | | | | | | | | | |
| 288 | dVMVR | | | | | | | | | | | | | | | | | |
| 289 | REVASC | | | | | | | | | | | | | | | | | |
| 290 | dVTORS | | | | | | | | | | | | | | | | | |
| 291 | dVTORS - Malignant | | | | | | | | | | | | | | | | | |
| 292 | dVTORS - Benign | | | | | | | | | | | | | | | | | |
| 293 | OSA | | | | | | | | | | | | | | | | | |
| 294 | Other | | | | | | | | | | | | | | | | | |
| 295 | dVThyroid | | | | | | | | | | | | | | | | | |
| 296 | Gastric Banding | | | | | | | | | | | | | | | | | |
| 297 | dVER | | | | | | | | | | | | | | | | | |
| 298 | | | | | | | | | | | | | | | | | | |
| 299 | | | | | | | | | | | | | | | | | | |
| 300 | | | | | | | | | | | | | | | | | | |
| 301 | | 0% | | | | | | | | | | | | | | | | |
| 302 | | 10% | | | | | | | | | | | | | | | | |
| 303 | | 20% | | | | | | | | | | | | | | | | |
| 304 | | 30% | | | | | | | | | | | | | | | | |
| 305 | | 40% | | | | | | | | | | | | | | | | |
| 306 | | 50% | | | | | | | | | | | | | | | | |
| 307 | | 60% | | | | | | | | | | | | | | | | |
| 308 | | 70% | | | | | | | | | | | | | | | | |
| 309 | | 80% | | | | | | | | | | | | | | | | |
| 310 | | 90% | | | | | | | | | | | | | | | | |
| 311 | | 100% | | | | | | | | | | | | | | | | |
| 312 | | | | | | | | | | | | | | | | | | |
| 313 | | | | | | | | | | | | | | | | | | |
| 314 | | | | | | | | | | | | | | | | | | |
| 315 | | | | | | | | | | | | | | | | | | |

Discovery and Bus. Plan Inputs

Intuitive-00001639

| | A | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 316 | | | | | | | | | | | | | | | | | | |
| 317 | Purchase | | | | | | | | | | | | | | | | | |
| 318 | Lease | | | | | | | | | | | | | | | | | |
| 319 | Rental | | | | | | | | | | | | | | | | | |
| 320 | | | | | | | | | | | | | | | | | | |
| 321 | | | | | | | | | | | | | | | | | | |
| 322 | | | | | | | | | | | | | | | | | | |
| 323 | | | | | | | | | | | | | | | | | | |
| 324 | | | | | | | | | | | | | | | | | | |
| 325 | | | | | | | | | | | | | | | | | | |
| 326 | | | | | | | | | | | | | | | | | | |
| 327 | | | | | | | | | | | | | | | | | | |
| 328 | | | | | | | | | | | | | | | | | | |
| 329 | | | | | | | | | | | | | | | | | | |
| 330 | | | | | | | | | | | | | | | | | | |
| 331 | | | | | | | | | | | | | | | | | | |
| 332 | | | | | | | | | | | | | | | | | | |
| 333 | | | | | | | | | | | | | | | | | | |
| 334 | | | | | | | | | | | | | | | | | | |
| 335 | | | | | | | | | | | | | | | | | | |
| 336 | | | | | | | | | | | | | | | | | | |
| 337 | | | | | | | | | | | | | | | | | | |
| 338 | | | | | | | | | | | | | | | | | | |
| 339 | Case | | | | | | | | | | | | | | | | | |
| 340 | HPB | | | | | | | | | | | | | | | | | |
| 341 | Pancreatic | | | | | | | | | | | | | | | | | |
| 342 | Colon Resection | | | | | | | | | | | | | | | | | |
| 343 | Rectal Resection | | | | | | | | | | | | | | | | | |
| 344 | dVL | | | | | | | | | | | | | | | | | |
| 345 | Ventral Hernia | | | | | | | | | | | | | | | | | |
| 346 | Fundoplication | | | | | | | | | | | | | | | | | |
| 347 | dVH - Malignant | | | | | | | | | | | | | | | | | |
| 348 | dVPN | | | | | | | | | | | | | | | | | |
| 349 | Other Thoracic | | | | | | | | | | | | | | | | | |
| 350 | dVMyo | | | | | | | | | | | | | | | | | |
| 351 | dVH - Benign | | | | | | | | | | | | | | | | | |
| 352 | dVSC | | | | | | | | | | | | | | | | | |
| 353 | dVP | | | | | | | | | | | | | | | | | |
| 354 | dVC | | | | | | | | | | | | | | | | | |
| 355 | dVER | | | | | | | | | | | | | | | | | |
| 356 | Other Urology | | | | | | | | | | | | | | | | | |
| 357 | Pyeloplasty | | | | | | | | | | | | | | | | | |
| 358 | dVN | | | | | | | | | | | | | | | | | |
| 359 | dVH - Benign (OP) | | | | | | | | | | | | | | | | | |
| 360 | Ventral Hernia (OP) | | | | | | | | | | | | | | | | | |
| 361 | MP Chole | | | | | | | | | | | | | | | | | |
| 362 | SS Chole | | | | | | | | | | | | | | | | | |
| 363 | Inguinal Hernia | | | | | | | | | | | | | | | | | |
| 364 | Sleeve Gastrectomy | | | | | | | | | | | | | | | | | |
| 365 | Gastric Bypass | | | | | | | | | | | | | | | | | |
| 366 | | | | | | | | | | | | | | | | | | |
| 367 | | | | | | | | | | | | | | | | | | |
| 368 | | | | | | | | | | | | | | | | | | |
| 369 | | | | | | | | | | | | | | | | | | |
| 370 | | | | | | | | | | | | | | | | | | |
| 371 | | | | | | | | | | | | | | | | | | |
| 372 | | | | | | | | | | | | | | | | | | |
| 373 | | | | | | | | | | | | | | | | | | |
| 374 | | | | | | | | | | | | | | | | | | |

Discovery and Bus. Plan Inputs

Intuitive-00001639

3-SER-564

|   | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|--------|--------|--------|--------|--------|
| 1 | | | | | |
| 2 | | | | | |
| 3 Sleeve Gastrectomy | $655,593 | $622,813 | $704,763 | $770,322 | $835,881 |
| 4 Inguinal Hernia | $165,165 | $165,165 | $165,165 | $165,165 | $165,165 |
| 5 Fundoplication | $202,908 | $376,830 | $492,777 | $608,725 | $753,659 |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |
| 19 | | | | | |
| 20 | | | | | |

Discovery and Bus. Plan Inputs

Intuitive-00001639



Discovery and Bus. Plan Inputs

Intuitive-00001639



## Phoenixville Hospital
### Robotic Reinvestment 5-Year Proforma

| System Type | Estimated Cost | | | Est. Expense | Est Return | Net Return |
|---|---|---|---|---|---|---|
| da Vinci X Single | $1,100,000 | | Year 1 | $1,100,000 | $643,914 | ($456,086) |
| Service Years 2-5 | $149,000 | | Year 2 | $149,000 | $784,557 | $635,557 |
| 5-Year Capital Exp. | $1,696,000 | | Year 3 | $149,000 | $942,853 | $793,853 |
| | | | Year 4 | $149,000 | $1,102,489 | $953,489 |
| | | | Year 5 | $149,000 | $1,268,322 | $1,119,322 |
| **Investment Summary** | | | **Totals** | **$1,696,000** | **$4,742,135** | **$3,046,135** |

| Investment Summary | |
|---|---|
| Project IRR | 59.8% |
| Estimated Payback | 1.6 Years |
| Incremental Admissions | 433 |
| Open-to-MIS Conversions | |
| Bed-Days Preserved | 1,197 |
| Total Cost Avoidance | $1,077,300 |
| Incremental Revenue | $6,850,097 |

*Based on a 50% commercial payer mix and a 50% comme...
premium to Medicare

### BUSINESS PLAN DETAIL

| Procedure Type | Patient Source | Est. Reimburse. | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Totals |
|---|---|---|---|---|---|---|---|---|
| Colon Resection | Existing | $24,571 | 17 | 26 | 34 | 43 | 51 | 171 |
| Ventral Hernia | Existing | $13,120 | 13 | 17 | 21 | 27 | 30 | 108 |
| Sleeve Gastrectomy | Incremental | $16,390 | 40 | 38 | 43 | 47 | 51 | 219 |
| Inguinal Hernia | Incremental | $6,353 | 26 | 26 | 26 | 26 | 26 | 130 |
| Fundoplication | Incremental | $28,987 | 7 | 13 | 17 | 21 | 26 | 84 |

Trial Ex. No. 1314, Pg. 11 of 36

3-SER-567

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | | *Totals* | | $17,512 | 103 | 120 | 141 | 164 | 184 | 712 | | | | | |
| 46 | | | | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | | | | |
| 48 | | | | | | | | | | | | | | | |
| 49 | | | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | |
| 60 | Year | Year Total | Cummulative Return | Investment Breakeven | | | | | | | | | | | |
| 61 | Year 0 | | | $1,100,000 | | | | | | | | | | | |
| 62 | Year 1 | $643,914 | $643,914 | $1,100,000 | | | | | | | | | | | |
| 63 | Year 2 | $784,557 | $1,428,472 | $1,100,000 | | | | | | | | | | | |
| 64 | Year 3 | $942,853 | $2,371,325 | $1,100,000 | | | | | | | | | | | |
| 65 | Year 4 | $1,102,489 | $3,473,814 | $1,100,000 | | | | | | | | | | | |
| 66 | Year 5 | $1,268,322 | $4,742,135 | $1,100,000 | | | | | | | | | | | |

FinancialProforma

Intuitive-00001639

3-SER-568

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *5-Year Projected Gross Financial Return* | | | | | | | *Estimated Project IRR* | | | | | | | |
| 3 | | | **% of Target Reimbursement Realized on Incremental Patients** | | | | | | | **% of Target Reimbursement Realized on Incremental Patients** | | | | | |
| 4 | | | **70%** | **80%** | **90%** | **100%** | | | | **70%** | **80%** | **90%** | **100%** | | |
| 5 | **% of Targeted Procedures Realized** | **20%** | $537,421 | $674,423 | $811,425 | $948,427 | | | | | -52% | -36% | -28% | | |
| 6 | | **30%** | $806,132 | $1,011,635 | $1,217,138 | $1,422,641 | | | | -36% | -27% | -16% | -8% | | |
| 7 | | **40%** | $1,074,842 | $1,348,846 | $1,622,850 | $1,896,854 | | | | -21% | -14% | -2% | 5% | | |
| 8 | | **50%** | $1,343,553 | $1,686,058 | $2,028,563 | $2,371,068 | | | | -11% | -3% | 9% | 17% | | |
| 9 | | **60%** | $1,612,264 | $2,023,270 | $2,434,275 | $2,845,281 | | | | -2% | 6% | 18% | 27% | | |
| 10 | | **70%** | $1,880,974 | $2,360,481 | $2,839,988 | $3,319,495 | | | | 5% | 14% | 26% | 36% | | |
| 11 | | **80%** | $2,149,685 | $2,697,693 | $3,245,701 | $3,793,708 | | | | 11% | 22% | 34% | 44% | | |
| 12 | | **90%** | $2,418,396 | $3,034,904 | $3,651,413 | $4,267,922 | | | | 17% | 29% | 41% | 52% | | |
| 13 | | **100%** | $2,687,106 | $3,372,116 | $4,057,126 | $4,742,135 | | | | 23% | 36% | 48% | 60% | | |
| 46 | | | -1100000 | $128,783 | $7,911 | $39,571 | $71,498 | $104,664 | | -1100000 | $128,783 | $7,911 | $39,571 | $71,498 | $104,664 |

Sensitivity Analysis

Intuitive-00001639

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | | -1100000 | $193,174 | $86,367 | $133,856 | $181,747 | $231,497 | | -1100000 | $193,174 | $86,367 | $133,856 | $181,747 | $231,497 |
| 48 | | | -1100000 | $257,566 | $164,823 | $228,141 | $291,996 | $358,329 | | -1100000 | $257,566 | $164,823 | $228,141 | $291,996 | $358,329 |
| 49 | | | -1100000 | $321,957 | $243,279 | $322,426 | $402,244 | $485,161 | | -1100000 | $321,957 | $243,279 | $322,426 | $402,244 | $485,161 |
| 50 | | | -1100000 | $386,349 | $321,734 | $416,712 | $512,493 | $611,993 | | -1100000 | $386,349 | $321,734 | $416,712 | $512,493 | $611,993 |
| 51 | | | -1100000 | $450,740 | $400,190 | $510,997 | $622,742 | $738,825 | | -1100000 | $450,740 | $400,190 | $510,997 | $622,742 | $738,825 |
| 52 | | | -1100000 | $515,132 | $478,646 | $605,282 | $732,991 | $865,657 | | -1100000 | $515,132 | $478,646 | $605,282 | $732,991 | $865,657 |
| 53 | | | -1100000 | $579,523 | $557,102 | $699,568 | $843,240 | $992,490 | | -1100000 | $579,523 | $557,102 | $699,568 | $843,240 | $992,490 |
| 54 | | | -1100000 | $643,914 | $635,557 | $793,853 | $953,489 | $1,119,322 | | -1100000 | $643,914 | $635,557 | $793,853 | $953,489 | $1,119,322 |
| 55 | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | |
| 59 | | | -1100000 | $108,310 | -$15,385 | $12,316 | $40,614 | $69,570 | | -1100000 | $108,310 | -$15,385 | $12,316 | $40,614 | $69,570 |
| 60 | | | -1100000 | $162,464 | $51,423 | $92,975 | $135,420 | $178,855 | | -1100000 | $162,464 | $51,423 | $92,975 | $135,420 | $178,855 |
| 61 | | | -1100000 | $216,619 | $118,231 | $173,633 | $230,227 | $288,140 | | -1100000 | $216,619 | $118,231 | $173,633 | $230,227 | $288,140 |
| 62 | | | -1100000 | $270,774 | $185,038 | $254,291 | $325,034 | $397,426 | | -1100000 | $270,774 | $185,038 | $254,291 | $325,034 | $397,426 |
| 63 | | | -1100000 | $324,929 | $251,846 | $334,949 | $419,841 | $506,711 | | -1100000 | $324,929 | $251,846 | $334,949 | $419,841 | $506,711 |
| 64 | | | -1100000 | $379,083 | $318,653 | $415,608 | $514,647 | $615,996 | | -1100000 | $379,083 | $318,653 | $415,608 | $514,647 | $615,996 |
| 65 | | | -1100000 | $433,238 | $385,461 | $496,266 | $609,454 | $725,281 | | -1100000 | $433,238 | $385,461 | $496,266 | $609,454 | $725,281 |
| 66 | | | -1100000 | $487,393 | $452,269 | $576,924 | $704,261 | $834,566 | | -1100000 | $487,393 | $452,269 | $576,924 | $704,261 | $834,566 |
| 67 | | | -1100000 | $541,548 | $519,076 | $657,582 | $799,068 | $943,851 | | -1100000 | $541,548 | $519,076 | $657,582 | $799,068 | $943,851 |
| 68 | | | | | | | | | | | | | | | |
| 69 | | | | | | | | | | | | | | | |
| 70 | | | | | | | | | | | | | | | |
| 71 | | | -1100000 | -$75,950 | -$38,681 | -$14,938 | $9,729 | $34,476 | | -1100000 | $87,836 | -$38,681 | -$14,938 | $9,729 | $34,476 |
| 72 | | | -1100000 | -$11,559 | $16,479 | $52,094 | $89,094 | $126,214 | | -1100000 | $131,754 | $16,479 | $52,094 | $89,094 | $126,214 |
| 73 | | | -1100000 | $52,832 | $71,638 | $119,125 | $168,459 | $217,952 | | -1100000 | $175,672 | $71,638 | $119,125 | $168,459 | $217,952 |
| 74 | | | -1100000 | $117,224 | $126,798 | $186,156 | $247,823 | $309,690 | | -1100000 | $219,591 | $126,798 | $186,156 | $247,823 | $309,690 |
| 75 | | | -1100000 | $181,615 | $181,957 | $253,187 | $327,188 | $401,428 | | -1100000 | $263,509 | $181,957 | $253,187 | $327,188 | $401,428 |
| 76 | | | -1100000 | $246,007 | $237,117 | $320,218 | $406,553 | $493,166 | | -1100000 | $307,427 | $237,117 | $320,218 | $406,553 | $493,166 |
| 77 | | | -1100000 | $310,398 | $292,276 | $387,250 | $485,917 | $584,904 | | -1100000 | $351,345 | $292,276 | $387,250 | $485,917 | $584,904 |
| 78 | | | -1100000 | $374,790 | $347,436 | $454,281 | $565,282 | $676,643 | | -1100000 | $395,263 | $347,436 | $454,281 | $565,282 | $676,643 |
| 79 | | | -1100000 | $439,181 | $402,596 | $521,312 | $644,647 | $768,381 | | -1100000 | $439,181 | $402,596 | $521,312 | $644,647 | $768,381 |
| 80 | | | | | | | | | | | | | | | |
| 81 | | | | | | | | | | | | | | | |
| 82 | | | -1100000 | $67,363 | -$61,977 | -$42,192 | -$21,155 | -$618 | | -1100000 | $67,363 | -$61,977 | -$42,192 | -$21,155 | -$618 |
| 83 | | | -1100000 | $101,044 | -$18,466 | $11,212 | $42,768 | $73,573 | | -1100000 | $101,044 | -$18,466 | $11,212 | $42,768 | $73,573 |
| 84 | | | -1100000 | $134,726 | $25,046 | $64,617 | $106,690 | $147,764 | | -1100000 | $134,726 | $25,046 | $64,617 | $106,690 | $147,764 |
| 85 | | | -1100000 | $168,407 | $68,557 | $118,021 | $170,613 | $221,955 | | -1100000 | $168,407 | $68,557 | $118,021 | $170,613 | $221,955 |
| 86 | | | -1100000 | $202,089 | $112,069 | $171,425 | $234,535 | $296,146 | | -1100000 | $202,089 | $112,069 | $171,425 | $234,535 | $296,146 |
| 87 | | | -1100000 | $235,770 | $155,580 | $224,829 | $298,458 | $370,337 | | -1100000 | $235,770 | $155,580 | $224,829 | $298,458 | $370,337 |
| 88 | | | -1100000 | $269,452 | $199,092 | $278,233 | $362,380 | $444,528 | | -1100000 | $269,452 | $199,092 | $278,233 | $362,380 | $444,528 |
| 89 | | | -1100000 | $303,133 | $242,603 | $331,637 | $426,303 | $518,719 | | -1100000 | $303,133 | $242,603 | $331,637 | $426,303 | $518,719 |
| 90 | | | -1100000 | $336,815 | $286,115 | $385,041 | $490,225 | $592,910 | | -1100000 | $336,815 | $286,115 | $385,041 | $490,225 | $592,910 |

Sensitivity Analysis

Intuitive-00001639

3-SER-570

# Converted Procedures

## Estimated da Vinci Financial Cash Flow Analysis (USD) — Est. da Vinci Secondary Benefit

| Procedure Type | Est. Annual Cases | Modeled I&A Cost (US Avg) | Est. Service Cost / Case | Medicare/ Commercial Blended Pmt | Est. Reimbursement less all dV Costs | Est. Annual Cash Flow after all dV Costs | OR Cost per Case | Contribution Margin per dV Case | Annual dV Contribution Margin | Avg LOS for Conv. Cases | Est. Bed Days Gained | LOS Savings | Complicatio ns Savings | Transfusion Savings | Conversion Savings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | 56 | $1,835 | | $20,139 | $18,304 | $1,021,363 | $3,624 | $14,680 | $819,133 | 239 | | $215,460 | $97,090 | | $14,426 |
| Colon Resection | 34 | $2,246 | | $24,571 | $22,325 | $763,524 | $4,050 | $18,275 | $625,014 | 9.4 | 157 | $141,588 | $75,595 | | $13,626 |
| Rectal Resection | | $2,065 | | $19,108 | $17,043 | | | | | 8.0 | | | | | |
| Ventral Hernia | 22 | $1,183 | | $13,120 | $11,937 | $257,839 | $2,950 | $8,987 | $194,119 | 5.8 | 82 | $73,872 | $21,495 | | $800 |
| Ventral Hernia (OP) | | $1,183 | | $6,353 | $5,170 | | | | | 0.5 | | | | | |
| Inguinal Hernia | | $1,145 | | $6,353 | $5,208 | | | | | | | | | | |
| Sleeve Gastrectomy | | $1,843 | | $16,390 | $14,547 | | | | | 4.0 | | | | | |
| Gastric Bypass | | $1,860 | | $24,978 | $23,118 | | | | | 4.0 | | | | | |
| Fundoplication | | $1,643 | | $28,987 | $27,344 | | | | | 5.0 | | | | | |
| Pancreatic | | $2,052 | | $27,769 | $25,717 | | | | | 9.0 | | | | | |
| MP Chole | | $1,170 | | $5,190 | $4,020 | | | | | | | | | | |
| Gastrectomy | | $2,130 | | $13,798 | $11,668 | | | | | 4.0 | | | | | |
| Other General Surge | | $1,434 | | $13,798 | $12,364 | | | | | 4.0 | | | | | |
| dVL | | $1,691 | | $23,878 | $22,187 | | | | | 7.5 | | | | | |
| Other Thoracic | | $1,402 | | $13,798 | $12,396 | | | | | 6.0 | | | | | |
| dVMVR | | $1,473 | | $54,572 | $53,099 | | | | | 13.0 | | | | | |
| REVASC | | $1,535 | | $38,282 | $36,747 | | | | | 10.0 | | | | | |
| dVC | | $1,967 | | $27,700 | $25,733 | | | | | 7.0 | | | | | |
| dVER | | $1,087 | | $9,448 | $8,361 | | | | | 0.5 | | | | | |
| Ovarian Cystectomy | | $1,108 | | $7,929 | $6,821 | | | | | 0.5 | | | | | |
| Pyeloplasty | | $1,472 | | $33,204 | $31,732 | | | | | 5.0 | | | | | |
| dVH - Benign | | $1,377 | | $18,024 | $16,647 | | | | | 3.5 | | | | | |
| dVH - Benign (OP) | | $1,377 | | $9,682 | $8,305 | | | | | 0.5 | | | | | |
| dVH - Malignant | | $1,417 | | $14,820 | $13,403 | | | | | 4.0 | | | | | |
| dVSC | | $1,630 | | $8,624 | $6,994 | | | | | 3.0 | | | | | |
| dVMyo | | $1,419 | | $9,448 | $8,029 | | | | | 3.2 | | | | | |
| Oophorectomy | | $1,070 | | $11,416 | $10,346 | | | | | 0.5 | | | | | |
| Other Urology | | $1,517 | | $13,798 | $12,281 | | | | | 3.0 | | | | | |
| dVP | | $1,648 | | $11,079 | $9,431 | | | | | 3.0 | | | | | |
| dVPN | | $1,505 | | $33,204 | $31,699 | | | | | 4.0 | | | | | |
| dVN | | $1,294 | | $33,204 | $31,910 | | | | | 3.0 | | | | | |

# Incremental Procedures

## Estimated da Vinci Financial Cash Flow Analysis (USD) — Financial Procedure Analysis

| Procedure Type | Est Annual Cases | Modeled I&A Cost (US Avg) | Est. Service Cost / Case | Medicare/ Commercial Blended Pmt | Length of Stay Cost per Case | Operating Room Cost per Case | Incremental Cost per Case | Total Incremental Costs | Incremental Revenue | Net Annual Income From Incremental | Net Annual Impact of Converted | Total Estimated Annual Return on dV Program | Annual Return After Rental Payment (if |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 87 | $1,595 | $ - | $15,820 | | | $6,913 | $598,646 | $1,370,019 | $771,374 | $177,053 | $948,427 | |
| Colon Resection | | $2,246 | | $24,571 | | | | | | | $103,181 | $103,181 | |
| Rectal Resection | | $2,065 | | $19,108 | | | | | | | | | |
| Ventral Hernia | | $1,183 | | $13,120 | | | | | | | $73,872 | $73,872 | |
| Ventral Hernia (OP) | | $1,183 | | $6,353 | | | | | | | | | |
| Inguinal Hernia | 26 | $1,145 | | $6,353 | $2,470 | | $3,615 | $93,990 | $165,165 | $71,175 | | $71,175 | |

Trial Ex. No. 1314, Pg. 15 of 36

3-SER-571

| | A | B | D | E | F | G | H | I | J | K | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | Sleeve Gastrectomy | 44 | $1,843 | | $16,390 | $3,600 | $2,430 | $7,873 | $344,837 | $717,874 | | $373,037 | | | $373,037 | |
| 48 | Gastric Bypass | | $1,860 | | $24,978 | | | | | | | | | | | |
| 49 | Fundoplication | 17 | $1,643 | | $28,987 | $4,500 | $3,370 | $9,513 | $159,818 | $486,980 | | $327,162 | | | $327,162 | |
| 50 | Pancreatic | | $2,052 | | $27,769 | | | | | | | | | | | |
| 51 | MP Chole | | $1,170 | | $5,190 | | | | | | | | | | | |
| 52 | Gastrectomy | | $2,130 | | $13,798 | | | | | | | | | | | |
| 53 | Other General Surge | | $1,434 | | $13,798 | | | | | | | | | | | |
| 54 | dVL | | $1,691 | | $23,878 | | | | | | | | | | | |
| 55 | Other Thoracic | | $1,402 | | $13,798 | | | | | | | | | | | |
| 56 | dVMVR | | $1,473 | | $54,572 | | | | | | | | | | | |
| 57 | REVASC | | $1,535 | | $38,282 | | | | | | | | | | | |
| 58 | dVC | | $1,967 | | $27,700 | | | | | | | | | | | |
| 59 | dVER | | $1,087 | | $9,448 | | | | | | | | | | | |
| 60 | Ovarian Cystectomy | | $1,108 | | $7,929 | | | | | | | | | | | |
| 61 | Pyeloplasty | | $1,472 | | $33,204 | | | | | | | | | | | |
| 62 | dVH - Benign | | $1,377 | | $18,024 | | | | | | | | | | | |
| 63 | dVH - Benign (OP) | | $1,377 | | $9,682 | | | | | | | | | | | |
| 64 | dVH - Malignant | | $1,417 | | $14,820 | | | | | | | | | | | |
| 65 | dVSC | | $1,630 | | $8,624 | | | | | | | | | | | |
| 66 | dVMyo | | $1,419 | | $9,448 | | | | | | | | | | | |
| 67 | Oophorectomy | | $1,070 | | $11,416 | | | | | | | | | | | |
| 68 | Other Urology | | $1,517 | | $13,798 | | | | | | | | | | | |
| 69 | dVP | | $1,648 | | $11,079 | | | | | | | | | | | |
| 70 | dVPN | | $1,505 | | $33,204 | | | | | | | | | | | |
| 71 | dVN | | $1,294 | | $33,204 | | | | | | | | | | | |
| 72 | Other Urology | | $1,517 | | $13,798 | | | | | | | | | | | |
| 73 | | | | | | | | | | | | | | | | |
| 74 | | | | | | | | | | | | | | | | |

Reinvestment ROI

Intuitive-00001639

3-SER-572

# Estimated Market Opportunity

**Market Capture Financial Calculator**        MSA:  Philadelphia-Camden-Wilmington, PA-NJ-D

| | ure | Market Size | avail) | Total US | Penetration: | Gain | Procedures | Revenue |
|---|---|---|---|---|---|---|---|---|
| General Surgery | Colon Resection | 5,960 | 11% | 4% | 30% | 1% | 60 | $1,322,400 |
| | Rectal Resection | 1,161 | 21% | 16% | 10% | 1% | 12 | $207,444 |
| | SS Chole | | | 5% | 85% | 1% | | |
| | Sleeve Gastrectomy | 2,263 | | 10% | 65% | 1% | 23 | $335,800 |
| | Ventral Hernia | 4,700 | 12% | 9% | 20% | 1% | 47 | $567,713 |
| | Inguinal Hernia | 4,259 | 17% | 2% | 30% | 1% | 43 | $218,526 |
| | Pancreatic | 628 | | 6% | 50% | 1% | 6 | $133,291 |
| | Fundoplication | 636 | | 16% | 80% | 1% | 6 | $69,590 |
| Thoracic | dVL | 2,044 | 15% | 6% | 31% | 1% | 20 | $428,720 |
| GYN | dVH - Benign | 7,012 | 24% | 29% | 40% | 1% | 70 | $590,170 |
| | dVH - Malignant | 1,501 | 89% | 94% | 5% | 1% | 15 | $197,085 |
| | dVSC | 1,392 | 21% | 30% | 70% | 1% | 14 | $94,080 |
| | dVMyo | 978 | 19% | 30% | 70% | 1% | 10 | $88,840 |
| Urology | dVP | 2,725 | 89% | 83% | 5% | 1% | 27 | $278,181 |
| | dVPN | 598 | 100% | 73% | 30% | 1% | 6 | $181,296 |
| | dVN | 995 | 13% | 8% | 30% | 1% | 10 | $302,160 |
| Cardiac | dVMVR | 954 | 1% | 5% | 0% | 1% | 10 | $436,579 |
| | REVASC | 3,925 | 7% | 1% | 0% | 1% | 39 | $1,194,391 |
| **TOTALS** | | 41,731 | | | | | 418 | $6,646,266 |

Reinvestment ROI

Intuitive-00001639

| | A | B | D | E | F | G | H | I | J | K | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 125 | | | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | | | |

Reinvestment ROI

Intuitive-00001639



ISI Customers, the data represented herein is drawn from a variety of databases and sources, all of which have potential inaccuracies. This information does not include any data that can be used to identify individual patients or physicians. While useful in studying the economics of da Vinci procedures, this data should not be used or relied upon to make medical or clinical decisions.



### Estimated da Vinci Financial Cash Flow Analysis (USD)

| Procedure Type | Est. Cases (Trailing 2 Qtrs) | Est. Avg I&A Cost | Est. System Cost / Case | Est. Service Cost / Case | Medicare/ Commercial Blended Pmt | Est. Reimbursement less all dV Costs | Est. Annual Cash Flow after all dV Costs | OR Cost per Case | Contribution Margin per dV Case | Annual dV Contribution Margin | | Former Lap Share of dV Cases |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Totals | 182 | $1,434 | $1,704 | $819 | $14,391 | $10,435 | $3,798,385 | $2,932 | $7,503 | $2,731,025 | | |
| Inguinal Hernia | 45 | $1,150 | | | $6,353 | $2,680 | $241,205 | $2,211 | $469 | $42,225 | | 30% |
| dVH - Benign | 34 | $1,146 | | | $18,024 | $14,355 | $976,133 | $2,793 | $11,562 | $786,213 | | 35% |
| dVP | 25 | $1,538 | | | $11,079 | $7,018 | $350,891 | $4,095 | $2,923 | $146,151 | | 5% |
| Colon Resection w/ Stapler | 19 | $3,081 | | | $23,759 | $18,155 | $689,880 | $3,815 | $14,339 | $544,900 | | 30% |
| dVH - Malignant | 14 | $1,090 | | | $14,820 | $11,207 | $313,809 | $1,796 | $9,412 | $263,529 | | 5% |
| Ventral Hernia | 14 | $1,172 | | | $13,120 | $9,425 | $263,909 | $2,986 | $6,440 | $180,309 | | 20% |
| MP Chole | 7 | $1,012 | | | $5,190 | $1,656 | $23,186 | $2,376 | -$720 | -$10,074 | | |
| dVN | 6 | $1,227 | | | $33,204 | $29,454 | $353,451 | $3,490 | $25,964 | $311,571 | | |
| Oophorectomy | 4 | $993 | | | $11,416 | $7,901 | $63,210 | $1,600 | $6,301 | $50,410 | | |
| dVL w/ Stapler | 3 | $2,334 | | | $20,260 | $15,404 | $92,422 | $3,317 | $12,087 | $72,522 | | 35% |
| Colon Resection w/o Stapler | 2 | $1,050 | | | $23,759 | $20,186 | $80,745 | $3,080 | $17,106 | $68,425 | | 30% |
| dVC | 2 | $1,530 | | | $27,700 | $23,647 | $94,590 | $8,280 | $15,367 | $61,470 | | |
| dVPN | 2 | $1,320 | | | $33,204 | $29,361 | $117,445 | $3,150 | $26,211 | $104,845 | | 25% |
| dVL w/o Stapler | 1 | $1,170 | | | $20,260 | $16,568 | $33,136 | $2,330 | $14,238 | $28,476 | | 35% |
| dVSC | 1 | $1,530 | | | $8,624 | $4,571 | $9,142 | $3,390 | $1,181 | $2,362 | | 70% |
| Gastrectomy | 1 | $2,695 | | | $13,798 | $8,580 | $17,160 | $2,250 | $6,330 | $12,660 | | |
| Other Thoracic | 1 | $1,390 | | | $13,798 | $9,885 | $19,770 | $3,150 | $6,735 | $13,470 | | |
| Pyeloplasty | 1 | $1,530 | | | $33,204 | $29,151 | $58,302 | $3,370 | $25,781 | $51,562 | | |

### Est. Cash Flow per Case After All dV Costs (USD)

| | |
|---|---|
| dVP | $4,875 |
| dVH - Benign | $6,485 |
| Inguinal Hernia | $6,677 |
| dVL w/o Stapler | $18,231 |
| dVH - Malignant | $9,271 |
| Colon Resection w/o Stapler | $21,569 |
| Other Thoracic | $11,732 |
| Rectal Resection w/o Stapler | $15,213 |
| Ventral Hernia | $8,482 |
| Colon Resection w/ Stapler | $21,110 |
| Other General Surgery | $11,343 |
| dVN | $12,632 |
| dVMyo | $8,244 |
| dVSC | $2,850 |
| dVPN | $8,728 |

### Est. Total Ann

| | |
|---|---|
| dVP | |
| dVH - Benign | |
| Inguinal Hernia | |
| dVL w/o Stapler | |
| dVH - Malignant | |
| Colon Resection w/o... | |
| Other Thoracic | |
| Rectal Resection w/o... | |
| Ventral Hernia | $254,460 |
| Colon Resection w/... | |
| Other General Surgery | $249,552 |
| dVN | $227,371 |
| dVMyo | $115,420 |
| dVSC | $34,206 |
| dVPN | $104,740 |

Current Program ROI

Intuitive-00001639



Pg. 20 of 35

Intuitive-00001639

**Trial Ex. No. 1314, Pg. 21 of 36**

**3-SER-577**

# Estimated Cost Optimization Opportunity

## Procedure Instrumentation Profiles

| Procedure | Est. Q1/Q2 Cases | Avg I&A Cost (USD) | Avg I&A Cost - Top 10% | Avg I&A Cost - US Avg | Variance to Top 10% | Variance to US Avg | Potential Savings (10%) | Potential Savings (Avg) | Avg Console Time (Min) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | $80,742 | $6,769 | |
| Inguinal Hernia | 45 | $1,150 | $943 | $1,152 | ($207) | $2 | $18,651 | | 73 |
| dVH - Benign | 34 | $1,146 | $1,103 | $1,392 | ($43) | $246 | $2,939 | | 102 |
| dVP | 25 | $1,538 | $1,443 | $1,666 | ($96) | $127 | $4,791 | | 167 |
| Colon Resection w/ Stapler | 19 | $3,081 | $2,155 | $2,918 | ($926) | ($163) | $35,206 | $6,198 | 153 |
| dVH - Malignant | 14 | $1,090 | $1,114 | $1,432 | $24 | $342 | | | 52 |
| Ventral Hernia | 14 | $1,172 | $943 | $1,216 | ($229) | $43 | $6,423 | | 112 |
| MP Chole | 7 | $1,012 | $815 | $1,222 | ($197) | $210 | $2,760 | | 81 |
| dVN | 6 | $1,227 | $961 | $1,452 | ($266) | $225 | $3,194 | | 137 |
| Oophorectomy | 4 | $993 | $875 | $1,096 | ($118) | $104 | $940 | | 43 |
| dVL w/ Stapler | 3 | $2,334 | $2,470 | $3,771 | $136 | $1,436 | | | 128 |
| Colon Resection w/o Stapler | 2 | $1,050 | $1,075 | $1,434 | $25 | $384 | | | 117 |
| dVC | 2 | $1,530 | | $1,870 | | $340 | | | 377 |
| dVPN | 2 | $1,320 | $1,190 | $1,541 | ($130) | $221 | $518 | | 120 |
| dVL w/o Stapler | 1 | $1,170 | $905 | $1,228 | ($265) | $58 | $530 | | 79 |
| dVSC | 1 | $1,530 | $1,227 | $1,637 | ($303) | $107 | $606 | | 132 |
| Gastrectomy | 1 | $2,695 | $980 | $2,446 | ($1,715) | ($249) | $3,429 | $499 | 75 |
| Other Thoracic | 1 | $1,390 | | $1,484 | | $94 | | | 120 |
| Pyeloplasty | 1 | $1,530 | $1,153 | $1,494 | ($377) | ($36) | $753 | $72 | 131 |

Intuitive-00001639

3-SER-578

## Est. da Vinci Financial Savings Analysis

| Est. Length of Stay Savings | Est. Complications Savings | Est. Tranfusion Savings | Est. Conversion Savings | Est. Total Savings / Cost Avoidance | Preserved Rev (dV is Std of Care) | Total Secondary Financial Impact |
|---|---|---|---|---|---|---|
| $385,641 | $254,183 | $12,038 | $14,697 | $666,559 | $1,101,713 | $1,768,271 |
| | | | | | | |
| $49,878 | $25,223 | $3,479 | $3,010 | $81,590 | | $81,590 |
| $60,975 | $32,890 | $8,057 | $78 | $101,999 | $553,938 | $655,937 |
| $122,436 | $110,416 | | $9,084 | $241,936 | | $241,936 |
| $46,368 | | | | $46,368 | $414,960 | $461,328 |
| $80,640 | $27,864 | | $519 | $109,023 | | $109,023 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| $6,750 | $34,625 | $377 | $787 | $42,540 | | $42,540 |
| $12,888 | $11,623 | | $956 | $25,467 | | $25,467 |
| | | | | | | |
| $2,700 | | | | $2,700 | $132,815 | $135,515 |
| $2,250 | $11,542 | $126 | $262 | $14,180 | | $14,180 |
| $756 | | | | $756 | | $756 |

| | |
|---|---|
| Hospital ID | 15079 |
| Service Cost | |
| Bed-Day Value | $900 |
| Cost of OR minute | $62 |
| Avg LOS | 5 |
| MSA Comp Eligibl | YES |
| Onsite Accuracy | YES |

| Row Labels | Sum of Es | Sum of Field6 |
|---|---|---|
| dVC | 21257.5 | 2 |
| dVER | 3612.14 | 4 |
| Other Urology | 11198.6 | 4 |
| Pyeloplasty | 11333.6 | 4 |
| Pancreatic | 24938.4 | 4 |
| MP Chole | 2848.75 | 4 |
| Rectal Resection w | 14927 | 6 |
| Fundoplication | 11850.9 | 10 |
| dVPN | 8728.32 | 12 |
| dVSC | 2850.47 | 12 |
| dVMyo | 8244.31 | 14 |
| dVN | 12631.7 | 18 |
| Other General Surg | 11343.3 | 22 |
| Colon Resection w, | 21110.4 | 26 |
| Ventral Hernia | 8482.02 | 30 |
| Rectal Resection w | 15212.7 | 30 |
| Other Thoracic | 11731.5 | 38 |
| Colon Resection w, | 21568.9 | 48 |
| dVH - Malignant | 9271.1 | 56 |
| dVL w/o Stapler | 18231.3 | 72 |
| Inguinal Hernia | 6677.35 | 100 |
| dVH - Benign | 6484.78 | 126 |
| dVP | 4875.2 | 182 |
| **Grand Total** | **269410** | **824** |

| Row Labels | Sum of Est. Annu | Sum of Field6 |
|---|---|---|
| dVC | 42515.05138 | 2 |
| dVER | 14448.56659 | 4 |
| Other Urology | 44794.51786 | 4 |
| Pyeloplasty | 45334.51786 | 4 |
| Pancreatic | 99753.60864 | 4 |
| MP Chole | 11394.99786 | 4 |
| Rectal Resection v | 89562.00212 | 6 |
| Fundoplication | 118509.4068 | 10 |
| dVPN | 104739.8817 | 12 |
| dVSC | 34205.69977 | 12 |
| dVMyo | 115420.3624 | 14 |
| dVN | 227311.2625 | 18 |
| Other General Sur | 249551.8483 | 22 |
| Colon Resection v | 548870.9261 | 26 |
| Ventral Hernia | 254460.484 | 30 |
| Rectal Resection v | 456380.0106 | 30 |
| Other Thoracic | 445797.9197 | 38 |
| Colon Resection v | 1035309.094 | 48 |
| dVH - Malignant | 519181.7877 | 56 |
| dVL w/o Stapler | 1312655.718 | 72 |
| Inguinal Hernia | 667734.9466 | 100 |
| dVH - Benign | 817082.8327 | 126 |
| dVP | 887285.5216 | 182 |
| **Grand Total** | **8142360.965** | **824** |

### Est. Annual Cash Flow by da Vinci Procedure (USD)

$887,286
$817,083
$667,735
$1,312,656
$519,182
$1,035,309
$445,798
$456,380
$548,871

Current Program ROI



### Procedure Console Time

| | Console Time - US Avg | Variance to US Avg | Time Within One Std. Dev | Annual Variance to US Avg (Minutes) |
|---|---|---|---|---|
| 65 | | | | 1,153 |
| 66 | 84 | 11 | YES | |
| 67 | 96 | (6) | YES | 431 |
| 68 | 174 | 7 | YES | |
| 69 | 180 | 27 | YES | |
| 70 | 117 | 65 | YES | |
| 71 | 109 | (3) | YES | 87 |
| 72 | 72 | (9) | YES | 125 |
| 73 | 156 | 19 | YES | |
| 74 | 78 | 35 | YES | |
| 75 | 183 | 55 | YES | |
| 76 | 143 | 26 | YES | |
| 77 | 249 | (128) | n/a | 511 |
| 78 | 160 | 40 | YES | |
| 79 | 160 | 81 | YES | |
| 80 | 157 | 25 | YES | |
| 81 | 174 | 99 | YES | |
| 82 | 135 | 15 | n/a | |
| 83 | 151 | 20 | YES | |

| | Row Label | Relative National Standing (100% = Most Optimized) | | Procedure | Estimated Lap Share | | Procedure | Reimbursement | LOS Reduction - Open |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | |
| 4 | Other GYN | 36 | | dVH - Benign | 35% | | dVH - Benign | $6,861 | 1.2 |
| 5 | dVN | 36 | 72% | dVH - Benign SS | 35% | | dVH - Benign SS | $6,861 | 1.2 |
| 6 | Other Uro | 36 | | dVH - Malignant | 5% | | dVH - Malignant | $9,228 | 1.9 |
| 7 | Gastric Byp | 48 | | dVSC | 70% | | dVSC | $4,376 | 1.4 |
| 8 | Ventral He | 52 | 94% | dVP | 5% | | dVMyo | $8,401 | 2.8 |
| 9 | Rectal Res | 60 | 87% | dVPN | 25% | | dVP | $5,964 | 1.4 |
| 10 | dVMyo | 64 | 24% | | | | dVPN | $9,122 | 1 |
| 11 | Other Gen | 80 | | Colon Resection | 30% | | dVN | $12,158 | |
| 12 | dVPN | 88 | 83% | Colon Resection w/ Stapler | 30% | | dVL | $16,208 | 1.6 |
| 13 | MP Chole | 88 | 9% | Colon Resection w/o Stapler | 30% | | dVL w/ Stapler | $16,208 | 1.6 |
| 14 | Sleeve Gas | 92 | | Rectal Resection | 10% | | dVL w/o Stapler | $16,208 | 1.6 |
| 15 | dVER | 96 | 18% | Rectal Resection w/ Stapler | 10% | | MP Chole | $4,001 | |
| 16 | Other | 124 | | Rectal Resection w/o Stapler | 10% | | SS Chole | $4,001 | |
| 17 | dVH - Beni | 136 | 68% | Ventral Hernia | 20% | | Colon Resection | $19,007 | 4.6 |
| 18 | SS Chole | 144 | 28% | Inguinal Hernia | 30% | | Colon Resection w/ Sta | $19,007 | 4.6 |
| 19 | dVSC | 176 | 96% | Bariatrics | 65% | | Colon Resection w/o St | $19,007 | 4.6 |
| 20 | Inguinal H | 176 | 54% | Fundoplication | 80% | | Rectal Resection | $13,948 | 1.5 |
| 21 | Colon Rese | 212 | 23% | HPB | 50% | | Rectal Resection w/ Sta | $13,948 | 1.5 |
| 22 | dVP | 228 | 62% | SS Chole | 85% | | Rectal Resection w/o S | $13,948 | 1.5 |
| 23 | dVH - Mali | 240 | 99% | | | | Ventral Hernia | $8,411 | 4 |
| 24 | dVH - Beni | 668 | 75% | dVL | 35% | | Inguinal Hernia | $6,861 | |
| 25 | **Grand Tot** | **2,880** | **891%** | dVL w/ Stapler | 35% | | Gastric Bypass | $11,629 | 4 |
| 26 | | | | dVL w/o Stapler | 35% | | Sleeve Gastrectomy | $9,820 | |
| 27 | | | | dVMVR | 0% | | Fundoplication | $11,598 | 3 |
| 28 | | | | REVASC | 0% | | Foregut | $11,598 | 3 |
| 29 | | | | dVTORS - Malignant | 0% | | Pancreatic | $22,215 | 4 |
| 30 | | | | dVTORS - Benign | 0% | | dVMVR | $43,658 | 8 |
| 31 | | | | | | | REVASC | $30,625 | 6 |
| 32 | | | | | | | dVTORS | $18,557 | |
| 33 | | | | | | | dVTORS - Malignant | $18,557 | 4 |
| 34 | | | | | | | dVTORS – Benign | $18,557 | |
| 35 | | | | | | | OSA | $18,557 | |
| 36 | | | | | | | Other | $11,038 | |
| 37 | | | | | | | dVC | $19,251 | |
| 38 | | | | | | | dVThyroid | $7,606 | |
| 39 | | | | | | | Gastric Banding | $7,332 | |
| 40 | | | | | | | Cystectomy | $19,251 | |
| 41 | | | | | | | dVER | $4,376 | |
| 42 | | | | | | | Gastrectomy | $11,038 | |
| 43 | | | | | | | Gastric Revision | $11,038 | |
| 44 | | | | | | | Oophorectomy | $6,343 | |
| 45 | | | | | | | Other Cardiac | $30,625 | |
| 46 | | | | | | | Other Colorectal | $14,613 | |
| 47 | | | | | | | Other General Surgery | $11,038 | |
| 48 | | | | | | | Other GYN | $6,343 | |
| 49 | | | | | | | Other Thoracic | $11,038 | |
| 50 | | | | | | | Other Urology | $11,038 | |
| 51 | | | | | | | Ovarian Cystectomy | $6,343 | |
| 52 | | | | | | | Pyeloplasty | $11,038 | |
| 53 | | | | | | | | | |

| | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW | AX | AY | AZ | BA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | | | | | | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | | | | | | |

Current Program ROI

Intuitive-00001639

3-SER-583



Current Program ROI

Intuitive-00001639

(140 of 246), Page 140 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 140 of 246
Case 3:21-cv-03496-AMO    Document 466-83    Filed 02/07/25    Page 29 of 36

| # | BB LOS Reduction - Lap | BC I&A Expense | BD OR Time | BE I&A Expense | BF OR Time | BG STD Deviation | BH LOS | BI Conversior | BJ Conversion | BK Minor Con | BL Minor Con | BM Minor Con | BN Major Con | BO Major Con | BP Major Con | BQ Comlica | BR Transfusio | BS Transfusio | BT Transfusion Cost | BU | BV | BW | BX | BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0.1 | 1,391.9 | 96 | 1103 | 90 | 34 | 1 | 0.04 | 3162 | 0.019 | 0.001 | 2684 | 0.037 | 0.003 | 13420 | 0.063 | 0.011 | 1142 | | | | | | |
| 5 | 0.1 | 1,140.6 | 96 | 795 | 84 | 34 | 1 | 0.04 | 3162 | 0.019 | 0.001 | 2684 | 0.037 | 0.003 | 13420 | 0.063 | 0.011 | 1142 | | | | | | ID |
| 6 | 0.7 | 1,432.4 | 117 | 1114 | 102 | 47 | 1 | | | | | | | | | | | | | | | | | 14902 |
| 7 | | 1,637.2 | 157 | 1227 | 135 | 53 | 1 | | | | | | | | | | | | | | | | | 12792 |
| 8 | | 1,450.2 | 139 | 1010 | 105 | 61 | 1 | | | | | | | | | | | | | | | | | 20836 |
| 9 | 0.5 | 1,665.9 | 174 | 1443 | 168 | 55 | 2 | 0 | 7812 | 0 | 0 | 2161 | 0 | 0 | 20168 | 0 | 0 | 1142 | | | | | | 13370 |
| 10 | | 1,540.9 | 160 | 1190 | 134 | 55 | 4 | | | | | | | | | | | | | | | | | 14197 |
| 11 | | 1,452.3 | 156 | 961 | 126 | 71 | 2 | | | | | | | | | | | | | | | | | 10231 |
| 12 | 0.6 | 3,770.7 | 183 | 2470 | 133 | 63 | 4 | 0 | 7812 | 0 | 0 | 4203 | 0 | 0 | 35022 | 0 | 0 | 1142 | | | | | | 12879 |
| 13 | 0.6 | 3,770.7 | 183 | 2470 | 133 | 63 | 4 | 0 | 7812 | 0 | 0 | 4203 | 0 | 0 | 35022 | 0 | 0 | 1142 | | | | | | 10523 |
| 14 | 0.6 | 1,227.9 | 160 | 905 | 133 | 63 | 4 | 0 | 7812 | 0 | 0 | 4203 | 0 | 0 | 35022 | 0 | 0 | 1142 | | | | | | 16272 |
| 15 | | 1,221.9 | 72 | 815 | 58 | 25 | 1 | | | | | | | | | | | | | | | | | 15092 |
| 16 | | 897.7 | 60 | 738 | 61 | 25 | 1 | | | | | | | | | | | | | | | | | 10056 |
| 17 | 1.2 | 2,918.4 | 180 | 2155 | 121 | 61 | 8 | 0.102 | 7812 | 0 | 0 | 4154 | 0 | 0 | 38766 | | | 1142 | | | | | | 10236 |
| 18 | 1.2 | 2,918.4 | 180 | 2155 | 121 | 61 | 8 | 0.102 | 7812 | 0 | 0 | 4154 | 0 | 0 | 38766 | | | 1142 | | | | | | 20679 |
| 19 | 1.2 | 1,433.7 | 143 | 1075 | 79 | 61 | 8 | 0.102 | 7812 | 0 | 0 | 4154 | 0 | 0 | 38766 | | | 1142 | | | | | | 11568 |
| 20 | 1 | 2,659.5 | 201 | 2179 | 156 | 75 | 6 | 0.180 | 7812 | 0 | 0 | 2758 | 0 | 0 | 25737 | 0 | 0 | 1142 | | | | | | 12911 |
| 21 | 1 | 2,659.5 | 201 | 2179 | 156 | 75 | 6 | 0.180 | 7812 | 0 | 0 | 2758 | 0 | 0 | 25737 | 0 | 0 | 1142 | | | | | | 13205 |
| 22 | 1 | 1,501.3 | 170 | 1090 | 156 | 75 | 6 | 0.180 | 7812 | 0 | 0 | 2758 | 0 | 0 | 25737 | 0 | 0 | 1142 | | | | | | 16299 |
| 23 | | 1,215.6 | 109 | 943 | 101 | 57 | 2 | 0.03 | 3088 | 0.074 | 0.074 | 2017 | 0.074 | 0.074 | 11431 | | | 1142 | | | | | | 12350 |
| 24 | | 1,151.9 | 84 | 943 | 83 | 51 | 2 | | | | | | | | | | | | | | | | | 11254 |
| 25 | 0.5 | 2,243.7 | 131 | 898 | 115 | 71 | 5.4 | | | | | | | | | | | | | | | | | 10016 |
| 26 | | 2,217.0 | 82 | 929 | 80 | 44 | 3.9 | | | | | | | | | | | | | | | | | 11377 |
| 27 | | 1,651.5 | 130 | 1015 | 125 | 70 | 2 | | | | | | | | | | | | | | | | | 11496 |
| 28 | | 1,733.0 | 150 | 1220 | 54 | 70 | 2 | | | | | | | | | | | | | | | | | 11468 |
| 29 | 2 | 2,245.8 | 248 | 1082 | 160 | 82 | 12 | | | | | | | | | | | | | | | | | 13570 |
| 30 | | 1,547.9 | 199 | 1213 | 152 | 70 | 5 | | | | | | | | | | | | | | | | | 12820 |
| 31 | | 1,473.8 | 139 | 956 | 99 | 72 | 4 | | | | | | | | | | | | | | | | | 15712 |
| 32 | | 791.0 | 122 | 969 | 50 | 50 | | | | | | | | | | | | | | | | | | 13070 |
| 33 | | 757.1 | 115 | 705 | 97 | 50 | | | | | | | | | | | | | | | | | | 11709 |
| 34 | | 791.0 | 122 | 969 | 50 | 50 | | | | | | | | | | | | | | | | | | 10210 |
| 35 | | 791.0 | 122 | 969 | 50 | 50 | | | | | | | | | | | | | | | | | | 14331 |
| 36 | | 1,285.9 | 122 | | | | | | | | | | | | | | | | | | | | | 15625 |
| 37 | | 1,870.4 | 249 | | | | | | | | | | | | | | | | | | | | | 21239 |
| 38 | | 856.7 | 128 | | | | | | | | | | | | | | | | | | | | | 14952 |
| 39 | | | | | | | | | | | | | | | | | | | | | | | | 16476 |
| 40 | | 1,870.4 | 263 | 1335 | | 113 | | | | | | | | | | | | | | | | | | 20885 |
| 41 | | 1,072.7 | 87 | 820 | 59 | 47 | | | | | | | | | | | | | | | | | | 12811 |
| 42 | | 2,445.5 | 174 | 980 | 103 | 102 | | | | | | | | | | | | | | | | | | 14576 |
| 43 | | 1,647.3 | 153 | | | | | | | | | | | | | | | | | | | | | 10014 |
| 44 | | 1,096.1 | 78 | 875 | 47 | 37 | | | | | | | | | | | | | | | | | | 11398 |
| 45 | | 1,373.8 | 149 | | | | | | | | | | | | | | | | | | | | | 14026 |
| 46 | | 1,463.1 | 144 | | | | | | | | | | | | | | | | | | | | | 15750 |
| 47 | | 1,531.9 | 133 | | | | | | | | | | | | | | | | | | | | | 16558 |
| 48 | | 1,138.6 | 87 | | | | | | | | | | | | | | | | | | | | | 13562 |
| 49 | | 1,484.1 | 135 | | | | | | | | | | | | | | | | | | | | | 10060 |
| 50 | | 1,449.6 | 157 | | | | | | | | | | | | | | | | | | | | | 11615 |
| 51 | | 1,091.9 | 78 | 875 | 47 | 43 | | | | | | | | | | | | | | | | | | 11341 |
| 52 | | 1,493.8 | 151 | 1153 | 133 | 53 | | | | | | | | | | | | | | | | | | 15118 |
| 53 | | | | | | | | | | | | | | | | | | | | | | | | 14358 |

Current Program ROI

Intuitive-00001639

3-SER-585

| | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 54 | | | | | | | | | | | | | | | | | | | | | | | | 14607 |
| 55 | | | | | | | | | | | | | | | | | | | | | | | | 11515 |
| 56 | | | | | | | | | | | | | | | | | | | | | | | | 12755 |
| 57 | | | | | | | | | | | | | | | | | | | | | | | | 20201 |
| 58 | | | | | | | | | | | | | | | | | | | | | | | | 11209 |
| 59 | | | | | | | | | | | | | | | | | | | | | | | | 12918 |
| 60 | | | | | | | | | | | | | | | | | | | | | | | | 10008 |

Current Program ROI

Pg. 29 of 35

Intuitive-00001639

| | BB | BC | BD | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ | BR | BS | BT | BU | BV | BW | BX | BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | | | | | | | | | | | | | | | | | | | | | | | | 13108 |
| 62 | | | | | | | | | | | | | | | | | | | | | | | | 10074 |
| 63 | | | | | | | | | | | | | | | | | | | | | | | | 16980 |
| 64 | | | | | | | | | | | | | | | | | | | | | | | | 21205 |
| 65 | | | | | | | | | | | | | | | | | | | | | | | | 14186 |
| 66 | | | | | | | | | | | | | | | | | | | | | | | | 11373 |
| 67 | | | | | | | | | | | | | | | | | | | | | | | | 11025 |
| 68 | | | | | | | | | | | | | | | | | | | | | | | | 10775 |
| 69 | | | | | | | | | | | | | | | | | | | | | | | | 14644 |
| 70 | | | | | | | | | | | | | | | | | | | | | | | | 14815 |
| 71 | | | | | | | | | | | | | | | | | | | | | | | | 15028 |
| 72 | | | | | | | | | | | | | | | | | | | | | | | | 11303 |
| 73 | | | | | | | | | | | | | | | | | | | | | | | | 11113 |
| 74 | | | | | | | | | | | | | | | | | | | | | | | | 15779 |
| 75 | | | | | | | | | | | | | | | | | | | | | | | | 20985 |
| 76 | | | | | | | | | | | | | | | | | | | | | | | | 15045 |
| 77 | | | | | | | | | | | | | | | | | | | | | | | | 14919 |
| 78 | | | | | | | | | | | | | | | | | | | | | | | | 15796 |
| 79 | | | | | | | | | | | | | | | | | | | | | | | | 20535 |
| 80 | | | | | | | | | | | | | | | | | | | | | | | | 13074 |
| 81 | | | | | | | | | | | | | | | | | | | | | | | | 13677 |
| 82 | | | | | | | | | | | | | | | | | | | | | | | | 14069 |
| 83 | | | | | | | | | | | | | | | | | | | | | | | | 11386 |
| 84 | | | | | | | | | | | | | | | | | | | | | | | | 14018 |
| 85 | | | | | | | | | | | | | | | | | | | | | | | | 10057 |
| 86 | | | | | | | | | | | | | | | | | | | | | | | | 11438 |
| 87 | | | | | | | | | | | | | | | | | | | | | | | | 14584 |
| 88 | | | | | | | | | | | | | | | | | | | | | | | | 12752 |
| 89 | | | | | | | | | | | | | | | | | | | | | | | | 15145 |
| 90 | | | | | | | | | | | | | | | | | | | | | | | | 14951 |
| 91 | | | | | | | | | | | | | | | | | | | | | | | | 10054 |
| 92 | | | | | | | | | | | | | | | | | | | | | | | | 14524 |
| 93 | | | | | | | | | | | | | | | | | | | | | | | | 21123 |
| 94 | | | | | | | | | | | | | | | | | | | | | | | | 11181 |
| 95 | | | | | | | | | | | | | | | | | | | | | | | | 11605 |

Current Program ROI

Intuitive-00001639

| | BZ | CA | CB | CC | CD | CE | CF | CG | CH |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | Type | Procedure | Instrument Rank | | ID | Type | Procedure | Duration Rank | |
| 6 | Instrument | Bariatrics | 100% | | 13170 | Duration | MP Chole | 100% | |
| 7 | Instrument | Bariatrics | 100% | | 12440 | Duration | MP Chole | 100% | |
| 8 | Instrument | Bariatrics | 100% | | 16083 | Duration | MP Chole | 100% | |
| 9 | Instrument | Bariatrics | 100% | | 12792 | Duration | MP Chole | 100% | |
| 10 | Instrument | Bariatrics | 99% | | 15089 | Duration | MP Chole | 100% | |
| 11 | Instrument | Bariatrics | 98% | | 15777 | Duration | MP Chole | 100% | |
| 12 | Instrument | Bariatrics | 98% | | 20411 | Duration | MP Chole | 99% | |
| 13 | Instrument | Bariatrics | 98% | | 10209 | Duration | MP Chole | 99% | |
| 14 | Instrument | Bariatrics | 97% | | 20829 | Duration | MP Chole | 99% | |
| 15 | Instrument | Bariatrics | 97% | | 12700 | Duration | MP Chole | 99% | |
| 16 | Instrument | Bariatrics | 96% | | 12506 | Duration | MP Chole | 99% | |
| 17 | Instrument | Bariatrics | 96% | | 13570 | Duration | MP Chole | 99% | |
| 18 | Instrument | Bariatrics | 96% | | 13425 | Duration | MP Chole | 99% | |
| 19 | Instrument | Bariatrics | 95% | | 15259 | Duration | MP Chole | 99% | |
| 20 | Instrument | Bariatrics | 95% | | 10499 | Duration | MP Chole | 99% | |
| 21 | Instrument | Bariatrics | 94% | | 20100 | Duration | MP Chole | 98% | |
| 22 | Instrument | Bariatrics | 94% | | 15756 | Duration | MP Chole | 98% | |
| 23 | Instrument | Bariatrics | 94% | | 13073 | Duration | MP Chole | 98% | |
| 24 | Instrument | Bariatrics | 93% | | 12253 | Duration | MP Chole | 98% | |
| 25 | Instrument | Bariatrics | 93% | | 16397 | Duration | MP Chole | 98% | |
| 26 | Instrument | Bariatrics | 92% | | 20895 | Duration | MP Chole | 98% | |
| 27 | Instrument | Bariatrics | 92% | | 14643 | Duration | MP Chole | 98% | |
| 28 | Instrument | Bariatrics | 92% | | 12668 | Duration | MP Chole | 98% | |
| 29 | Instrument | Bariatrics | 91% | | 10440 | Duration | MP Chole | 98% | |
| 30 | Instrument | Bariatrics | 91% | | 15279 | Duration | MP Chole | 97% | |
| 31 | Instrument | Bariatrics | 91% | | 12503 | Duration | MP Chole | 97% | |
| 32 | Instrument | Bariatrics | 90% | | 20026 | Duration | MP Chole | 97% | |
| 33 | Instrument | Bariatrics | 90% | | 12761 | Duration | MP Chole | 97% | |
| 34 | Instrument | Bariatrics | 89% | | 13621 | Duration | MP Chole | 97% | |
| 35 | Instrument | Bariatrics | 89% | | 21438 | Duration | MP Chole | 97% | |
| 36 | Instrument | Bariatrics | 89% | | 20017 | Duration | MP Chole | 97% | |
| 37 | Instrument | Bariatrics | 88% | | 15688 | Duration | MP Chole | 97% | |
| 38 | Instrument | Bariatrics | 88% | | 20250 | Duration | MP Chole | 97% | |
| 39 | Instrument | Bariatrics | 87% | | 10278 | Duration | MP Chole | 96% | |
| 40 | Instrument | Bariatrics | 87% | | 11728 | Duration | MP Chole | 96% | |
| 41 | Instrument | Bariatrics | 87% | | 10615 | Duration | MP Chole | 96% | |
| 42 | Instrument | Bariatrics | 86% | | 13541 | Duration | MP Chole | 96% | |
| 43 | Instrument | Bariatrics | 86% | | 10751 | Duration | MP Chole | 96% | |
| 44 | Instrument | Bariatrics | 86% | | 21277 | Duration | MP Chole | 96% | |
| 45 | Instrument | Bariatrics | 85% | | 12480 | Duration | MP Chole | 96% | |
| 46 | Instrument | Bariatrics | 85% | | 16517 | Duration | MP Chole | 96% | |
| 47 | Instrument | Bariatrics | 84% | | 11748 | Duration | MP Chole | 96% | |
| 48 | Instrument | Bariatrics | 84% | | 13913 | Duration | MP Chole | 95% | |
| 49 | Instrument | Bariatrics | 84% | | 10885 | Duration | MP Chole | 95% | |
| 50 | Instrument | Bariatrics | 83% | | 15079 | Duration | MP Chole | 95% | |
| 51 | Instrument | Bariatrics | 83% | | 13907 | Duration | MP Chole | 95% | |
| 52 | Instrument | Bariatrics | 82% | | 14699 | Duration | MP Chole | 95% | |
| 53 | Instrument | Bariatrics | 82% | | 13016 | Duration | MP Chole | 95% | |

Current Program ROI

Intuitive-00001639

| | BZ | CA | CB | CC | CD | CE | CF | CG | CH |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Instrument | Bariatrics | 82% | | 10548 | Duration | MP Chole | 95% | |
| 55 | Instrument | Bariatrics | 81% | | 11520 | Duration | MP Chole | 95% | |
| 56 | Instrument | Bariatrics | 81% | | 13573 | Duration | MP Chole | 95% | |
| 57 | Instrument | Bariatrics | 81% | | 10357 | Duration | MP Chole | 94% | |
| 58 | Instrument | Bariatrics | 80% | | 15058 | Duration | MP Chole | 94% | |
| 59 | Instrument | Bariatrics | 80% | | 13814 | Duration | MP Chole | 94% | |
| 60 | Instrument | Bariatrics | 79% | | 15903 | Duration | MP Chole | 94% | |

Trial Ex. No. 1314, Pg. 33 of 36

3-SER-589

| | BZ | CA | CB | CC | CD | CE | CF | CG | CH |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Instrument | Bariatrics | 79% | | 14358 | Duration | MP Chole | 94% | |
| 62 | Instrument | Bariatrics | 79% | | 20701 | Duration | MP Chole | 94% | |
| 63 | Instrument | Bariatrics | 78% | | 11140 | Duration | MP Chole | 94% | |
| 64 | Instrument | Bariatrics | 78% | | 10486 | Duration | MP Chole | 94% | |
| 65 | Instrument | Bariatrics | 77% | | 15098 | Duration | MP Chole | 94% | |
| 66 | Instrument | Bariatrics | 77% | | 17030 | Duration | MP Chole | 93% | |
| 67 | Instrument | Bariatrics | 77% | | 11382 | Duration | MP Chole | 93% | |
| 68 | Instrument | Bariatrics | 76% | | 14004 | Duration | MP Chole | 93% | |
| 69 | Instrument | Bariatrics | 76% | | 21041 | Duration | MP Chole | 93% | |
| 70 | Instrument | Bariatrics | 76% | | 15954 | Duration | MP Chole | 93% | |
| 71 | Instrument | Bariatrics | 75% | | 20185 | Duration | MP Chole | 93% | |
| 72 | Instrument | Bariatrics | 75% | | 12009 | Duration | MP Chole | 93% | |
| 73 | Instrument | Bariatrics | 74% | | 15105 | Duration | MP Chole | 93% | |
| 74 | Instrument | Bariatrics | 74% | | 10155 | Duration | MP Chole | 92% | |
| 75 | Instrument | Bariatrics | 74% | | 11340 | Duration | MP Chole | 92% | |
| 76 | Instrument | Bariatrics | 73% | | 11420 | Duration | MP Chole | 92% | |
| 77 | Instrument | Bariatrics | 73% | | 15597 | Duration | MP Chole | 92% | |
| 78 | Instrument | Bariatrics | 73% | | 11341 | Duration | MP Chole | 92% | |
| 79 | Instrument | Bariatrics | 72% | | 15048 | Duration | MP Chole | 92% | |
| 80 | Instrument | Bariatrics | 72% | | 11231 | Duration | MP Chole | 92% | |
| 81 | Instrument | Bariatrics | 71% | | 13767 | Duration | MP Chole | 92% | |
| 82 | Instrument | Bariatrics | 71% | | 11507 | Duration | MP Chole | 92% | |
| 83 | Instrument | Bariatrics | 71% | | 11386 | Duration | MP Chole | 91% | |
| 84 | Instrument | Bariatrics | 70% | | 10410 | Duration | MP Chole | 91% | |
| 85 | Instrument | Bariatrics | 70% | | 10931 | Duration | MP Chole | 91% | |
| 86 | Instrument | Bariatrics | 70% | | 11251 | Duration | MP Chole | 91% | |
| 87 | Instrument | Bariatrics | 69% | | 16945 | Duration | MP Chole | 91% | |
| 88 | Instrument | Bariatrics | 69% | | 16247 | Duration | MP Chole | 91% | |
| 89 | Instrument | Bariatrics | 68% | | 13722 | Duration | MP Chole | 91% | |
| 90 | Instrument | Bariatrics | 68% | | 13737 | Duration | MP Chole | 91% | |
| 91 | Instrument | Bariatrics | 68% | | 15350 | Duration | MP Chole | 91% | |
| 92 | Instrument | Bariatrics | 67% | | 14261 | Duration | MP Chole | 90% | |
| 93 | Instrument | Bariatrics | 67% | | 11373 | Duration | MP Chole | 90% | |
| 94 | Instrument | Bariatrics | 66% | | 11333 | Duration | MP Chole | 90% | |
| 95 | Instrument | Bariatrics | 66% | | 10893 | Duration | MP Chole | 90% | |

Current Program ROI

Intuitive-00001639

3-SER-590

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | **Measures** | | **Values** | |
| 3 | | Length of Stay (Days) | | $ | 1,553 |
| 4 | | ICU (Days) | | $ | 4,738 |
| 5 | | Conversions - Low Complexity | | $ | 3,162 |
| 6 | | Conversions - High Complexity | | $ | 7,812 |
| 7 | | Transfusions | | $ | 1,142 |
| 8 | | Readmission - Low Complexity | | $ | 11,087 |
| 9 | | Readmission - High Complexity | | $ | 14,718 |
| 10 | | Minor Complications | 0.3 | x | DRG |
| 11 | | Major Complications | 2.8 | x | DRG |
| 12 | | OR time (min) | $    11 | - $ | 47 |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | **Low Complexity** | | | |
| 16 | | dVH - Benign | | | |
| 17 | | dVSC | | | |
| 18 | | dVMyo | | | |
| 19 | | Ventral Hernia | | | |
| 20 | | Inguinal Hernia | | | |
| 21 | | HPB | | | |
| 22 | | Fundoplication | | | |
| 23 | | dVCholey - SS | | | |
| 24 | | | | | |
| 25 | | **High Complexity** | | | |
| 26 | | Colon Resection | | | |
| 27 | | Rectal Resection | | | |
| 28 | | dVMVR | | | |
| 29 | | REVASC | | | |
| 30 | | dVP | | | |
| 31 | | dVPN | | | |
| 32 | | dVN | | | |
| 33 | | dVH - Malignant | | | |
| 34 | | Bariatrics | | | |
| 35 | | dVL | | | |

Cost References

Intuitive-00001639

**3-SER-591**

| | F |
|---|---|
| 1 | |
| 2 | **Source** |
| 3 | Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71 |
| 4 | Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71 |
| 5 | Weighted average based on 2013 Premier Database data of robotic and laparoscopic conversion costs. Premier Database. 2013. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. |
| 6 | Weighted average based on 2013 Premier Database data of robotic and laparoscopic conversion costs. Premier Database. 2013. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. |
| 7 | Shander A, Hofmann A, Ozawa S, et al. Activity-based costs of blood transfusions in surgical patients at four hospitals. Transfusion 2010;50(4):753-765. |
| 8 | Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30 days. National statistics, 2012. Index stay - 124 Hysterectomy, abdominal and vaginal |
| 9 | Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30 days. National statistics, 2012. Index stay - 44 Coronary artery bypass graft (CABG) |
| 10 | DRG multiplier calculated based on data from Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913. |
| 11 | DRG multiplier calculated based on data from Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913. |
| 12 | Chatterjee A, Payette MJ, Demas CP, et al. Opportunity cost: a systematic application to surgery. Surgery 2009;146:18-22 |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |

Cost References

Intuitive-00001639

3-SER-592

| From: | Brian Runman [Brian.Runman@intusurg.com] |
|---|---|
| Sent: | 3/9/2017 10:04:26 AM |
| To: | Eric Lubbers [Eric.Lubbers@intusurg.com]; Kyle Schroeder [Kyle.Schroeder@intusurg.com]; Josh Lowe [Josh.Lowe@intusurg.com]; Scott Floyd [Scott.Floyd@intusurg.com]; Jim Lapke [Jim.Lapke@intusurg.com]; Aaron Wilcox [Aaron.Wilcox@intusurg.com]; Lindsey Kaiser [Lindsey.Kaiser@intusurg.com]; Lindsay Schmidt [Lindsay.schmidt1@intusurg.com]; Jennie Carpenter [Jennie.Carpenter@intusurg.com] |
| Subject: | Allina Q1 BAM slides |
| Attachments: | Allina BAM Q1 2017.pptx |

Lots of stuff to choose from in this comprehensive slide deck for Allina Health.  I took the time to run QTI estimator on all Allina facilities and incorporated all Mercy data we have collected.  At some point we could add Sneider's data to this mix.  For now, pick and choose any slides that will help you in any way.

I would not suggest taking anyone through all of this at one time.  This is a library of slides you can pick and choose to share as appropriate.  That said, this is FULL of compelling information for administrators and surgeons alike...

Call with any questions.

**Brian Runman**
Clinical Manager
Intuitive Surgical
612-202-2212 – cell
Brian.Runman@intusurg.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1323**

Case No.   3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk



## Agenda

- Allina Health da Vinci Robot Utilization

- Defining the Value Allina's da Vinci Program

- Emerging Market Trends in da Vinci Surgery

- Opportunities for Allina Health

- Intuitive Resources / Next Steps

PN 1016213 Rev E 12/2014

Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"

Confidential

Intuitive-00033816

3-SER-595



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"



Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"

Confidential

Intuitive-00033821

3-SER-600



Purpose of slide:
Highlight that from a cost standpoint, instruments and accessories are just the "tip of the iceberg" as it relates to the total cost to treat.

Statements:
The adoption of da Vinci Surgery in the markets presented earlier was driven by differentiated clinical benefits which may be more meaningful from a value perspective if they can be measurable in monetary terms.
As hospitals evaluate the total cost to treat da Vinci surgery patients, more often than not, a lot of scrutiny is placed on the costs of da Vinci instruments and accessories.
Capital costs - some institutions want to view capital and service as a fixed cost and it gets allocated across all service lines. If capital depreciation is included in the financials of da Vinci surgery, all service and capital in OR should be treated similarly across surgical modalities (i.e., laparoscopic capital equipment amortization).
With operative time, we recommend exploring your times and cost for your surgeons.
This is an incomplete view unless you quantify the cost offsets associated with clinical measures such as LOS, ICU admission, conversions, complications, surgical site infections, PACU time, readmissions and blood transfusions.

Probes:
"Would you agree that these clinical measures have a significant effect on the total cost to treat patients?"

Confidential

Intuitive-00033822

**3-SER-601**



Purpose of slide:
Show the national cost average data for typical hospital costs associated with surgery. This will be the basis for national cost averages and savings highlighted on the next several slides.

Statements:
Now that you have seen some of the latest clinical opportunities and trends in the U.S., let's take a look at how customers around the nation are starting to look at the total cost of care with regards to da Vinci Surgery.
These are national cost averages for specific clinical endpoints based on ISI healthcare economic team's research, and then reviewed and validated by an independent 3rd party consulting firm:  Precision Health Economics – who has 5 offices in the US and is comprised of current and former tenured university academicians.
http://www.precisionhealtheconomics.com/about-phe
Your individual hospital figures will undoubtedly differ from these figures, but these are as accurate as possible for a nationwide sample.
We will use these calculations on the next slides to help us try and dollarize MIS cost savings via da Vinci Surgery.

Probes:
Are you familiar with Precision Health?
Do these figures seem reasonable averages and proxies for each category?

Data Source:
h. Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. Note: Cost updated to 2014 using medical services consumer price index (CPI).
b. Weighted average based on 2013 Premier Database data of robotic and laparoscopic conversion costs. Premier Database. 2013. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Note: Cost updated to 2014 using medical services consumer price index (CPI).
f. Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30-days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and

vaginal) or (Index stay - 44 Coronary artery bypass graft (CABG)).

c. DRG multiplier calculated based on data from Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913.

e. Zimlichman E, Henderson D, Tamir O. Health care-associated infections: a meta-analysis of costs and financial impact on the US health care system. JAMA Intern Med. 2013 Dec 9-23;173(22):2039-46. doi: 10.1001/jamainternmed.2013.9763.


More information on Precision Health:

Led by tenured professors at elite research universities, we bring intellectual integrity, academic rigor, and a creative approach to the most challenging problems in health care.

Our team is comprised of a diverse and multi-disciplinary group of distinguished scholars, clinicians, and health care professionals who share a deep commitment to studying and improving healthcare. Our partners, Dana Goldman, Darius Lakdawalla, and Tomas Philipson, have built national and international reputations for excellence within the health care field — consistently setting the bar for achievement in health care research.

Our network of experts span leading academic institutions: Harvard, Stanford, Wharton, Chicago, MIT, Cornell, USC, UCLA. The economists and physicians who collaborate with us are national authorities in their respective fields. They are Nobel Prize and Clark Medal winners. We bring professionals experienced with government agencies (e.g., CMS and FDA) and industry (e.g., payers and life sciences).



Purpose of slide:
This slide validates how da Vinci surgery has enabled MIS surgery in two major surgery fields in a few short years, and imply that there are more procedure types on the horizon.

Statements:
The adoption of da Vinci surgery has been rooted in 3 factors: 1) delivering outcomes that are as good, and in some cases, potentially better than the conventional surgical approaches, 2) reducing the invasiveness of the procedure compared to open surgery and 3) reproducibility of outcomes and technique across surgeons.
In the case of conventional minimally invasive surgery (i.e., laparoscopy), there were limitations in how repeatable the surgical approach was to the majority of patients.
When da Vinci surgery was introduced in the prostatectomy and hysterectomy markets, it was able to address many of these limitations such as technical demand of the procedure or visualization issues and allow surgeons to offer minimally invasive surgery to more patients.
Many hospitals have made a strategic investment in da Vinci technology to expand minimally invasive surgery within their institution and the potential clinical benefits it offers patients.
This has proven itself in markets such as prostatectomy, hysterectomy-cancer. In both cases, open surgery was the standard early in the adoption lifecycle.
As hospitals and surgeons adopted the technology, clinical evidence was published and an increasing number of patients sought out da Vinci surgery.
Fast forward to 2015 and you will find the da Vinci System enabled MIS to become standard of care in these procedures in less than 10 years....something that laparoscopic surgery couldn't accomplish in 30 years.

Probes:
"In what other surgical procedures, that are primarily done open, do you think that da Vinci surgery will make an impact?"

Data Source:
Inpatient data: Nationwide Inpatient Sample (NIS), Healthcare Cost and Utilization Project (HCUP), Agency for Healthcare Research and Quality.

Outpatient data: Truven Health Analytics.
da Vinci data: ISI Internal Estimates
ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE:  procedure adoption numbers for 2015 include Q3 2015 only.





Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for benign hysterectomy procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Luciano study shows that with experience (after 100 cases), OR time fell below 3 hours (for the last 25 cases).
Please know, these costs may vary per hospital. In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Luciano study that reviewed comparative outcomes from 289,875 hysterectomies from 156 US hospitals in Premier Research Database.
Length of stay reference (including both inpatient and outpatient) is based on the Marty Martino study which took a retrospective review of 2,552 patients from 2008 to 2012 at Lehigh Valley Health Network in Allentown, PA.

Data Sources:
6. Luciano AA, Luciano DE, Gabbert J and Seshadri-Kreaden U. The impact of robotics on the mode of benign hysterectomy and clinical outcomes, Int J Med Robot 2015 March. doi: 10.1002/rcs.1648.
7. Martino, Martin A. et al. A Comparison of Quality Outcome Measures in Patients Having a Hysterectomy for Benign Disease: Robotic vs. Non-robotic Approaches. Journal of Minimally Invasive Gynecology , Volume 21 , Issue 3 , 389 – 393
* Complications: Based on blended rate for Benign Hysterectomy DRG; $7,263 (2016 CMS Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

a. Chatterjee A, Payette MJ, Demas CP, et al. Opportunity cost: a systematic application to surgery. Surgery 2009;146:18-22.
c. Vonlanthen R, Slankamenac K, Breitenstein S, et al. The impact of complications on costs of major surgical procedures: a cost analysis of 1200 patients. Ann Surg. 2011;254(6):907-913.
FY2016 Final Rule Tables. Center for Medicare and Medicaid Services.
b. Intuitive Surgical, Inc. analysis of 2013 Premier Database for robotic and laparoscopic conversion costs.

f. Agency for Healthcare Research and Quality. HCUPnet: A tool for identifying, tracking, and analyzing national hospital statistics. All patient readmissions within 30-days. National statistics, 2012. (Index stay - 124 Hysterectomy, abdominal and vaginal) or (Index stay - 44 Coronary artery bypass graft (CABG)).

h. Halpern NA, Pastores SM. Critical care medicine in the United States 2000-2005: an analysis of bed numbers, occupancy rates, payer mix, and costs. Crit Care Med 2010;38(1):65-71. Note: Cost updated to 2014 using medical services consumer price index (CPI).

Confidential

Intuitive-00033829



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for rectal resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on:
Speicher PJ study based on the national cancer database examining short-term outcomes and pathologic surrogates of oncologic results among patients undergoing robotic versus laparoscopic low anterior resection for rectal cancer. A total of 6403 patients met inclusion criteria.
Muhammad Salman study utilizing weighted Healthcare Cost and Utilization Project Nationwide Inpatient Sample data (2008, 2009) to identify the top 12 procedures for robotic general surgery.

Data Sources
9. Fleshman J, Branda M, Sargent D. Effect of Laparoscopic-Assisted Resection vs Open Resection of Stage II or III Rectal Cancer on Pathologic Outcomes. The ACOSOG Z6051 Randomized Clinical Trial. JAMA. 2015;314(13):1346-1355. doi:10.1001/jama.2015.10529
10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov
11. Midura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.
* Complications: Based on blended rate for Rectal Cancer DRG; $12,910 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Confidential

Intuitive-00033830

3-SER-609



Prostate Cancer Treatment at Allina Health

Historical Perspective

Confidential

Intuitive-00033831

3-SER-610



Allina Hospitals & Clinics
Estimated Procedure Volume by Modality Over Time

### Prostatectomy

| | 2005 | 2009 | 2014 |
|---|---|---|---|
| Est. % Open Rate | 100% | 19% | 25% |
| da Vinci | - | 390 | 263 |
| Open | 415 | 93 | 88 |

da Vinci Volume (Jan-Nov'16)    246

- DA VINCI
- LAP
- OPEN

Source: Truven Health Analytics (procedure estimates may not include those from cash-pay patients);
da Vinci volume from Intuitive Surgical (data on file)







## Mercy Hospital (Allina Hospitals & Clinics)
## Estimated Procedure Volume and Open/MIS Mix

| Mercy | Case Volume | AVE Patient OR Minutes | LOS | PPR | PPC AE Ratio |
|---|---|---|---|---|---|
| | 2012-16 | 2012-16 | 2012-16 | 2012-16 | 2012-16 |
| **Hysterectomy** | | | | | |
| Robotic | 1489 | 152 | 1.1 | 3.6% | 0.6 |
| Non-Robotic | 1291 | 136 | 1.9 | 3.3% | 0.6 |
| % of cases Robotic | 54% | | | | |
| Extra Minutes for Robotic | | 16 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | 0.3% | |
| Difference in PCC AE Ratio | | | | | 0.0 |
| **Thoracic** | | | | | |
| Robotic | 293 | 185 | 4.9 | 6.3% | 1.1 |
| Non-Robotic | 276 | 113 | 8.7 | 9.2% | 1.0 |
| % Robotic | 51% | | | | |
| Ave Extra Minutes for Robotic | | 72 | | | |
| Reduction in LOS for Robotic | | | -4 | | |
| Difference in PPR | | | | -2.9% | |
| Difference in PCC AE Ratio | | | | | 0.1 |
| **Prostatectomy** | | | | | |
| Robotic | 312 | 194 | 2.2 | 3.4% | 0.8 |
| Non-Robotic | 88 | 147 | 3.3 | 6.0% | 1.8 |
| % Robotic | 78% | | | | |
| Ave Extra Minutes for Robotic | | 48 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | -2.6% | |
| Difference in PCC AE Ratio | | | | | -1.1 |
| **Colon Resection** | | | | | |
| Robotic | 1 | 376 | 4.8 | 0.0% | 0.0 |
| Non-Robotic | 549 | 187 | 8.4 | 9.6% | 0.8 |
| % Robotic | 0% | | | | |
| Ave Extra Minutes for Robotic | | 189 | | | |
| Reduction in LOS for Robotic | | | -3.6 | | |
| **Right Colectomy** | | | | | |
| Robotic | 0 | 156 | 6.3 | 4.7% | 0.5 |
| Non-Robotic | 294 | | | | |
| **Rectal Resection** | | | | | |
| Robotic | 5 | 391 | 4.7 | 0.0% | 0.0 |
| Non-Robotic | 91 | 245 | 6.0 | 15.3% | 0.5 |
| % Robotic | 5% | | | | |
| Ave Extra Minutes for Robotic | | 145 | | | |
| Reduction in LOS for Robotic | | | -1.3 | | |

PH 1102713 Rev E 12/2014





Confidential

Intuitive-00033838

3-SER-617



### Allina Hospitals & Clinics
### Estimated Procedure Volume by Modality Over Time

**Hysterectomy (Benign & Malignant)**

|                     | 2005  | 2009 | 2014  |
|---------------------|-------|------|-------|
| Est. % Open Rate    | 61%   | 41%  | 9%    |
| da Vinci            | -     | 343  | 1,056 |
| Vaginal             | 339   | 337  | 63    |
| Lap                 | 542   | 570  | 710   |
| Open                | 1,393 | 855  | 188   |

**da Vinci Volume (Jan-Nov'16)**    609

- DA VINCI
- VAGINAL
- LAP
- OPEN

Source: Truven Health Analytics (procedure estimates may not include those from cash-pay patients);
da Vinci volume from Intuitive Surgical (data on file)

Confidential

**Trial Ex. No. 1323, Pg. 26 of 59**

Intuitive-00033839

**3-SER-618**







**United Hospital (Allina Hospitals & Clinics)**
**Estimated Procedure Volume by Modality Over Time**

Hysterectomy
(Benign & Malignant)

|  | 2005 | 2009 | 2014 |
|---|---|---|---|
| Est. % Open Rate | 67% | 48% | 0% |
| Lap | 1 |  |  |
| da Vinci | - | 127 | 413 |
| Vaginal | 22 | 26 | - |
| Lap | 174 | 174 | 174 |
| Open | 401 | 300 | - |
| **da Vinci Volume (Jan-Nov'16)** | 274 |  |  |

- DA VINCI
- VAGINAL
- LAP
- OPEN

Source: Truven Health Analytics (procedure estimates may not include those from cash-pay patients);
da Vinci volume from Intuitive Surgical (data on file)

Confidential

Intuitive-00033842
**3-SER-621**

**Mercy Hospital (Allina Hospitals & Clinics)**
**Estimated Procedure Volume and Open/MIS Mix**

| Mercy | Case Volume | AVE Patient OR Minutes | LOS | PPR | PPC AE Ratio |
|---|---|---|---|---|---|
| | 2012-16 | 2012-16 | 2012-16 | 2012-16 | 2012-16 |
| **Hysterectomy** | | | | | |
| Robotic | 1489 | 152 | 1.1 | 3.6% | 0.6 |
| Non-Robotic | 1291 | 136 | 1.9 | 3.3% | 0.6 |
| % of cases Robotic | 54% | | | | |
| Extra Minutes for Robotic | | 16 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | 0.3% | |
| Difference in PCC AE Ratio | | | | | 0.0 |
| **Thoracic** | | | | | |
| Robotic | 293 | 185 | 4.9 | 6.3% | 1.1 |
| Non-Robotic | 276 | 113 | 8.7 | 9.2% | 1.0 |
| % Robotic | 51% | | | | |
| Ave Extra Minutes for Robotic | | 72 | | | |
| Reduction in LOS for Robotic | | | -4 | | |
| Difference in PPR | | | | -2.9% | |
| Difference in PCC AE Ratio | | | | | 0.1 |
| **Prostatectomy** | | | | | |
| Robotic | 312 | 194 | 2.2 | 3.4% | 0.8 |
| Non-Robotic | 88 | 147 | 3.3 | 6.0% | 1.8 |
| % Robotic | 78% | | | | |
| Ave Extra Minutes for Robotic | | 48 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | -2.6% | |
| Difference in PCC AE Ratio | | | | | -1.1 |
| **Colon Resection** | | | | | |
| Robotic | 1 | 376 | 4.8 | 0.0% | 0.0 |
| Non-Robotic | 549 | 187 | 8.4 | 9.6% | 0.8 |
| % Robotic | 0% | | | | |
| Ave Extra Minutes for Robotic | | 189 | | | |
| Reduction in LOS for Robotic | | | -3.6 | | |
| **Right Colectomy** | | | | | |
| Robotic | 0 | | | | |
| Non-Robotic | 294 | 156 | 6.3 | 4.7% | 0.5 |
| **Rectal Resection** | | | | | |
| Robotic | 5 | 391 | 4.7 | 0.0% | 0.0 |
| Non-Robotic | 91 | 245 | 6.0 | 15.3% | 0.5 |
| % Robotic | 5% | | | | |
| Ave Extra Minutes for Robotic | | 145 | | | |
| Reduction in LOS for Robotic | | | -1.3 | | |

PH 11582713 Rev E 12/2014





Lung Cancer Treatment at Allina Health

Historical Perspective

Confidential

Intuitive-00033845

3-SER-624

## Mercy Hospital (Allina Hospitals & Clinics)
## Estimated Procedure Volume and Open/MIS Mix

| Thoracoscopy/Thoracotomy | 2009 | 2014 |
|---|---|---|
| ROBOTIC ASSISTED THORACOSCOPY | | 49 |
| ROBOTIC ASSISTED THORACOSCOPY BILATERAL | | 1 |
| THORACOSCOPY | 45 | 39 |
| THORACOSCOPY CONVERTED THOROCOTAMY | 2 | |
| THORACOSCOPY WITH LUNG WEDGE RESECTION | | 1 |
| THORACOTOMY | 43 | 24 |
| THORASCOPIC DECORTICATION | | 6 |
| | 90 | 120 |
| % of Thoracic Work Completed with Open Thoracotomy | 47.8% | 20.0% |

*Mercy Hospital Data – Surgery Dashboard*

PH-10187 13 Rev E 12/2014

## Mercy Hospital (Allina Hospitals & Clinics)
## Estimated Procedure Volume and Open/MIS Mix

| Mercy | Case Volume | AVE Patient OR Minutes | LOS | PPR | PPC AE Ratio |
|---|---|---|---|---|---|
| | 2012-16 | 2012-16 | 2012-16 | 2012-16 | 2012-16 |
| **Hysterectomy** | | | | | |
| Robotic | 1489 | 152 | 1.1 | 3.6% | 0.6 |
| Non-Robotic | 1291 | 136 | 1.9 | 3.3% | 0.6 |
| % of cases Robotic | 54% | | | | |
| Extra Minutes for Robotic | | 16 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | 0.3% | |
| Difference in PCC AE Ratio | | | | | 0.0 |
| **Thoracic** | | | | | |
| Robotic | 293 | 185 | 4.9 | 6.3% | 1.1 |
| Non-Robotic | 276 | 113 | 8.7 | 9.2% | 1.0 |
| % Robotic | 51% | | | | |
| Ave Extra Minutes for Robotic | | 72 | | | |
| Reduction in LOS for Robotic | | | -4 | | |
| Difference in PPR | | | | -2.9% | |
| Difference in PCC AE Ratio | | | | | 0.1 |
| **Cholecystectomy** | | | | | |
| Robotic | 312 | 194 | 2.2 | 3.4% | 0.8 |
| Non-Robotic | 88 | 147 | 3.3 | 6.0% | 1.8 |
| % Robotic | 78% | | | | |
| Ave Extra Minutes for Robotic | | 48 | | | |
| Reduction in LOS for Robotic | | | -1 | | |
| Difference in PPR | | | | -2.6% | |
| Difference in PCC AE Ratio | | | | | -1.1 |
| **Colon Resection** | | | | | |
| Robotic | 1 | 376 | 4.8 | 0.0% | 0.0 |
| Non-Robotic | 549 | 187 | 8.4 | 9.6% | 0.8 |
| % Robotic | 0% | | | | |
| Ave Extra Minutes for Robotic | | 189 | | | |
| Reduction in LOS for Robotic | | | -3.6 | | |
| **Right Colectomy** | | | | | |
| Robotic | 0 | | | | |
| Non-Robotic | 294 | 156 | 6.3 | 4.7% | 0.5 |
| **Rectal Resection** | | | | | |
| Robotic | 5 | 391 | 4.7 | 0.0% | 0.0 |
| Non-Robotic | 91 | 245 | 6.0 | 15.3% | 0.5 |
| % Robotic | 5% | | | | |
| Ave Extra Minutes for Robotic | | 145 | | | |
| Reduction in LOS for Robotic | | | -1.3 | | |

PN I1023713 Rev E 12/2016

Confidential
Intuitive-00033847

**3-SER-626**



(183 of 246), Page 183 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 183 of 246
Case 3:21-cv-03496-AMO   Document 466-84   Filed 02/07/25   Page 36 of 59

## Checking in…

- Prior to robotic surgery availability in 2008, open surgery was the standard at Allina for Hyst, Prostate and Lobe procedures (despite lap/VATS innovation for 20+ years)

- Allina has seen a transition from Open to MIS in Prostatectomy, Hysterectomy and Lobectomy (at Mercy) since launching a da Vinci program

- Published data and national claims data analysis suggests that MIS is superior to lap both clinically *and* economically

- Mercy data suggests the same trend toward superior outcomes and economic impact with da Vinci, especially with regard to LOS

*Has the Shift from Open to MIS through da Vinci adoption been a good thing for Allina? For Patients?*

Purpose of slide:
Define a framework for value equation.

Statement:
I'd like to review the core elements of a value equation that applies to any service line.
First is clinical/quality over cost. They represent 2 sides of the same coin. Not only is health care reform moving towards a payment system based on quality over cost, but enhanced quality can impact cost to treat.
At the same time, there are likely strategic reasons for investing or reinvesting in a da Vinci surgery service line. Much of this value can be driven by clinical value and also can have a direct impact on the economics of a program.

Probes:
"Does this value equation resonate with your practice or hospital?"
"How have you defined success, clinically, economically and strategically for your da Vinci surgery service line?"

Intuitive-00033849

**3-SER-628**



Purpose of slide:
Pose the question, "Where do you believe the adoption of da Vinci Surgery will be in emerging clinical interest service lines like colon, rectal, ventral hernia and lobectomy?"

Statements:
Let's turn our attention to a few other procedures that are at the early stage of clinical interest.
Colon Cancer (~67% YoY growth), Rectal (~12% YoY growth), Inguinal and Ventral Hernia Repair (~161% YoY growth), AND Lobectomy (>18% YoY growth) among the fastest growing da Vinci procedures, both of which are performed predominately open. Based on the value demonstrated in prostate and hysterectomy, where do you believe we will be in 2-3 years in these new service lines?
Despite offering a less invasive approach, conventional MIS in these emerging markets has exhibited minimal growth over the years while open surgery remains the dominant approach and result for patients.
These procedures, along with many others in general surgery represent in aggregate hundreds of thousands of patients that have the opportunity to receive the benefits of da Vinci surgery.

Probes:
"In what other surgical procedures, that are primarily done open, do you think the da Vinci System will make an impact?"

Data Source:
4. ISI internal estimates based on Q1 2008 through Q3 2015 national Premier database. Analysis and data, including ICD-9 codes, are on file at Intuitive Surgical. Data and conclusions should be considered preliminary unless published in a peer-reviewed journal. NOTE: procedure adoption numbers for 2015 include Q3 2015 only.
Note: Rectal Resection and Colon Resection market share numbers include only cancer procedures. Ventral Hernia Repair market share numbers include only primary procedures.

Confidential

Intuitive-00033850

3-SER-629



Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for colon resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database study, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Yen-Yi Juo study that was based on the U.S. Nationwide Inpatient Sample database and examined outcomes and costs before and after propensity score matching across the 3 surgical approaches. This study involved a sample of U.S. hospital discharges from 2008 to 2010 and all patients 21 years of age or older who underwent elective colectomy.

Data Sources
8. Juo YY, et al. Is Minimally Invasive Colon Resection Better Than Traditional Approaches? First Comprehensive National Examination With Propensity ScoreMatching. JAMA Surg.2014 ;149(2):177-184 doi:10.1001/jamasurg.2013.3660 NOTE: Outcomes comparisons were made among unmatched  patient populations
* Complications: Based on blended rate for Colon Resection DRG; $15,901 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG



Purpose of slide:
This slide gives a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for rectal resection procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on a national database studies, the impact of the total cost to treat patients can represent significant cost savings to hospitals. Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on:
Speicher PJ study based on the national cancer database examining short-term outcomes and pathologic surrogates of oncologic results among patients undergoing robotic versus laparoscopic low anterior resection for rectal cancer. A total of 6403 patients met inclusion criteria.
Muhammad Salman study utilizing weighted Healthcare Cost and Utilization Project Nationwide Inpatient Sample data (2008, 2009) to identify the top 12 procedures for robotic general surgery.

Data Sources
9. Fleshman J, Branda M, Sargent D. Effect of Laparoscopic-Assisted Resection vs Open Resection of Stage II or III Rectal Cancer on Pathologic Outcomes. The ACOSOG Z6051 Randomized Clinical Trial. JAMA. 2015;314(13):1346-1355. doi:10.1001/jama.2015.10529
10. Speicher PJ, et al. Robotic Low Anterior Resection for Rectal Cancer: A National Perspective on Short-term Oncologic Outcomes. Ann Surg. 2014 Nov
11. Midura EF, et al. The effect of surgical approach on short-term oncologic outcomes in rectal cancer surgery. Surgery. 2015 Aug;158(2):453-9. doi: 10.1016/j.surg.2015.02.020.
* Complications: Based on blended rate for Rectal Cancer DRG; $12,910 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG



Purpose of slide:
Give a comprehensive view of what a da Vinci surgery vs. Open vs. Laparoscopy cost offset could look like for ventral hernia procedures.

Statements:
Overall, you can see that when you look beyond supply costs and consider the potential improvement in outcomes based on published literature, the impact of the total cost to treat patients can represent significant cost savings to hospitals.
Please know, these costs may vary per hospital.  In the absence of robust hospital specific cost data, these reference costs may be used to assess the economic value of improved patient outcomes.
Clinical data is based on a Anthony Gonzalez study that includes a retrospective review of 134 laparoscopic ventral hernia repairs at a single institution. Each group (laparoscopic and robotic assisted) included 67 cases.

Data Sources:
12. Gonzalez A,  et al. Laparoscopic ventral hernia  repair with primary closure vs. no primary closure:  the benefit of robotic technology. Int J Med Robotics Comput Assist Surg (2014).  Published online  in Wiley Online  Library (wileyonlinelibrary.com) DOI:10.1002/rcs.1605
* Complications: Based on a blended rate for Ventral Hernia DRG; $5,278 (2016 CM6 Inpatient Facility Reimbursement); Overall complications calculation based on 0.5 x DRG

Intuitive-00033853

3-SER-632



Purpose of slide:
Highlight a comparative analysis of a da Vinci surgery vs. Laparoscopy for inguinal hernia, and suggest they have comparable clinical outcomes.

Statements:
The early evidence supports da Vinci surgery providing comparable outcomes relative to laparoscopy and open surgery.
The data highlighted here is based on an internal analysis of the Premier database from 2011-2015 that is specific to unilateral inguinal hernias. It should be noted that this is not a case-matched analysis due to the limited number of inguinal hernia patients that can be matched in the Premier database. As we gather more data, we will continue to validate the clinical value.
As you will see, da Vinci surgery overall is associated with comparable clinical outcomes, with respect to transfusions and complications.
With respect to conversions from MIS to open, da Vinci surgery is shown to have a lower rate than that of laparoscopy. Avoiding a conversion is not only important to a patient, but could have ancillary benefits such as length of stay, infection risk, etc.
Lastly, da Vinci surgery is associated with a higher operative time (wheels in to wheels out) although it is difficult to control for surgeons going through their learning curve in the Premier data set.

Source:
14. Kimberly E. Waite, Comparison of robotic versus laparoscopic transabdominal preperitoneal (TAPP) inguinal hernia repair, J Robotic Surg DOI 10.1007/s11701-016-0580-1

Optimize Instruments and Accessories Cost
Ventral Hernia Repair[15]

| Instrument | da Vinci®[15] (5 mm) | Laparoscopic[15] (1.5 tackers) | Open |
|---|---|---|---|
| Total (excluding mesh cost) | $1,107 | $1,800 | $1,185 |
| Tacker | — | $1,050 | $700 |
| Pain Pump | — | — | $365 |
| Drapes | $200 | — | — |
| Trocars (x 3 or 4) | $80 | $150 | — |
| Harmonic | — | $480 | — |
| Monopolar or Lap Tray | — | $120 | $120 |
| 5 mm Monopolar | $227 | — | — |
| 5 mm Bowel Grasper | $200 | — | — |
| 5 mm Needle Driver (2) | $400 | — | — |

[15]Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. The data presented here reflect a single institution experience. The results may or may not be reproducible and are not generalizable.

Purpose of slide:
Use this slide to correct the misperception that da Vinci I&A costs are far higher than typical laparoscopic supply costs.

Statements:
There is often a misperception that da Vinci Surgery supply costs are significantly more expensive than those of laparoscopy. When we consider the reposable nature of da Vinci instruments (relative to disposable lap instruments) along with common instrument and accessories for both modalities, we find that the cost of da Vinci supplies is relatively in line or less than those of lap and open.
In this example, you will find that the elimination of certain instruments such as tackers in robotic ventral hernia repairs can have significant cost reduction implications.

Probes:
Did you know that the instrument and accessory costs for da Vinci for Ventral Hernia are more or less in-line with open and less than laparoscopic instrument and accessory costs?
Whatever the differences in supplies costs, in the scenario in which da Vinci surgery represents an increase in supply cost, it is important to evaluate value comprehensively vs. outcomes...do you agree?
Does da Vinci surgery offer a potential strategic revenue advantage; for example, a better payer mix?

Data Source:
15. Financial data provided by Wilkes-Barre General Hospital, Wilkes-Barre, PA. Data and conclusions presented should be considered preliminary unless published in a peer-reviewed journal. This data presentation should be considered as informational only and is not conclusive.

Intuitive-00033855
3-SER-634



Confidential

Intuitive-00033856

3-SER-635



Confidential

Intuitive-00033857
3-SER-636





**United Hospital (Allina Hospitals & Clinics)**
**Estimated Procedure Volume and Open/MIS Mix**

| Colorectal | Thoracic | Ventral Hernia | Inguinal Hernia |
|---|---|---|---|

Colorectal — 2014: 225, 71%; 0%; 94, 29%

Thoracic — 2014: 63, 53%; 56, 47%; -, 0%

Ventral Hernia — 2014: 146, 67%; 24, 11%; 49, 22%

Inguinal Hernia — 2014: 269, 79%; 12, 3%; 61, 18%

● DA VINCI
● LAP / VATS
● OPEN

**da Vinci Volume (Q414-Q315)**

| 68 | 0 | 36 | 212 |
|---|---|---|---|

Source: Open and Lap/VATS estimates: IMS Health, 2014 ; procedure estimates may not include those from cash-pay patients.
da Vinci® surgery procedure volumes: Intuitive Surgical (data on file)

Confidential

Intuitive-00033859
**3-SER-638**





Intuitive-00033861

3-SER-640

# Metro Area - West of the River



## Market Size: Procedure Vol (all modality)

| | | Colorectal 2,647 | Thoracic 864 | Inguinal 3,841 | Ventral 1,720 | HystB 1,687 |
|---|---|---|---|---|---|---|
| | | Est % Share Colorectal | Est % Share Thoracic | Est % Share Inguinal | Est % Share Ventral | Est % Share HystB |
| Abbott Northwestern Hospital | 55407 | 18% | 18% | 14% | 18% | 16% |
| University of Minnesota Medical Center-Fairview E... | 55454 | 18% | 19% | 3% | 9% | 5% |
| Mercy Hospital | 55433 | 11% | 17% | 15% | 12% | 10% |
| Fairview Southdale Hospital | 55435 | 11% | 15% | 15% | 13% | 14% |
| Methodist Hospital | 55426 | 10% | 12% | 10% | 9% | 15% |
| North Memorial Health Care | 55422 | 9% | 10% | 10% | 9% | 9% |
| Fairview Ridges Hospital | 55337 | 6% | 0% | 12% | 8% | 6% |
| Unity Hospital | 55432 | 4% | 1% | 4% | 4% | 6% |
| HENNEPIN COUNTY MEDICAL CENTER | 55415 | 4% | 2% | 1% | 4% | 3% |
| Minneapolis VA Health Care System | 55417 | 3% | 7% | 0% | 0% | 0% |
| Ridgeview Medical Center | 55387 | 2% | 0% | 2% | 2% | 6% |
| Maple Grove Hospital | 55369 | 2% | 0% | 11% | 9% | 10% |
| ST FRANCIS REGIONAL MEDICAL CENTER | 55379 | 2% | 0% | 5% | 4% | 1% |

*Assume ~1% market shift*                                                                                          **Total**

| | Colorectal | Thoracic | Inguinal | Ventral | HystB | Total |
|---|---|---|---|---|---|---|
| **~Incremental Patients =** | 26 | 9 | 38 | 17 | 17 | 107 |
| **Reimbursement/Patient =** | ~ $23K | ~$19K | ~$1K | ~$14K | ~$5K | |
| **Incremental Revenue =** | ~ $598K | ~$171K | ~$38K | ~$238K | ~$85k | **~$1.3M** |

# Metro Area – East of the River



**Market Size: Procedure Vol** (all modality)

| | | Colorectal 973 | Thoracic 239 | Inguinal 1,683 | Ventral 893 | HystB 847 |
|---|---|---|---|---|---|---|
| | | Est %Share Colorectal | Est %Share Thoracic | Est %Share Inguinal | Est %Share Ventral | Est %Share HystB |
| United Hospital | 55102 | 29% | 49% | 20% | 25% | 36% |
| St. John's Hospital | 55109 | 23% | 8% | 7% | 9% | 32% |
| Regions Hospital | 55101 | 17% | 20% | 8% | 12% | 10% |
| ST JOSEPH'S HOSPITAL | 55102 | 11% | 17% | 3% | 8% | 1% |
| HEALTHEAST WOODWINDS HOSPITAL | 55125 | 6% | 1% | 11% | 9% | 7% |
| LAKEVIEW MEMORIAL HOSPITAL | 55082 | 4% | 3% | 13% | 7% | 5% |
| FAIRVIEW LAKES MEDICAL CENTER | 55092 | 4% | 0% | 11% | 7% | 7% |
| HUDSON HOSPITAL | 54016 | 2% | 0% | 5% | 5% | 1% |
| REGINA MEDICAL CENTER | 55033 | 2% | 0% | 11% | 5% | 0% |
| GILLETTE CHILDRENS SPECIALTY HOSPITAL | 55101 | 1% | 1% | 10% | 12% | 0% |
| HEALTHEAST BETHESDA HOSPITAL | 55103 | 0% | 0% | 0% | 0% | 0% |

*Assume ~1% market shift*                                                                         **Total**

**~Incremental Patients =**        9          2          16          9          8          **107**

**Reimbursement/Patient =**   ~ $23K    ~$19K    ~$1K    ~$14K    ~$5K

**Incremental Revenue =**   ~ $598K   ~$171K   ~$38K   ~$238K   ~$85k          ~$427K

PN: 10327-1 Rev E 12/2014

Confidential

Intuitive-00033863

3-SER-642







# Intuitive Resources

- **Surgeon Training and Proctoring Resources**

- **Executive Education / Engagement**
  - Executive Session
  - VIP Program

- **Data Organization / Formatting**



Confidential

Intuitive-00033868

3-SER-647

# Allina Health

Estimated Average I&A Cost per Case:

| Procedure Subject | Abbott Northwestern Hospital 2016 Q3 | 2016 Q4 | Mercy Hospital 2016 Q3 | 2016 Q4 | United Hospital 2016 Q3 | 2016 Q4 | Unity Hospital 2016 Q3 | 2016 Q4 |
|---|---|---|---|---|---|---|---|---|
| dVH - Benign | $1,402 | $1,441 | $1,525 | $1,520 | $1,226 | $1,293 | | |
| dVH - Malignant | $1,409 | $1,403 | $1,301 | $1,273 | $1,347 | $1,306 | | |
| Inguinal Hernia | $1,205 | $1,445 | | | $1,665 | $1,315 | | |
| dVP | $1,913 | $1,798 | $1,517 | $1,479 | $1,497 | $1,356 | | $1,403 |
| dVSC | $1,593 | $1,998 | $1,519 | $1,524 | $1,507 | $1,528 | $1,280 | $1,708 |
| Rectal Resection | $1,623 | $1,709 | $1,865 | $1,400 | $2,245 | $1,995 | | |
| Foregut | $1,377 | $1,167 | | | $970 | $1,266 | | |
| Ventral Hernia | $1,341 | $1,284 | | | $1,217 | $1,073 | | |
| Colon Resection | $1,838 | $2,032 | $1,970 | | $1,447 | $1,814 | | |
| Cholecystectomy | $1,174 | | | | $902 | $941 | | |
| Oophorectomy | | $1,262 | $990 | $1,210 | $1,179 | $1,195 | | |
| dVL | | | $1,095 | $1,141 | $895 | | | |
| dVPN | $1,723 | $1,773 | $1,300 | $1,396 | $1,473 | $1,740 | | |
| Other GYN | | $1,263 | $1,023 | $930 | $1,217 | $1,390 | | |
| Other General Surgery | | $2,028 | | | $1,002 | $608 | | $1,148 |
| Other Thoracic | $909 | $977 | $1,122 | $1,086 | $1,330 | $1,321 | | |
| dVN | | | $1,076 | $1,053 | $1,207 | $1,302 | | |
| Pyeloplasty | $1,590 | $1,400 | $1,615 | | | | | |
| dVMyo | $1,590 | $1,747 | $1,320 | $1,594 | $1,310 | | | |
| Other Urology | $1,350 | | $1,336 | | $1,260 | | | $970 |
| dVER | | | $880 | $1,210 | | | | |
| Ovarian Cystectomy | $1,110 | | $1,106 | | | | | |
| dVC | $1,825 | | | | $970 | | | |
| Gastrectomy | | | | | | $3,615 | | |
| dVTORS - Malignant | $710 | | | | | | | |

| US Estimated Average I&A Cost per Case 2016 Q4 & 2017 Q1 | |
|---|---|
| dVH - Benign | $1,367 |
| dVH - Malignant | $1,301 |
| Inguinal Hernia | $1,158 |
| dVP | $1,578 |
| dVSC | $1,574 |
| Rectal Resection | $1,681 |
| Foregut | $1,579 |
| Ventral Hernia | $1,211 |
| Colon Resection | $2,126 |
| Cholecystectomy | $1,003 |
| Oophorectomy | $1,087 |
| dVL | $1,620 |
| dVPN | $1,262 |
| Other GYN | $1,137 |
| Other General Surgery | $1,548 |
| Other Thoracic | $1,326 |
| dVN | $1,267 |
| Pyeloplasty | $1,271 |
| dVMyo | $1,349 |
| Other Urology | $1,370 |
| dVER | $1,690 |
| Ovarian Cystectomy | $1,068 |
| dVC | $1,570 |
| Gastrectomy | $1,495 |
| dVTORS - Malignant | $730 |

da Vinci Surgery

# Allina Health

**Estimated Average I&A Cost per Case:**

| Procedure Subject | Abbott Northwestern Hospital 2016 Q3 | Abbott Northwestern Hospital 2016 Q4 | Mercy Hospital 2016 Q3 | Mercy Hospital 2016 Q4 | United Hospital 2016 Q3 | United Hospital 2016 Q4 | Unity Hospital 2016 Q3 | Unity Hospital 2016 Q4 |
|---|---|---|---|---|---|---|---|---|
| dV4 - Benign | $1,402 | $1,441 | $1,525 | $1,526 | $1,226 | $1,293 | | |
| dV4 - Malignant | $1,430 | $1,403 | $1,301 | $1,273 | $1,347 | $1,308 | | |
| Inguinal Hernia | $1,355 | $1,445 | | | $1,568 | $1,315 | | |
| dVP | $1,513 | $1,768 | $1,517 | $1,475 | $1,497 | $1,306 | | $1,453 |
| dVSC | $1,563 | $1,666 | $1,559 | $1,524 | $1,567 | $1,528 | $1,286 | $1,706 |
| Rectal Resection | $1,623 | $1,706 | $1,865 | $1,400 | $2,040 | $1,995 | | |
| Foregut | $1,377 | $1,107 | | $870 | $1,266 | | | |
| Ventral Hernia | $1,541 | $1,264 | | | $1,217 | $1,073 | | |
| Colon Resection | $1,638 | $2,032 | $1,070 | | $1,447 | $1,814 | | |
| Cholecystectomy | $1,074 | | | | $902 | $841 | | |
| Oophorectomy | | $1,262 | $990 | $1,210 | $1,176 | $1,195 | | |
| dVL | | | $1,095 | $1,141 | | $935 | | |
| dVPN | $1,733 | $1,773 | $1,300 | $1,306 | $1,473 | $1,746 | | |
| Other GYN | | $1,263 | $1,023 | $950 | $1,217 | $1,360 | | |
| Other General Surgery | | $2,028 | | | $1,002 | $630 | | $1,148 |
| Other Thoracic | $906 | $977 | $1,122 | $1,086 | $1,330 | $1,321 | | |
| dVN | | | $1,075 | $1,053 | $1,207 | $1,302 | | |
| Pyeloplasty | $1,590 | $1,405 | $1,615 | | | | | |
| dVMyo | $1,880 | $1,747 | $1,320 | $1,554 | $1,310 | | | |
| Other Urology | $1,550 | | $1,330 | | $1,260 | | | $870 |
| dVER | | | $880 | $1,210 | | | | |
| Ovarian Cystectomy | $1,110 | | $1,100 | | | | | |
| dVC | $1,825 | | | | $870 | | | |
| Gastrectomy | | | | | | $2,410 | | |
| dVTORS - Malignant | $710 | | | | | | | |

**US Estimated Average I&A Cost per Case 2016 Q4 & 2017 Q1**

| Procedure Subject | US Estimated Average I&A Cost per Case |
|---|---|
| dV4 - Benign | $1,367 |
| dV4 - Malignant | $1,301 |
| Inguinal Hernia | $1,158 |
| dVP | $1,578 |
| dVSC | $1,574 |
| Rectal Resection | $1,681 |
| Foregut | $1,579 |
| Ventral Hernia | $1,211 |
| Colon Resection | $2,126 |
| Cholecystectomy | $1,033 |
| Oophorectomy | $1,097 |
| dVL | $1,620 |
| dVPN | $1,262 |
| Other GYN | $1,127 |
| Other General Surgery | $1,548 |
| Other Thoracic | $1,326 |
| dVN | $1,267 |
| Pyeloplasty | $1,271 |
| dVMyo | $1,349 |
| Other Urology | $1,338 |
| dVER | $1,690 |
| Ovarian Cystectomy | $1,068 |
| dVC | $1,570 |
| Gastrectomy | $1,495 |
| dVTORS - Malignant | $739 |

*da Vinci Surgery*

# Document Produced in Native Format

# Document Produced in Native Format

| | |
|---|---|
| **From:** | Brian Runman [Brian.Runman@intusurg.com] |
| **Sent:** | 7/9/2019 5:38:17 PM |
| **To:** | Josh Lowe [Josh.Lowe@intusurg.com]; Brett Hauer [Brett.Hauer@intusurg.com]; Kyle Schroeder [Kyle.Schroeder@intusurg.com]; Rick Brosseau [Rick.brosseau@intusurg.com]; Chad Fritz [Chad.Fritz@intusurg.com] |
| **CC:** | Zachery Bellus [Zachery.bellus@intusurg.com]; Emily Voigt [Emily.Voigt@intusurg.com]; Casey Latchem [Casey.Latchem@intusurg.com]; Lindsey Otradovec [Lindsey.Otradovec@intusurg.com] |
| **Subject:** | FW: Essentia Brainerd - QTI |
| **Attachments:** | QTI Brainerd 7.9.2019.pptx; QTI Brainerd 7.9.2019.pdf |

Wow. Fantastic work!! This is best in class, Chad.

Please share this beyond this small list so we can scale it everywhere!

Copying in a few MDPs that are working on a QTI project as we speak.

Great job Alex and Chad!!

BR

_____

**From:** Alexander Koich <Alexander.koich@intusurg.com>
**Sent:** Tuesday, July 9, 2019 5:29 PM
**To:** Josh Lowe <Josh.Lowe@intusurg.com>; Brett Hauer <Brett.Hauer@intusurg.com>; Kyle Schroeder <Kyle.Schroeder@intusurg.com>; Rick Brosseau <Rick.brosseau@intusurg.com>
**Cc:** Brian Runman <Brian.Runman@intusurg.com>; Matt Pete <Matt.Pete@intusurg.com>
**Subject:** Essentia Brainerd - QTI

All,

Attached you'll find the updated QTI for Essentia St. Joseph's (Brainerd). I couldn't wait to share this with all of you! This is best in class work done by a best of class CTA. Chad's work is going to have a huge impact on this entire IDN! $155k potential cost avoidance annually vs. open colectomy. Not to mention, this is just a sample size as the data collection is ongoing. Work still to be done in hernia but we're trending positively as they get passed their learning curve. It all culminated into a "wow" moment for Dr. Duininck as he presented this to him last week. I'm very proud of the work here Chad! Now if I can only find a way to make a PowerPoint look as good as yours.... or my hair..

We'll be presenting this to the whole Essentia crew very soon!


QTI Brainerd
7.9.2019.pptx


QTI Brainerd
7.9.2019.pdf

Regards,
Alex

Alex Koich
daVinci Clinical Sales Associate – Northern Minnesota

Mobile: 1 651 403 0012
alexander.koich@intusurg.com

INTUITIVE

1020 Kifer Rd

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1325**

Case No. 3:21-cv-03496-AMO
Date Entered_____
By_____
Deputy Clerk

Sunnyvale, California
intuitive.com

Attorneys' Eyes Only

Intuitive-00038259

# Quantify the Impact (QTI):
## The clinical and economic value of da Vinci® robotic-assisted surgery

**Essentia Health**
General Surgery Program
St. Joseph Hospital  |  Brainerd, MN

July 2019

INTUITIVE.

Intuitive-00038260

3-SER-654

# Background Information

**Intent:** The intent of this presentation is to provide directional data and it should not be considered as a substitute for data from published clinical study(ies) or data from a comprehensive literature review for inclusion of all relevant outcomes. We encourage surgeons to review all available published materials in order to make an informed decision.

The data comparison shown here is not case-matched for patient complexity and/or disease status, unless otherwise indicated, and may not be comparable across these surgical modalities.

Individuals' outcomes may depend on a number of factors, including but not limited to patient characteristics, disease characteristics, and/or surgeon experience.

From a hospital perspective, clinical benefits may result in the potential cost savings discussed here; however, these clinical benefits and costs may vary per hospital, be higher or lower than mentioned during this presentation, and have not been published or peer–reviewed. The implementation of a da Vinci® robotic-assisted surgery (RAS) program is practice – and hospital–specific. Results may vary. Past customer experience does not imply any guarantee of results in practice or program success.

In order to provide benefit and risk information, Intuitive reviews the highest available level of evidence on representative procedures. Intuitive strives to provide a complete, fair and balanced view of the clinical literature. However, a quoted article may not be reflective of the broader literature and our materials should not be seen as a substitute for a comprehensive literature review for inclusion of all potential outcomes. We encourage patients and physicians to review the original publications and all available literature in order to make an informed decision. Clinical studies are available at pubmed.gov.

Cost estimates seen here have been independently generated by Intuitive using cost modeling methodology based on a systematic review of relevant peer-reviewed publications and/or national averages. This cost modeling methodology has not been published or peer-reviewed. Cost calculations include intraoperative instrument and accessory costs, if indicated. Costs related to da Vinci System acquisition, yearly service costs and other intraoperative and post-operative hospital costs are not included/considered, unless otherwise indicated.

When considering cost-effectiveness of an advanced technology like the da Vinci system, we recommend that hospitals perform a full cost-benefit analysis, considering not just the operating room costs but also the costs associated with hospital stays, procedure-related complications, and hospital re-admissions.

INTUITIVE.                                                PN: 1052066-US Rev A 10/2019    4

Attorneys' Eyes Only

Intuitive-00038261

**3-SER-655**







**Translating clinical outcomes into economics**

**Length Of Stay**[a]
(Per day)

**$1,475**
General ward

**$4,499**
ICU

**Blood Transfusions**[c]
(Per occurrence)

**$1,116**

**Conversions**[d]
(Per occurrence)

**$2,060**

**Surgical Site Infection**[e]
(Per occurrence)

**$22,333**

**Complications**[f]
(Per occurrence)

**1.2 x DRG**

**Readmissions**[g]
(Per occurrence)

**Varies by DRG**

Select Procedures:

$11,153
Prostatectomy

$14,728
Colon resection

$17,349
Lobectomy

References & Methodology

INTUITIVE.

PN 1065365-US Rev A 12/2018    5

## RAS Data Tracked to Date – **Essentia St. Joseph's Hospital**







**264 Cases**

**3 Surgeons**

**11 Years of Data**

Transverse Colon
Sigmoid
Right Colectomy
Inguinal Hernia
rTAPP
IPOM
Cholecystectomy
Nissen Fundoplication
Fistula Repair
Appendectomy
Low Anterior Resection

Dr. Duininck
Dr. Bengston
Dr. Hightower

Dating back from 2008, primarily from last 12 Months.

Data presented for robotic-assisted surgery reflect a single surgeon experience before and after da Vinci system training (data is not collected under formalized study, DATA IS NOT PEER REVIEWED AND NOT PUBLISHED) that may or may not be reproducible and is not generalizable.

INTUITIVE.

PN 1055265 US Rev A 12/2018    8







*Unilateral* Inguinal Hernia Repair

### ⚷ Key Takeaways ⚷

✓ **22 Unilateral Cases Total**
1. First half (11) Patients = AVG Skin to Skin Time was **94 Minutes**
2. Second half (11) Patients = AVG Skin to Skin Time was **71 Minutes**

✓ **Most recent 11 patients averaged 23 minutes Less OR time than first 11 patients, a reduction of 24%.**

INTUITIVE.

10

PN 1055285-US Rev A 12/2018





*Bilateral* Inguinal Hernia Repair

## Key Takeaways

✓ **14 Unilateral Cases Total**
1. First half (7) Patients = AVG Skin to Skin Time was **138 Minutes**
2. Second half (7) Patients = AVG Skin to Skin Time was **111 Minutes**

✓ **Most recent 7 patients averaged 27 minutes Less OR time than first 7 patients, a reduction of 20%.**

References & Methodology

INTUITIVE.

13
PN 1055265-US Rev A 12/2016

Attorneys' Eyes Only

Intuitive-00038272

3-SER-666



## National Data – *Console* Time Trends

### 50+ da Vinci IHRs

shows trend towards **shorter console time**[1]

Surgeons with 50+ IHRs have a per-procedure average console time of **64 minutes**[1]

- – 18% shorter than those with 10–49 cases, or
- – 14% shorter than those with 25–49 cases

Top 10%[2] have average console time of **54 minutes** after performing 50+ IHR cases

[1] Internal ISI data
[2] Top 10% of U.S. da Vinci surgeons with the shortest IHR console time

Data presented for robotic-assisted surgery is not collected under formalized study, DATA IS NOT PEER REVIEWED AND NOT PUBLISHED, and may or may not be reproducible and is not generalizable. As such, this data presentation should be considered as informational only and is not conclusive.

INTUITIVE.



**National Data –** Instrument *Cost* Trends

## 50+ da Vinci IHRs

shows trend towards **decreased per-procedure da Vinci surgical instrument costs**

Per-procedure average
da Vinci instrument costs of
surgeons who've performed
50+ da Vinci IHR procedures:
$1,105[1]

Per-procedure average suggests
lower da Vinci instrument costs
for top 10%[2] who've performed
50+ da Vinci IHR procedures:
$1,086

[1] Internal ISI data
[2] Top 10% of U.S. da Vinci surgeons with the lowest IHR per-procedure instrument costs

Data presented for robotic-assisted surgery is not collected under formalized study. DATA IS NOT PEER REVIEWED AND NOT PUBLISHED, and may or may not be reproducible and is not generalizable. As such, this data presentation should be considered as informational only and is not conclusive.

INTU°T°VE.





## Clinical Outcomes and Potential Cost Avoidance
### Colon Resection – Sigmoidectomy, Left Colectomy

**Colon Resection – Sigmoidectomy, Left Colectomy, Right Colectomy**

**⚷ Key Takeaways ⚷**

✓ **Patients go home 6.5 days sooner than open repair**

✓ **Mean OR time is slightly higher than Lap/Open (Total Room Time)**

✓ **40 extra OR minutes translates to Patients going home _one week_ sooner.**

✓ **1 patient out of 18 took opioids post op.**

✓ **$155k Cost Avoided _Annually_ vs. Open**

INTUITIVE.

18

PN 1055265-US Rev A 12/2018



(228 of 246), Page 228 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 228 of 246
Case 3:21-cv-03496-AMO   Document 466-85   Filed 02/07/25   Page 22 of 40

# Quantify the Impact (QTI):
## The clinical and economic value of da Vinci® robotic-assisted surgery

**Essentia Health**

General Surgery Program

St. Joseph Hospital  |  Brainerd, MN

July 2019

INTUİTIVE.

Attorneys' Eyes Only

Intuitive-00038279

# Background Information

**Intent: The intent of this presentation is to provide directional data and it should not be considered as a substitute for data from published clinical study(ies) or data from a comprehensive literature review for inclusion of all relevant outcomes. We encourage surgeons to review all available published materials in order to make an informed decision.**

The data comparison shown here is not case-matched for patient complexity and/or disease status, unless otherwise indicated, and may not be comparable across these surgical modalities.

Individuals' outcomes may depend on a number of factors, including but not limited to patient characteristics, disease characteristics, and/or surgeon experience.

From a hospital perspective, clinical benefits may result in the potential cost savings discussed here; however, these clinical benefits and costs may vary per hospital,  be higher or lower than mentioned during this presentation, and have not been published or peer- reviewed. The implementation of a da Vinci® robotic-assisted surgery (RAS) program is practice – and hospital–specific. Results may vary. Past customer experience does not imply any guarantee of results in practice or program success.

In order to provide benefit and risk information, Intuitive reviews the

highest available level of evidence on representative procedures. Intuitive strives to provide a complete, fair and balanced view of the clinical literature. However, a quoted article may not be reflective of the broader literature and our materials should not be seen as a substitute for a comprehensive literature review for inclusion of all potential outcomes. We encourage patients and physicians to review the original publications and all available literature in order to make an informed decision. Clinical studies are available at pubmed.gov.

Cost estimates seen here have been independently generated by Intuitive using cost modeling methodology based on a systematic review of relevant peer-reviewed publications and/or national averages. This cost modeling methodology has not been published or peer-reviewed. Cost calculations include intraoperative instrument and accessory costs, if indicated. Costs related to da Vinci System acquisition, yearly service costs and other intraoperative and post-operative hospital costs are not included/considered, unless otherwise indicated.

When considering cost-effectiveness of an advanced technology like the da Vinci system, we recommend that hospitals perform a full cost-benefit analysis, considering not just the operating room costs but also the costs associated with hospital stays, procedure-related complications, and hospital re-admissions.

Attorneys' Eyes Only

Intuitive-00038280

**Trial Ex. No. 1325, Pg. 23 of 40**

**3-SER-674**

# Comprehensive Cost of Care



**O.R. investment and costs**

Instrument and accessory costs

Capital costs

O.R. time costs

**Downstream costs**

Length of stay

ICU admission

Blood transfusions

Conversions

Complications

Surgical site infections (SSI)

Readmissions

**Variability related costs**

- Surgeon experience

- Patient comorbidities

- Delivery of care

INTUITIVE.

PN 1055365-US Rev A 12/2018    3

Attorneys' Eyes Only

Intuitive-00038281

(231 of 246), Page 231 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 231 of 246
Case 3:21-cv-03496-AMO    Document 466-85    Filed 02/07/25    Page 25 of 40

# Value-based incentives rooted in quality and cost

Hospital Quadruple Aim



Physician Quality Payments
(MIPS)



**Payment adjustments[1]**
reach -9% / +27% by 2022

MIPS: Merit-based Incentive Payment System
[1] Source: Advisory Board Company, MACRA: Operational Action Items from the Proposed Rule (based on CMS estimates)

HEALTHCARE TRENDS

INTUITIVE.

PN 1054488-US Rev A 12/2018    4

Attorneys' Eyes Only

Intuitive-00038282

# Translating clinical outcomes into economics



**Length Of Stay**[a]
(Per day)

**$1,475**
General ward

**$4,499**
ICU



**Blood Transfusions**[c]
(Per occurrence)

**$1,116**



**Conversions**[d]
(Per occurrence)

**$2,060**



**Surgical Site Infection**[e]
(Per occurrence)

**$22,333**



**Complications**[f]
(Per occurrence)

**1.2 x DRG**



**Readmissions**[g]
(Per occurrence)

**Varies by DRG**

Select Procedures:

$11,153
Prostatectomy

$14,728
Colon resection

$17,349
Lobectomy

References & Methodology

INTUITIVE.

PN 1055365-US Rev A 12/2018     5

Attorneys' Eyes Only

Intuitive-00038283

# RAS Data Tracked to Date – Essentia St. Joseph's Hospital



## 264 Cases

Transverse Colon
Sigmoid
Right Colectomy
Inguinal Hernia
rTAPP
IPOM
Cholecystectomy
Nissen Fundoplication
Fistula Repair
Appendectomy
Low Anterior Resection



## 3 Surgeons

Dr. Duininck
Dr. Bengston
Dr. Hightower



## 11 Years of Data

Dating back from 2008, primarily from last 12 Months.

Data presented for robotic-assisted surgery reflect a single surgeon experience before and after da Vinci system training (data is not collected under formalized study, DATA IS NOT PEER REVIEWED AND NOT PUBLISHED) that may or may not be reproducible and is not generalizable.

INTUITIVE.

PN 1055365-US Rev A 12/2018     6

Attorneys' Eyes Only

Intuitive-00038284

# Program Overview – Essentia St. Joseph's Hospital

✓ **802 Total Cases Performed Since 2008**

✓ **176 Cases in last 12 Months**

✓ **4 Robotic Surgeons**

✓ **2 Major Specialties**



**Quarterly Procedures by Business Category**

INTUITIVE.

PN 1055365-US Rev A 12/2018    7

Attorneys' Eyes Only

Intuitive-00038285

# Clinical Outcomes and Potential Cost Avoidance
## Inguinal Hernia Repair - Unilateral



■ Open (n=25192)
■ Lap (n=4563)
■ Da Vinci RAS (n=28)

Dr. Duininck, Dr. Hightower *
Unilateral Inguinal Hernia
da Vinci
2/6/18 - 1/21/19

|  | Length of Stay (mean days) | OR Room Time (mean min) | Conversions (%) | Narcotic Med Use (days) |
|---|---|---|---|---|
| Open | 0.3 | 59 | 4.0 | 9.0 |
| Lap | 0.2 | 59 | 0.0 | 5.0 |
| Da Vinci RAS | 0.0 | 97 |  | 1.6 |
| Cost | $1,475 (per bed day)a | $21 (per minute)b | $2,060 (per conversion)d |  |

**Estimated Cost Avoidance Per Procedure**
($467) vs. Open
($534) vs. Lap

**Estimated Total Cost Avoidance**
($13,080) vs. Open
($14,963) vs. Lap

*Dr. Duininck, Dr. Hightower provided da Vinci data for Unilateral Inguinal Hernia  2/6/18 - 1/21/19
Note: Comparisons were made among unmatched patient populations.
Reference: Khan, M, et al. (2013) Laparoscopic vs. Open Unilateral Inguinal Hernia Repairs: a NSQIP Analysis.
The Society for Surgery of the Alimentary Tract Abstract Presentation at the 54th Annual Meeting May, 2013.



Key Takeaways

AVG LOS

✓ Using _____ than in Open/Lap

✓ Back to Normal Activity in _____

Cost Avoidance _____ per case

INTUITIVE.

Attorneys' Eyes Only

8
PN 1055365-US Rev A 12/2018

Intuitive-00038286

3-SER-680

# Unilateral Inguinal Hernia Repair – YOUR Data



Unilateral Inguinal Hernia Surgery Times

INTUITIVE.

Attorneys' Eyes Only

9
PN 1055365-US Rev A 12/2018
Intuitive-00038287

## *Unilateral* Inguinal Hernia Repair

## ⌐○ Key Takeaways ○⌐

✓ **22 Unilateral Cases Total**
1. First half (11) Patients = AVG Skin to Skin Time was **94 Minutes**
2. Second half (11) Patients = AVG Skin to Skin Time was **71 Minutes**

✓ **Most recent 11 patients averaged 23 minutes Less OR time than first 11 patients, a reduction of 24%.**

INTUITIVE.

10
PN 1055365-US Rev A 12/2018

Attorneys' Eyes Only

Intuitive-00038288

# Clinical Outcomes and Potential Cost Avoidance
## Inguinal Hernia Repair - Bilateral



Open (n=2025)
Lap (n=2960)
Da Vinci RAS (n=5)

Dr. Duininck, Dr. Hightower *
Bilateral Inguinal Hernia
da Vinci
5/17/18-9/17/18

**Estimated Cost Avoidance Per Procedure**
($502) vs. Open
($952) vs. Lap

**Estimated Total Cost Avoidance**
($2,508) vs. Open
($4,761) vs. Lap

*Dr. Duininck, Dr. Hightower provided da Vinci data for Bilateral Inguinal Hernia  5/17/18-9/17/18
Note: Comparisons were made among unmatched patient populations.
Reference: Khan, M.et al. (2013). Laparoscopic vs. Open Bilateral Inguinal Hernia Repairs: a NSQIP Analysis.
The Society for Surgery of the Alimentary Tract Abstract Presentation at the 54th Annual Meeting May, 2013.



**Key Takeaways**

✓ All Outpatient

✓ Using Narcotics than in Open/Lap

Cost Avoidance *per case* vs. Lap

INTUITIVE.

Attorneys' Eyes Only

11
PN 1055365-US Rev A 12/2018

Intuitive-00038289

3-SER-683

# Bilateral Inguinal Hernia Repair – **YOUR** Data



Bilateral Inguinal Hernia Surgery Times

INTUITIVE.

Attorneys' Eyes Only

12
PN 1055365-US Rev A 12/2018
Intuitive-00038290

Trial Ex. No. 1325, Pg. 33 of 40

3-SER-684

# *Bilateral* Inguinal Hernia Repair

## ⌔ Key Takeaways ⌔

✓ **14 Unilateral Cases Total**
   1. First half (7) Patients = AVG Skin to Skin Time was **138 Minutes**
   2. Second half (7) Patients = AVG Skin to Skin Time was **111 Minutes**

✓ **Most recent 7 patients averaged 27 minutes Less OR time than first 7 patients, a reduction of 20%.**

INTUITIVE.

References & Methodology

13

PN 1055365-US Rev A 12/2018

**Attorneys' Eyes Only**

**Intuitive-00038291**

(241 of 246), Page 241 of 246

Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 241 of 246
Case 3:21-cv-03496-AMO    Document 466-85    Filed 02/07/25    Page 35 of 40

## National Data – *Console* Time Trends

# 50+ da Vinci IHRs

shows trend towards **shorter console time**[1]



Surgeons with 50+ IHRs have a per-procedure average console time of 64 minutes[1]

- – 18% shorter than those with 10–49 cases, or
- – 14% shorter than those with 25–49 cases

Top 10%[2] have average console time of 54 minutes after performing 50+ IHR cases

[1] Internal ISI data

[2] Top 10% of U.S. da Vinci surgeons with the shortest IHR console time

Data presented for robotic-assisted surgery is not collected under formalized study, DATA IS NOT PEER REVIEWED AND NOT PUBLISHED, and may or may not be reproducible and is not generalizable. As such, this data presentation should be considered as informational only and is not conclusive.

INTUITIVE.

Attorneys' Eyes Only

Intuitive-00038292

(242 of 246), Page 242 of 246
Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 242 of 246
Case 3:21-cv-03496-AMO    Document 466-85    Filed 02/07/25    Page 36 of 40

## National Data – Instrument *Cost* Trends

# 50+ da Vinci IHRs
shows trend towards **decreased per-procedure da Vinci surgical instrument costs**



Per-procedure average da Vinci instrument costs of surgeons who've performed 50+ da Vinci IHR procedures: $1,105[1]

Per-procedure average suggests lower da Vinci instrument costs for top 10%[2] who've performed 50+ da Vinci IHR procedures: $1,086

[1] Internal ISI data

[2] Top 10% of U.S. da Vinci surgeons with the lowest IHR per-procedure instrument costs

Data presented for robotic-assisted surgery is not collected under formalized study, DATA IS NOT PEER REVIEWED AND NOT PUBLISHED, and may or may not be reproducible and is not generalizable. As such, this data presentation should be considered as informational only and is not conclusive.

INTUITIVE.

Attorneys' Eyes Only

Intuitive-00038293

# Clinical Outcomes and Potential Cost Avoidance

Ventral Hernia Repair – Umbilical/Incisional



Length of Stay (mean days)   Conversions (%)   Narcotic Med Use (days)

Open (n=59139)
Lap (n=11915)
Da Vinci RAS (n=8)

Dr. Duininck. Dr. Hightower *
Ventral Hernia Repair
da Vinci
7/13/18-12/21/18

1.7   1.4   1.2

4.0   0.0

9.0   5.0   4.6

Cost   $1,475 (per bed day)a   $2,060 (per conversion)d

**Estimated Cost Avoidance Per Procedure**
$738  vs. Open
$377  vs. Lap

**Estimated Total Cost Avoidance**
$5,900  vs. Open
$3,019  vs. Lap

*Dr. Duininck. Dr. Hightower provided da Vinci data for Ventral Hernia Repair  7/13/18-12/21/18
Note: Comparisons were made among unmatched patient populations.
Reference: Mason RJ, et al. (2011) Ann Surg. doi: 10.1097/SLA.0b013e31823009e6.

## Key Takeaways

of Robotic patients went home same day

✓ Using Narcotics than in Open cases

Cost Avoidance *per case* vs. Lap & Open

INTUITIVE.

Attorneys' Eyes Only

16
PN 1055365-US Rev A 12/2018

Intuitive-00038294

(244 of 246), Page 244 of 246

Case: 25-1372  10/29/2025  DktEntry: 67.4  Page 244 of 246
Case 3:21-cv-03496-AMO    Document 466-85    Filed 02/07/25    Page 38 of 40

# Clinical Outcomes and Potential Cost Avoidance
## Colon Resection – Sigmoidectomy, Left Colectomy





Estimated Cost Avoidance Per Procedure
**$17,330** vs. Open
**$8,499** vs. Lap

Estimated Total Cost Avoidance
**$311,944** vs. Open
**$152,981** vs. Lap

*Duininck, Hightower provided da Vinci data for Colon Resection 6/17-6/19
Note: Comparisons were made among unmatched patient populations. †SSI rates are for Organ Space SSI only, while authors also reported Superficial SSI and Deep SSI.
Reference: Benlice C, et al. (2016) Int J Med Robot. doi: 10.1002/rcs.1783. Epub 2016 Oct 21.

References &
Methodology

INTUITIVE.

Attorneys' Eyes Only

3-SER-689

(245 of 246), Page 245 of 246

Case: 25-1372, 10/29/2025, DktEntry: 67.4, Page 245 of 246
Case 3:21-cv-03496-AMO    Document 466-85    Filed 02/07/25    Page 39 of 40

## Colon Resection – Sigmoidectomy, Left Colectomy, Right Colectomy

## 🔑 Key Takeaways 🔑

- ✓ **Patients go home 6.5 days sooner than open repair**

- ✓ **Mean OR time is slightly higher than Lap/Open (Total Room Time)**

- ✓ **40 extra OR minutes translates to Patients going home _one week_ sooner.**

- ✓ **1 patient out of 18 took opioids post op.**

- ✓ **$155k Cost Avoided _Annually_ vs. Open**

INTUITIVE.

Attorneys' Eyes Only

18
PN 1055365-US Rev A 12/2018
Intuitive-00038296



intuitive.com

Attorneys' Eyes Only

Intuitive-00038297