# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s):** 25-1372

**Case Name:** Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.

**Hearing Location (*city*):** San Francisco

**Your Name:** Kannon K. Shanmugam

List the sitting dates for the two sitting months you were asked to review:

May 18-22
June 8-12, 22-26

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

May 18-22 - Jury trial in Target Corp. et al. v. Visa Inc., et al., Civ. No. 13-3477 (S.D.N.Y.) and 7-Eleven, Inc., et al. v. Visa Inc., et al., Civ. No. 13-4442 (S.D.N.Y.)

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature:** /s/ Kannon K. Shanmugam    **Date:** 2/13/2026

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**    *New 12/01/2018*