# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* [http://www.ca9.uscourts.gov/forms/form32instructions.pdf](http://www.ca9.uscourts.gov/forms/form32instructions.pdf)

**9th Cir. Case Number(s)** | 25-1372

**Case Name** | Surgical Instrument Service Co., Inc. v. Intuitive Surgical, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Kannon K. Shanmugam

List the sitting dates for the two sitting months you were asked to review:

June 8-12, 22-26
July 6-10

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

June 9-12 - professional speaking engagements with members of the judiciary and state bars
June 22 - immovable family commitment
July 9-10 - professional commitment that cannot be reasonably rescheduled

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | /s/ Kannon K. Shanmugam | **Date** | 3/6/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*