# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** | 25-1372

**Case Name** | Surgical Instrument Service Co., Inc. v. Intuitive Surgical, Inc.

Hearing Location (*city*) | San Francisco

Your Name | Eric F. Citron

List the sitting dates for the two sitting months you were asked to review:

June 8-12, 22-26
July 6-10

Do you have an unresolvable conflict on any of the above dates? ◯Yes ⦿ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I have no conflicts on the above dates, but counsel for the Federal Trade Commission, which may request argument time, will not be available on June 10 or 11.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯Yes ⦿No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** | s/ Eric F. Citron | **Date** | 03/10/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** | *New 12/01/2018*