UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 10 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SURGICAL INSTRUMENT SERVICE COMPANY, INC.,<br><br>        Plaintiff-ctr-defendant - Appellant,<br><br>  v.<br><br>INTUITIVE SURGICAL, INC.,<br><br>        Defendant-ctr-claimant - Appellee. | No. 25-1372<br><br>D.C. No.<br>3:21-cv-03496-AMO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The unopposed motion to participate in oral argument filed by Amicus

Curiae Federal Trade Commission (Dkt. No. 103) is **GRANTED**.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT