# In the United States Court of Appeals for the Ninth Circuit

No. 25-1372

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,
PLAINITFF-COUNTER-DEFENDANT-APPELLANT

*v.*

INTUITIVE SURGICAL, INC.,
DEFENDANT-COUNTER-CLAIMANT-APPELLEE

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING

Appellee Intuitive Surgical, Inc. respectfully moves for a 30-day extension of time, until September 28, 2026, to file a petition for rehearing. Counsel for Intuitive have conferred with counsel for SIS, who consent to this request.

1. Federal Rule of Appellate Procedure 26(b) provides that a party may receive an extension of time for "good cause."

2. Intuitive's petition for rehearing is currently due on August 27, 2026. Intuitive requests a 30-day extension of time to file its petition, which would make the petition due on September 28, 2026. *See* Fed. R. App. P. 26(a)(1)(C), 40(d)(1).

3. Reasoned justifications exist for Intuitive's request for an extension of time. Counsel for Intuitive have several impending deadlines over the upcoming weeks, including:

- a reply brief for petitioners in the United States Supreme Court in *Suncor Energy (U.S.A.) Inc.* v. *County Commissioners of Boulder County*, No. 25-170 (to be filed on August 26, 2026);
- a reply brief for appellant in the United States Court of Appeals for the Second Circuit in *United States* v. *Motovich*, No. 25-2986 (to be filed on August 27, 2026);
- oral argument in the United States Court of Appeals for the Fifth Circuit in *Texas* v. *Pfizer, Inc.*, No. 25-10182 (to be delivered on September 1, 2026);
- a supplemental brief for appellants in the United States Court of Appeals for the Ninth Circuit in *Cisco Systems, Inc.* v. *Doe*, No. 15-16909 (to be filed September 2, 2026); and
- a brief for appellant in the United States Court of Appeals for the Third Circuit in *Ameritas Life Insurance Corp.* v. *U.S. Bank N.A.*, No. 26-2249 (to be filed on September 3, 2026).

Associated counsel in those matters will also be involved in the preparation of Intuitive's petition for rehearing in this case. Accordingly, Intuitive's counsel require an additional 30 days to prepare Intuitive's petition.

4. This is the first request for an extension of time for the petition for rehearing by appellant and is not made for purposes of delay. No party will be prejudiced if it is granted.

5. Counsel for Intuitive have conferred with counsel for SIS, who consent to this request.

For those reasons, Intuitive's unopposed motion for extension of time to file its petition for rehearing, to and including September 28, 2026, should be granted.

Respectfully submitted,

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM
DAVIS POLK & WARDWELL LLP
*1050 17th Street, N.W.*
*Washington, DC 20036*
*(202) 962-7000*
*kshanmugam@davispolk.com*

AUGUST 14, 2026

## CERTIFICATE OF COMPLIANCE WITH TYPEFACE AND WORD-COUNT LIMITATIONS

I, Kannon K. Shanmugam, counsel for appellee and a member of the Bar of this Court, hereby certify, pursuant to Federal Rules of Appellate Procedure 27(d) and 32(g) and Circuit Rule 27-1, that the attached Unopposed Motion for Extension of Time to File Petition For Rehearing is proportionately spaced, has a typeface of 14 points or more, and contains 381 words.

/s/ Kannon K. Shanmugam
KANNON K. SHANMUGAM

AUGUST 14, 2026