UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SURGICAL INSTRUMENT SERVICE COMPANY, INC.,

Plaintiff-ctr-defendant - Appellant,

v.

INTUITIVE SURGICAL, INC.,

Defendant-ctr-claimant - Appellee.

No. 25-1372

D.C. No.
3:21-cv-03496-AMO
Northern District of California, San Francisco

ORDER

Before: MURGUIA, Chief Judge, and KOH and H.A. THOMAS, Circuit Judges.

Chief Judge Murguia, Judge Koh, and Judge Thomas vote to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 40. The petition for rehearing en banc (Dkt. 110) is **DENIED**.